

William Most <williammost@gmail.com>

## Subpoena for documents

**Dylan Rousse** <roussedylan9@gmail.com>                                                Tue, Dec 23, 2025 at 11:43 AM
To: William Most <williammost@gmail.com>






Just so you to know what it says on her page and we have connected Onlyfans for support on this matter . We got all the screenshots that dawn posted this from her Onlyfans as well

On Tue, Dec 23, 2025 at 8:29 AM Dylan Rousse <roussedylan9@gmail.com> wrote:

> On Tue, Dec 23, 2025 at 6:50 AM William Most <williammost@gmail.com> wrote:
>> Dylan,
>>
>> You have not provided us any additional documents, nor any explanation for why you have withheld most of the subpoenaed documents. I do not have any way to call you, given that you have changed your number. You have not provided us your lawyer's information, nor have I heard from any lawyer.
>>
>> Please provide the requested documents by end of day today to avoid a motion to compel.
>>
>> Thank you!
>>
>> William Most
>>
>>
>> On Fri, Dec 12, 2025 at 6:23 AM William Most <williammost@gmail.com> wrote:
>>> Dylan,
>>>
>>> This email is to meet and confer about your subpoena response.
>>>
>>> Thank you for your email, but it does not satisfy the obligations of the subpoena. The subpoena requires you and Amber to provide **all** communications with Lafont, Bouziga, Kreamer, and Gaspard, along with OnlyFans-related documents, call histories, and communications responsive to certain search terms.
>>>
>>> You have provided one partial text thread that you have decided is related to the case. But it is not up to you to decide what is related or not.
>>>
>>> Furthermore, even if it were true that you and Amber both "have new phone numbers and never once texted anybody," that would not relieve you of your obligations to produce the documents. If you can obtain the requested documents from your phone carrier, you must produce them. *See Kiser v. Pride Communs., Inc.*, No. 2:11-cv-00165-JCM -VCF, 2011 U.S. Dist. LEXIS 124124, at *11 (D. Nev. Oct. 26, 2011) (" the fact that defendants do not actually possess the documents does not matter," and ordering party to produce documents it can obtain through request to third party); *Soto v. City of Concord*, 162 F.R.D. 603, 619 (N.D.Cal. 1995) (holding that when a third-party physician performed evaluations on officers at the request of the defendant, "it seems inconceivable that the [defendant] lacks the ability to obtain such evaluations upon demand."); *Japan Halon Co. v. Great Lakes Chem. Corp.*, 155 F.R.D. 626, 627 (N.D.Ind. 1993)(holding that close [*12] business relationships constituted control of documents held by a third-party.)
>>>
>>> Please also provide your lawyer's name or contact information; if you do so I will communicate with them going forward. If you do not provide the documents responsive to the subpoena, we intend to seek a motion to compel

the production.

Thank you,

William

--
William Most
Most & Associates
mostandassociates.com
(504) 509-5023

On Mon, Dec 8, 2025 at 10:31 AM William Most <williammost@gmail.com> wrote:
> Dylan,
>
> Thank you. Who is your lawyer? If you send me their name or contact information I'll direct all further communications to them.
>
> Thank you!
>
> William
>
> On Mon, Dec 8, 2025 at 10:27 AM Dylan Rousse <roussedylan9@gmail.com> wrote:
>> Good morning sir the only messages I got on this phone that relate to the case or messages between me and Mr. Louis , Dawns husband after she was arrested of him threatening me if you wanna use that by all means I'll attach below . Me and Amber have new phone numbers and never once texted anybody me and Joey had a phone call but never once had any messages . And for the wanting ambers income we have spoken to our lawyer and this is yall vs the town so therefore we will not be releasing ambers income .
>> Have a great day !

1/4/26, 1:05 PM
Case 2:25-cv-02178-EEF-DPC    Document 7-5    Filed 01/06/26    Page 6 of 7
Gmail - Subpoena for documents

**9:10**

**Louis ›**

It's on

i gave yall a chance

you didn't listen

Fuck you it's on

Just wait and see

Stop with the ya'll shit

should've controlled your wife

posting that for kids to see

I dont get mad I get even

Keep you head on a swivel

you threatening me ?

The only kids that saw that were the ones you showed it to

your wife posted it on facebook my brother is on there and all

Text Message • SMS