

William Most <williammost@gmail.com>

## Pierce v. Golden Meadow: Subpoenas

**William Most** <williammost@gmail.com>                                                  Wed, Dec 31, 2025 at 6:07 AM
To: Dylan Rousse <roussedylan9@gmail.com>, amberkayann03@gmail.com
Cc: Hope Phelps <hopeaphelps@outlook.com>, Veronica Barnes <veronicasuzannebarnes@gmail.com>

Dylan and Amber,

You told me that you would provide any requested documents you have access to, other than the OnlyFans documents, by yesterday. You did not send me any of them. We consider all objections to be waived. Please provide all the documents by Monday to avoid court intervention.

Thank you,

William

On Tue, Dec 23, 2025 at 9:16 PM Dylan Rousse <roussedylan9@gmail.com> wrote:
> This is amber btw, my email won't let me send anything.

On Tue, Dec 23, 2025 at 9:14 PM Dylan Rousse <roussedylan9@gmail.com> wrote:
> Dear William Most, I will TRY and provide something that isn't there to be provided, And I'll do just for you. 😏. Also, I noticed that while reading your email you made some grammatical errors; but the one that really stood out was when you put a period to stop what should have been a continued sentence. Not to worry, I'll fix it for you.
>
> You said you would not be providing the documents reflecting
> income or payments from OnlyFans ➡️ (;) But you did say you'd
> provide the other requested documents within one week.
>
> P.s. maybe I'd take y'all serious if you didn't have a client who is
> suing the city because she had to face the consequences of her own
> actions. 😂.
>
>
> On Tue, Dec 23, 2025 at 8:40 PM William Most <williammost@gmail.com> wrote:
>> Dylan and Amber,
>>
>> Thank you for speaking with me today. You said you would not be providing the documents reflecting income or payments from OnlyFans. But you did say you'd provide the other requested documents within one week. Those are:
>>
>> • All emails, text messages, Facebook messages, Twitter DMs, or other forms of social media communication or other forms of written communication with Michelle Lafont, Joey Bouziga, Michael Kreamer, and/or Tristin Gaspard from December 1, 2024 to the present.
>>
>> • All emails, text messages, Facebook messages, Twitter DMs, or other forms of social media communication or other written communication containing any of the following non-case sensitive search terms: "got something cooking", "onlyfans", "dawn", "pierce", "friel", "arrest", "images", "bond", "joey", "bouziga", "mayor", "lafont", "private image". For any responsive text messages, provide the entire text thread that day: i.e., all text messages in that chain from that day.
>>
>> • All cellphone or other call history from January 7 to 10, 2025.
>>
>> Thank you!
>>
>> William Most
>>
>> --
>> William Most

Most & Associates
mostandassociates.com
(504) 509-5023