**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

_____
|   |   |
|---|---|
| DAWN PIERCE, | ) |
| | ) |
| Plaintiff | ) |
| v. | ) Case No. 25-cv-02178-EEF-DPC |
| | ) |
| TOWN OF GOLDEN MEADOW, et al. | ) |
| | ) |
| Defendants. | ) |

_____

**RULE 37.1 DECLARATION OF WILLIAM MOST IN SUPPORT OF MOTION TO COMPEL COMPLIANCE WITH SUBPOENA**

I have personal knowledge of the matters stated in this declaration and could competently testify to the same if called upon to do so.

1. My name is William Most. I am an attorney based in New Orleans, LA. I represent Plaintiff in the above-captioned case.

2. On November 24, 2025, I propounded subpoenas on Mr. Dylan Rousse and Ms. Amber Sibley, witnesses in this case. A process server personally served the subpoenas on November 30, 2025. A true and correct copy of the subpoenas and process server returns are attached as Exhibits A to C.

3. When Mr. Rousse and Ms. Sibley did not provide the subpoenaed documents or lodge any objections, I met and conferred with them by email. True and correct copies of that correspondence are attached as Exhibits D and E.

4. On December 23, 2025, I had a telephone call with each of Mr. Rousse and Ms. Sibley. They each agreed to provide all of the requested documents, other than the OnlyFans income documents. They agreed to obtain the documents from their phone provider if necessary.

1

I agreed to a one-week extension of the deadline to respond. In the phone call, they confirmed that they are not represented by counsel in this matter.

5. As of today, neither Mr. Rousse nor Ms. Sibley have provided any responsive documents. Mr. Rousse provided two screenshots, neither of which were responsive to the subpoena. Ms. Sibley has provided nothing at all.

6. I have not heard from either of them since December 23, 2025.

7. I certify that I have made a good faith effort to obtain the requested documents and responses without Court intervention.

8. I swear under penalty of perjury that the foregoing is true and correct.

January 6, 2026

*/s/ William Most*
**WILLIAM MOST (La. Bar No. 36914)**