UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

_____
                                                    )
DAWN PIERCE,                                        )
                                                    )
           Plaintiff                          )
  v.                                                )  Case No. 25-cv-02178-EEF-DPC
                                                    )
TOWN OF GOLDEN MEADOW, et al.                       )
                                                    )
           Defendants.                        )
_____

### Notice of Submission

Plaintiff's Motion to Compel Compliance with Subpoena is noticed for Submission on January 21, 2026.

Respectfully submitted,

*/s/ William Most*
**HOPE PHELPS (La. Bar No. 37259)**
**WILLIAM MOST (La. Bar No. 36914)**
Most & Associates
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, LA 70170
Tel: (504) 500-7974
Email: hopeaphelps@outlook.com
***Counsel for Plaintiff, Dawn Pierce***

Certificate of Service

I certify that on the date marked by EM/ECF above (January 6, 2026), I caused the above to be served on all parties by EM/ECF, and on Dylan Rousse and Amber Sibley by U.S. Mail and email.

*/s/ William Most*
WILLIAM MOST (La. Bar No. 36914)

1