UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DAWN PIERCE, <br><br> Plaintiff <br> v. <br><br> TOWN OF GOLDEN MEADOW, et al. <br><br> Defendants. | Case No. 25-cv-02178-EEF-DPC |

**Order on Motion to Compel Compliance with Subpoena**

Having considered Plaintiff's Motion to Compel Compliance with Subpoena, it is ordered and adjudged that the motion is GRANTED.

Plaintiff shall serve this order on witnesses Dylan Rousse and Amber Sibley via email and U.S. Mail. Within two weeks of such service by email, Dylan Rousse and Amber Sibley shall provide all documents responsive to Plaintiff's subpoena. Mr. Rousse and Ms. Sibley are hereby warned that failure to comply with this order may result in a finding of contempt and sanctions. SO ORDERED.

_____

Judge

1