# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

## TRANSFER ORDER

IT IS ORDERED that the following Section "L" cases are hereby reallotted to Judge William Crain, Section "C" of this Court, effective as of the date of this Order.

**Civil:**

1. 23-4241    Evans v. Taylor Seidenbach, Inc. et al
2. 25-1503    Edwards v. Hospital Service District No. 1 et al
3. 24-2577    Hamilton Select Insurance Co. v. Heard et al
4. 25-652     Beltan v. United States Department of Defense et al
5. 25-2178    Pierce v. Golden Meadow Town et al
6. 25-811     Embry v. Pipeline Inspection and Condition Analysis (USA) Corp. et al
7. 25-2052    Vallery v. Louisiana-1 Gaming et al

**Criminal:**

25-cr-25    USA v. Larry Caston

**IT IS FURTHER ORDERED** that all deadlines and hearings remain in effect unless and until there is an order from Section "C" directing otherwise.

New Orleans, Louisiana this 6th day of January, 2026.

**WENDY B. VITTER, Chief Judge**
**United States District Court**