UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

_____
                                       )
DAWN PIERCE,                           )
                                       )
            Plaintiff                  )
    v.                                 )    Case No. 25-cv-02178-EEF-DPC
                                       )
TOWN OF GOLDEN MEADOW, et al.          )
                                       )
            Defendants.                )
_____)

**Notice of No Opposition Brief to Plaintiff's Motion to Compel Compliance with Subpoena**

In this case, Plaintiff had subpoenas personally served on third-party witnesses Dylan Rousse and Amber Sibley. Neither provided any responsive documents.

On January 6, 2026, Plaintiff filed a Motion to Compel Compliance with Subpoena. R. Doc. 7. The motion was set for submission on January 21, 2026 (R. Doc. 7-8), and so any opposition brief was due yesterday, January 13, 2025 (L.R. 7.5).

As of today, January 14, 2025, neither witness has filed an opposition brief. Nor have either of them asked for an extension. Nor have either of them produced any responsive documents.

Accordingly, the motion should be granted.

                                    Respectfully submitted,

                                    */s/ William Most*
                                    **HOPE PHELPS (La. Bar No. 37259)**
                                    **WILLIAM MOST (La. Bar No. 36914)**
                                    Most & Associates
                                    201 St. Charles Ave., Ste. 2500, #9685
                                    New Orleans, LA 70170
                                    Tel: (504) 500-7974
                                    Email: hopeaphelps@outlook.com
                                    ***Counsel for Plaintiff, Dawn Pierce***

1

<u>Certificate of Service</u>

  I certify that on the date marked by EM/ECF above (January 14, 2026), I caused the above to be served on all parties by EM/ECF, and on Dylan Rousse and Amber Sibley by email. On this date I have also directed that the above be served on Dylan Rousse and Amber Sibley by U.S. Mail.

                */s/ William Most*
                WILLIAM MOST (La. Bar No. 36914)