**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

---

|  |  |
|---|---|
| DAWN PIERCE, | ) |
| | ) |
| Plaintiff | ) |
| v. | ) Case No. 25-cv-02178-WJC-DPC |
| | ) |
| TOWN OF GOLDEN MEADOW, et al. | ) |
| | ) |
| Defendants. | ) |

---

**Re-Urged Motion to Compel Compliance with Subpoena**

In this false arrest case, Plaintiff served subpoenas for records on two witnesses: Dylan Rousse and Amber Sibley. Those two witnesses are central to Plaintiff's claims, as they contacted the Golden Meadow police and mayor to precipitate Plaintiff's arrest.

In meeting and conferring, both Mr. Rousse and Ms. Sibley agreed to provide all but one category of documents requested by the subpoenas. But despite receiving two extensions of time, neither Mr. Rousse nor Ms. provided any responsive documents at all.

Plaintiff filed a motion to compel. The Court denied the motion to compel because the subpoenas called for production to an email address, rather than a physical address. R. Doc. 11 at pg. 3. The Court noted that "Plaintiff may, of course, re-issue valid subpoenas to obtain relevant information and seek enforcement of the valid subpoenas should the recipients fail to comply." *Id.*

Plaintiff re-issued and served the subpoenas calling for production to a physical address. Mr. Rousse and Ms. Sibley still did not produce any responsive documents.

Plaintiff therefore respectfully asks the Court to issue an order directing Mr. Rousse and Ms. Sibley to provide the subpoenaed documents.

Respectfully submitted,

*/s/ William Most*
**HOPE PHELPS (La. Bar No. 37259)**
**WILLIAM MOST (La. Bar No. 36914)**
Most & Associates
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, LA 70170
Tel: (504) 500-7974
Email: hopeaphelps@outlook.com
***Counsel for Plaintiff, Dawn Pierce***

<u>Certificate of Service</u>

I certify that on the date marked by EM/ECF above (March 9, 2026), I caused the above to be served on all parties by EM/ECF, and on Dylan Rousse and Amber Sibley by U.S. Mail and email.

*/s/ William Most*
WILLIAM MOST (La. Bar No. 36914)