UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DAWN PIERCE,<br><br>　　　　　Plaintiff<br>　v.<br><br>TOWN OF GOLDEN MEADOW, et al.<br><br>　　　　　Defendants. | Case No. 25-cv-02178-EEF-DPC |

### Notice of Submission

Plaintiff's Motion to Compel Compliance with Subpoena is noticed for Submission on March 25, 2026.

Respectfully submitted,

*/s/ William Most*
**HOPE PHELPS (La. Bar No. 37259)**
**WILLIAM MOST (La. Bar No. 36914)**
Most & Associates
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, LA 70170
Tel: (504) 500-7974
Email: hopeaphelps@outlook.com
***Counsel for Plaintiff, Dawn Pierce***

Certificate of Service

I certify that on the date marked by EM/ECF above (March 9, 2026), I caused the above to be served on all parties by EM/ECF, and on Dylan Rousse and Amber Sibley by U.S. Mail and email.

*/s/ William Most*
WILLIAM MOST (La. Bar No. 36914)

1