UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

_____
DAWN PIERCE,                             )
                                         )
              Plaintiff                  )
     v.                                  )   Case No. 25-cv-02178-EEF-DPC
                                         )
TOWN OF GOLDEN MEADOW, et al.            )
                                         )
              Defendants.                )
_____

**Order on Re-Urged Motion to Compel Compliance with Subpoena**

Having considered Plaintiff's Re-Urged Motion to Compel Compliance with Subpoena, it is ordered and adjudged that the motion is GRANTED.

Plaintiff shall serve this order on witnesses Dylan Rousse and Amber Sibley via email and U.S. Mail. Within two weeks of such service by email, Dylan Rousse and Amber Sibley shall provide all documents responsive to Plaintiff's subpoena. Pursuant to that production, Dylan Rousse and Amber Sibley shall run keyword searches emails, text messages, Facebook messages, Twitter DMs, and other forms of social media communication for the keywords described in the subpoenas. If they no longer have access to their prior phones, they shall contact their phone provider and obtain and produce any responsive documents in the phone provider's possession.

Mr. Rousse and Ms. Sibley are hereby warned that failure to comply with this order may result in a finding of contempt and sanctions. SO ORDERED.

_____
Judge