

**William Most <williammost@gmail.com>**

💀.
3 messages

**Amber Sibley** <amberkayann03@gmail.com>	Tue, Feb 10, 2026 at 8:09 PM
To: William Most <williammost@gmail.com>

How many more of these are you going to send us before you get it through your head that we have NOTHING. There is nothing to be produced. I mean good lord.

I heard you went to Harvard, but you don't seem very bright. I mean you can't even comprehend that there are no documents to be provided.

Furthermore, I want nothing to do with you, that pathetic client of yours, or this law suite. LEAVE US ALONE!!

We will be at your office in June as requested. See you then.

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| Dawn Pierce | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Civil Action No. 2:25-cv-02178-WJC-DPC |
| The Town of Golden Meadow, et al. | ) |
| Defendant | ) |

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To: Amber Sibley

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See Exhibit A

| Place: 201 St. Charles Ave., Ste. 2500 #9685, New Orleans, LA 70170 or electronically to williammost@gmail.com | Date and Time: 02/27/2026 10:00 AM |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 02/04/2026

CLERK OF COURT

OR

_____    /s/ William Most
*Signature of Clerk or Deputy Clerk*        *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Plaintiff
_____, who issues or requests this subpoena, are:
William Most, 201 St. Charles Ave., Ste. 2500 #9685, New Orleans, LA 70170, williammost@gmail.com, 504-509-5023

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

To: amberkayann03@gmail.com
Cc: Hope Phelps <hopeaphelps@outlook.com>, Veronica Barnes <veronicasuzannebarnes@gmail.com>

Amber,

When we spoke on December 23, 2025, you agreed to provide the responsive documents other than the OnlyFans income documents to the extent you had them, and you agreed to contact your phone provider as needed to get the remainder. I agreed to a one-week extension to allow you time to do that. You did not provide anything. Then I agreed to a second extension. You did not provide anything by then either.

You have been re-subpoenaed for these items. As discussed, you will need to contact your phone provider for some of the items. For the others, you will have to download items from OnlyFans or your bank, and run keyword searches through your emails, text messages, Facebook messages, Twitter DMs, or other forms of social media communication.

Please let me know when you have taken all those steps, and what the results are. You may wish to consult with an attorney about your obligations here. If you hire an attorney, please let me know and I will speak with them.

Thank you,

William

--
William Most
Most & Associates
[mostandassociates.com](mostandassociates.com)
(504) 509-5023

---------- Forwarded message ---------
From: **Amber Sibley** <amberkayann03@gmail.com>
Date: Tue, Feb 10, 2026 at 8:09 PM
Subject: 💀.
To: William Most <williammost@gmail.com>

How many more of these are you going to send us before you get it through your head that we have NOTHING. There is nothing to be produced. I mean good lord.

I heard you went to Harvard, but you don't seem very bright. I mean you can't even comprehend that there are no documents to be provided.

Furthermore, I want nothing to do with you, that pathetic client of yours, or this law suite. LEAVE US ALONE!!

We will be at your office in June as requested. See you then.

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| Dawn Pierce | ) | |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | Civil Action No. 2:25-cv-02178-WJC-DPC |
| The Town of Golden Meadow, et al. | ) | |
| | ) | |
| Defendant | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Amber Sibley

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See Exhibit A

| Place: 201 St. Charles Ave., Ste. 2500 #9685, New Orleans, LA 70170 or electronically to williammost@gmail.com | Date and Time: 02/27/2026 10:00 AM |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 02/04/2026

CLERK OF COURT

OR

_____    /s/ William Most
Signature of Clerk or Deputy Clerk                Attorney's signature

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Plaintiff , who issues or requests this subpoena, are:
William Most, 201 St. Charles Ave., Ste. 2500 #9685, New Orleans, LA 70170, williammost@gmail.com, 504-509-5023

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

To: William Most <williammost@gmail.com>
Cc: Hope Phelps <hopeaphelps@outlook.com>, Veronica Barnes <veronicasuzannebarnes@gmail.com>

William, when we last spoke December 23, 2025, I'm pretty sure I said that I would TRY and provide the documents you've requested. I'm pretty sure my exact words were, "I will try and provide documents that don't exist". Continuing something when you have no case is one thing, but twisting my words is another.

I honestly expected more from you William. (Just kidding). I mean your client is Dawn Pierce for gods sake. That in itself self is a freaking joke. 😂 👏🏼 (oh shoot, i mentioned her).

As for my only fans documents, I do not have only fans anymore. And regardless if I did, you would not be getting those because what in the hell does MY income have to do with you and your goofy case??

Please don't respond to this email as I do not care to entertain this matter any further. We will see you in June. Other than that, you will not hear from us. ❤️ 💁🏽‍♀️ .

Have the night you deserve.

> On Tue, Feb 10, 2026 at 8:16 PM William Most <williammost@gmail.com> wrote:
> Amber,
>
> When we spoke on December 23, 2025, you agreed to provide the responsive documents other than the OnlyFans income documents to the extent you had them, and you agreed to contact your phone provider as needed to get the remainder. I agreed to a one-week extension to allow you time to do that. You did not provide anything. Then I agreed to a second extension. You did not provide anything by then either.
>
> You have been re-subpoenaed for these items. As discussed, you will need to contact your phone provider for some of the items. For the others, you will have to download items from OnlyFans or your bank, and run keyword searches through your emails, text messages, Facebook messages, Twitter DMs, or other forms of social media communication.
>
> Please let me know when you have taken all those steps, and what the results are. You may wish to consult with an attorney about your obligations here. If you hire an attorney, please let me know and I will speak with them.
>
> Thank you,
>
> William
>
> --
> William Most
> Most & Associates
> mostandassociates.com
> (504) 509-5023
>
> ---------- Forwarded message ---------
> From: **Amber Sibley** <amberkayann03@gmail.com>
> Date: Tue, Feb 10, 2026 at 8:09 PM
> Subject: 💀 .
> To: William Most <williammost@gmail.com>
>
>
> How many more of these are you going to send us before you get it through your head that we have NOTHING. There is nothing to be produced. I mean good lord.
>
> I heard you went to Harvard, but you don't seem very bright. I mean you can't even comprehend that there are no documents to be provided.
>
> Furthermore, I want nothing to do with you, that pathetic client of yours, or this law suite. LEAVE US ALONE!!
>
> We will be at your office in June as requested. See you then.