

William Most <williammost@gmail.com>

## Pierce v. Town of Golden Meadow; Third Party Subpoenas

**William Most** <williammost@gmail.com>                                         Tue, Mar 3, 2026 at 8:38 AM
To: Dylan Rousse <roussedylan9@gmail.com>, amberkayann03@gmail.com
Cc: Hope Phelps <hopeaphelps@outlook.com>, Veronica Barnes <veronicasuzannebarnes@gmail.com>

Dylan and Amber,

When we spoke in December, you agreed to provide the responsive documents other than the OnlyFans income documents to the extent you had them, and you agreed to contact your phone provider as needed to get the remainder. I agreed to a one-week extension to allow you time to do that. You did not provide anything. Then I agreed to a second extension. You did not provide anything by then either. We reissued the subpoenas, and you still have not produced anything.

You have given no suggestion that you have searched your emails, text messages, DMs, etc. for responsive documents. You have given no indication that you have contacted your phone provider. You have not requested additional time, and you have not filed an objection with the court.

Please contact me immediately if you wish to comply with the subpoena. If not, we will request a court order. If you engage a lawyer to assist you with this, please let me know and I will speak with them.

Thank you,

William

> On Thu, Feb 5, 2026 at 4:54 PM William Most <williammost@gmail.com> wrote:
>
> Amber and Dylan,
>
> Please find re-issued subpoenas for documents, along with deposition subpoenas for June 25, 2026. Please let me know if you have any questions.
>
> Thank you,
>
> William Most
>
> --
> William Most
> Most & Associates
> mostandassociates.com
> (504) 509-5023