AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 2:25-cv-02178-WJC-DPC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Dylan Rousse
on *(date)* _____ .

☒ I served the subpoena by delivering a copy to the named person as follows:
AMBER SIBLEY
on *(date)* 2/10/26 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 2/10/26

_____
Server's signature

SPENCER HARBIN / PROCESS SERVER
Printed name and title

PO BOX 56972, NOLA
Server's address

Additional information regarding attempted service, etc.:

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 2:25-cv-02178-WJC-DPC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Amber Sibley
on *(date)* 2/10/26 .

☒ I served the subpoena by delivering a copy to the named person as follows:
AMBER SIBLEY
on *(date)* 2/10/26 ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of
$ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 2/10/26

Spencer Harbin
*Server's signature*

SPENCER HARBIN / PROCESS SERVER
*Printed name and title*

PO Box 56972, NOLA
*Server's address*

Additional information regarding attempted service, etc.: