**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

_____

DAWN PIERCE,                                    )
                                                )
                                                )
                    Plaintiff                   )
        v.                                      )    Case No. 25-cv-02178-EEF-DPC
                                                )
TOWN OF GOLDEN MEADOW, et al.                   )
                                                )
                    Defendants.                 )
_____

**Notice of No Opposition Brief to Plaintiff's Motion to Compel Compliance with Subpoena**

In this case, Plaintiff had subpoenas personally served on third-party witnesses Dylan Rousse and Amber Sibley. Neither provided any responsive documents. After a court ruling, Plaintiff re-propounded and re-served the subpoenas. Again, neither Mr. Rousse nor Ms. Sibley provided any responsive documents or filed any objection.

On March 9, 2026, Plaintiff filed a Re-Urged Motion to Compel Compliance with Subpoena. R. Doc. 12. The motion was set for submission on March 25, 2026 (R. Doc. 12-2), and so any opposition brief was due March 17, 2026 (L.R. 7.5).

As of today, March 23, 2026, neither witness has filed an opposition brief. Nor have either of them asked for an extension. Nor have either of them produced any responsive documents.

Accordingly, the motion should be granted.

Respectfully submitted,

*/s/ William Most*_____
**HOPE PHELPS (La. Bar No. 37259)**
**WILLIAM MOST (La. Bar No. 36914)**
Most & Associates
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, LA 70170
Tel: (504) 500-7974

1

Email: hopeaphelps@outlook.com
**_Counsel for Plaintiff, Dawn Pierce_**

Certificate of Service

I certify that on the date marked by EM/ECF above (March 23, 2026), I caused the above

to be served on all parties by EM/ECF, and on Dylan Rousse and Amber Sibley by email.

_/s/ William Most_
WILLIAM MOST (La. Bar No. 36914)