**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

———————————————————————

DAWN PIERCE,                                )
                                            )
                        Plaintiff           )
                                            )
        v.                                  )   Case No. 25-cv-02178-WJC-DPC
                                            )
TOWN OF GOLDEN MEADOW, et al.               )
                                            )
                        Defendants.         )
———————————————————————

**Motion to Compel**

This case is about the false arrest and imprisonment Plaintiff Dawn Pierce by the Town of Golden Meadow.

Defendants arrested Ms. Pierce for sharing photos online under R.S. 14:283.2, a statute criminalizing the sharing of private images that show intimate parts or sexual conduct. The problem was that the photos that Ms. Pierce shared were *neither* private images *nor* did they show intimate parts or sexual conduct. In no sense did they meet the very specific statutory criteria of R.S. 14:283.2. It appears that Defendants were aware that Ms. Pierce's conduct was not criminal: the Chief of Police initially texted that she did not "know if there was anything I could charge [Ms. Pierce] with." But after the mayor was involved, the Chief of Police changed her mind and had officers arrest Ms. Pierce at her home in front of her children.

Given this fact pattern, it is highly relevant who spoke to who, when, and about what. For that reason, Plaintiff propounded Requests for Production including requests for the telephone call logs of Mayor Bouziga, Police Chief Lafont, and Officer Tristan Gaspard, and specific social media communications.

Defendants did not object to these requests. Indeed, defense counsel committed to providing the responsive documents. But after five months of meeting and conferring, the

1

defendants have not provided any call logs for Lafont or Gaspard, nor have they provided the Facebook messages between Gaspard and the complaining witness. It appears that defense counsel's clients are simply not providing him with the requested documents. Accordingly, this Court should compel the production of the documents and award reasonable attorney's fees.

Respectfully submitted,

*/s/ William Most*
**HOPE PHELPS (La. Bar No. 37259)**
**WILLIAM MOST (La. Bar No. 36914)**
Most & Associates
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, LA 70170
Tel: (504) 500-7974
Email: hopeaphelps@outlook.com
***Counsel for Plaintiff, Dawn Pierce***