**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **DAWN PIERCE,** | * | **CIVIL ACTION NO. 2:25-cv-02178** |
| | * | |
| | * | |
| **VERSUS** | * | **SECTION: L** |
| | * | |
| | * | |
| **TOWN OF GOLDEN MEADOW,** | * | **MAGISTRATE: 2** |
| **MAYOR JOEY BOUZIGA, POLICE** | * | |
| **CHIEF MICHELLE LAFONT, and** | * | |
| **OFFICER TRISTIN GASPARD,** | * | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### SUPPLEMENTAL AND AMENDED ANSWERS TO DISCOVERY

NOW INTO COURT come Defendants, The Town of Golden Meadow ("Golden Meadow"), Mayor Joey Bouziga ("Mayor Bouziga"), Police Chief Michelle Lafont ("Chief Lafont") and Officer Tristin Gaspard (Officer Gaspard"), for the purpose of providing supplemental and amended answers to the specific discovery requests discussed January 23, 2026 between Counsel for the Parties, to-wit:

### REQUESTS FOR PRODUCTION OF DOCUMENTS TO ALL DEFENDANTS

REQUEST FOR PRODUCTION No. 3: All employee or officer indemnification policies of the Town of Golden Meadow or the Golden Meadow Police Department.

SUPPLEMENTAL RESPONSE:

See Dec Page and Law Enforcement Officer's Liability Indemnity Agreement attached.

REQUEST FOR PRODUCTION No. 4: All records retention schedules for the Town of Golden Meadow and the Golden Meadow Police Department.

SUPPLEMENTAL RESPONSE:

See records retention schedules attached.

REQUEST FOR PRODUCTION No. 6: All text messages, emails, social media messages, or other correspondence, from January 1, 2025 to the present, containing any of the following noncase-sensitive keywords: "dawn pierce" OR "ms. pierce" OR "pierce, dawn" OR "dylan" OR "rousse" OR "amber" OR "sibley" OR "silbey" OR "onlyfans" OR "283.2" OR "14:283.2" OR "nonconsensual disclosure" OR "private image" OR "see through" OR "see-through" OR "lawsuit" OR "sued" OR "cranney"

SUPPLEMENTAL RESPONSE:

See attached texts produced by Mayor Bouziga labeled Text Rousse 1, 2, and 3. There are no additional documents responsive to this request.

REQUEST FOR PRODUCTION No. 7: All text messages between Joey Bouziga and Dylan Rousse, from January 1, 2025 to the present.

SUPPLEMENTAL RESPONSE:

See attached texts produced by Mayor Bouziga labeled Text Rousse 1, 2, and 3.

REQUEST FOR PRODUCTION No. 8: All text messages between any individual Defendant and Michael Kreamer, from July 7, 2025 to the present.

SUPPLEMENTAL RESPONSE:

There are no documents responsive to this request.

REQUEST FOR PRODUCTION No. 9: All text messages and emails and other correspondence between any individual Defendant and any other individual Defendant from July 7 to July 21, 2025.

SUPPLEMENTAL RESPONSE:

There are no additional documents responsive to this request.

REQUEST FOR PRODUCTION No. 10: The entire Golden Meadow Police Department policy manual.

SUPPLEMENTAL RESPONSE: The Golden Meadow Police Department confirms that it does not have a written policy manual. The Town of Golden Meadow Policies and Procedures Manual dated April 1, 2024 is attached and produced.

REQUEST FOR PRODUCTION No. 11: All call logs and call history for July 7-10, 2025, for each individual Defendants' cell phone and any other phone used by any individual Defendant.

SUPPLEMENTAL RESPONSE:

This information has been requested from Mayor Bouziga's employer as he is provided with use of a cell phone by his employer. There are no additional documents responsive to this request.

REQUEST FOR PRODUCTION No. 13: All insurance policies covering the allegations of this lawsuit.

SUPPLEMENTAL RESPONSE:

See Dec Page and Law Enforcement Officer's Liability Indemnity Agreement attached.

## REQUESTS FOR ADMISSION TO ALL DEFENDANTS

REQUEST FOR ADMISSION No. 13: Joey Bouziga works with Dylan Rousse.

SUPPLEMENTAL RESPONSE:

Denied.

REQUEST FOR ADMISSION No. 14: For the sharing of an image to violate R.S. 14:283.2, the image must show a person "either whose intimate parts are exposed in whole or in part or who is engaged in sexual conduct."

SUPPLEMENTAL RESPONSE:

The request is admitted in part and denied in part. It is admitted that La, R.S. 14:283.2 (A)(1) states "The person intentionally discloses an image of another person who is identifiable from the image or information displayed in connection with the image and either whose intimate parts are exposed in whole or in part or who is engaged in sexual conduct." It is denied that the statute cited refers to the "sharing of an image".

REQUEST FOR ADMISSION No. 15: For the sharing of an image to violate R.S. 14:283.2, the image must have been obtained through unauthorized access or under circumstances in which a reasonable person would know or understand that the image was to remain private.

SUPPLEMENTAL RESPONSE:

The request is admitted in part and denied in part. It is admitted that La, R.S. 14:283.2 (A)(2) states "The person who discloses the image obtained it through unauthorized access or under circumstances in which a reasonable person would know or understand that the image was to remain private." It is denied that the statute cited refers to the "sharing of an image."

REQUEST FOR ADMISSION No. 18: The Town of Golden Meadow will fully indemnify each individual Defendant for all relief obtained through this litigation.

SUPPLEMENTAL RESPONSE:

This response will be supplemented.

Dated: February 12, 2026                    Respectfully submitted,

                                            **NIELSEN & TREAS, LLC**

                                            */s/ Keith M. Detweiler*
                                            Keith M. Detweiler, LA S.B. #20784
                                            3838 N. Causeway Blvd., Suite 2850
                                            Metairie, Louisiana 70002
                                            P: (504) 837-2500
                                            F: (504) 603-0730
                                            Email: kdetweiler@nt-lawfirm.com

*Counsel for Defendants, Town of Golden Meadow, Mayor Joey Bouziga, Chief Michelle Lafont and Officer Tristin Gaspard*