**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

_____
                                                    )
DAWN PIERCE,                                         )
                                                    )
                    Plaintiff                        )
        v.                                           )     Case No. 25-cv-02178- WJC-DPC
                                                    )
TOWN OF GOLDEN MEADOW, et al.                        )
                                                    )
                    Defendants.                      )
_____            )

### Notice of Submission

Plaintiff's Motion to Compel Compliance with Subpoena is noticed for Submission on April 29, 2026.

Respectfully submitted,

/s/ William Most
**HOPE PHELPS (La. Bar No. 37259)**
**WILLIAM MOST (La. Bar No. 36914)**
Most & Associates
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, LA 70170
Tel: (504) 500-7974
Email: hopeaphelps@outlook.com
***Counsel for Plaintiff, Dawn Pierce***

1