**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

_____

|  |  |
|---|---|
| DAWN PIERCE, | ) |
|  | ) |
|  | ) |
| Plaintiff | ) |
| v. | ) Case No. 25-cv-02178- WJC-DPC |
|  | ) |
| TOWN OF GOLDEN MEADOW, et al. | ) |
|  | ) |
| Defendants. | ) |

_____

**Order on Plaintiff's Motion to Compel**

Having duly considered Plaintiffs' Motion to Compel and attached Memorandum in Support and supporting exhibits:

IT IS HEREBY ORDERED that Plaintiffs' Motion to Compel is GRANTED; and

IT IS FURTHER ORDERED that Defendants shall provide all documents responsive to Plaintiffs' Requests for Production of Documents Numbers 6 and 11, in full, in the form requested in Plaintiffs' Requests for Production of Documents, within two weeks of this order. Such documents shall include all call logs and call history for July 7-10, 2025, for Chief Lafont and Officer Gaspard's cell phone and any other phone used by them. Such documents shall also include all Facebook messages between Officer Gaspard and Amber Sibley.

IT IS HEREBY ORDERED that Plaintiff's request for reasonable attorneys fees is GRANTED. Within thirty days of this order, Plaintiffs will confer with Defendants about the quantum of reasonable attorneys fees. If they cannot agree, Plaintiffs shall submit a fee petition to the Court.

_____

Judge

1