**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| _____ ) | |
| DAWN PIERCE, ) | |
| ) | |
| Plaintiff ) | |
| v. ) | Case No. 25-cv-02178-WJC-DPC |
| ) | |
| TOWN OF GOLDEN MEADOW, et al. ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

### *Ex Parte* Motion for Scheduling Conference

Now comes Plaintiff to request a scheduling conference in this case to set trial and pre-trial deadlines.

Plaintiff filed this case on October 22, 2025. R. Doc. 1.

On November 18, 2025, service waivers were filed into the record. R. Doc. 5.

On December 29, 2025, Defendants filed an Answer. R. Doc. 6.

The parties are currently making substantial progress in discovery, but there is no scheduling order or trial date in this case. Accordingly, Plaintiff respectfully requests that this Court calendar a scheduling conference to set trial and pre-trial deadlines.

Respectfully submitted,

*/s/ William Most*
**HOPE PHELPS (La. Bar No. 37259)**
**WILLIAM MOST (La. Bar No. 36914)**
Most & Associates
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, LA 70170
Tel: (504) 500-7974
Email: hopeaphelps@outlook.com
***Counsel for Plaintiff, Dawn Pierce***

1