**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

_____
                                        )
DAWN PIERCE,                            )
                                        )
                    Plaintiff           )
        v.                              )    Case No. 25-cv-02178- WJC-DPC
                                        )
TOWN OF GOLDEN MEADOW, et al.           )
                                        )
                  Defendants.           )
_____ )

**Order on Plaintiff's *Ex Parte* Motion for Scheduling Conference**

Having duly considered Plaintiffs' *Ex Parte* Motion for Scheduling Conference:

IT IS HEREBY ORDERED that Plaintiffs' Motion is GRANTED. The parties shall attend

a scheduling conference by telephone on _____ at ____ a.m./p.m. for the purpose of

selecting trial and pre-trial dates.


                                    _____

                                    Judge

1