**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**


**DAWN PIERCE**                                                      **CIVIL ACTION**

**VERSUS**                                                            **NO. 25-2178**

**GOLDEN MEADOW TOWN ET AL.**                              **SECTION: C(2)**


### SCHEDULING CONFERENCE NOTICE

A **SCHEDULING CONFERENCE** will be held by telephone on **May 6, 2026, at 11:30 a.m.** for the purpose of scheduling a pre-trial conference and trial on the merits and for a discussion of the status and discovery cut-off dates. The Court will initiate the telephone conference call and will be represented at the conference by its Case Manager.

All parties are to call into the conference call at 504-229-4460, Conference ID: 324025146

**TRIAL COUNSEL** are to participate in this conference. If, however, you are unable for good cause to do so, another attorney in your firm may participate if acquainted with all details of the case and authorized to enter into any necessary agreements. If, for good cause, neither is possible, you must file a Motion and Order to Continue at least one week prior to the above date.


JEFF SCALCO
CASE MANAGER, SECTION O
(504) 589-7671


**COUNSEL ARE TO COMPLY WITH THE DISCLOSURE REQUIREMENTS OF RULE 26(a)(1) and 26(f), LOCAL RULE 26 AND THE CORPORATE AND CITIZENSHIP DISCLOSURE REQUIREMENTS OF F.R.C.P. 7.1. COUNSEL ARE TO BE PREPARED TO ANSWER THE ATTACHED QUESTIONS CONCERNING DISCLOSURE.**

**COUNSEL ADDING NEW PARTIES SUBSEQUENT TO THE MAILING OF THIS NOTICE SHALL NOTIFY SUCH NEW PARTY TO APPEAR AS REQUIRED BY THIS NOTICE**

<u>**IMPORTANT NOTICE TO COUNSEL**</u>

<u>**COUNSEL WILL BE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS REGARDING DISCLOSURE AT THE CONFERENCE:**</u>

1.    **Have all parties completed your Rule 26(a)(1) mandatory initial disclosures?**

2.    **Have all parties stipulated that initial disclosures under Rule 26(a)(1) will <u>not</u> be made in this case?**

3.    **Do any of the parties' object to making Rule 26(a)(1) initial disclosures in this case?**

4.    **Have the corporate parties filed their corporate disclosure statement?**

5.    **Have the parties in a diversity case filed their citizenship disclosure statement?**


**\*WRITTEN OBJECTIONS <u>MUST</u> BE FILED THREE WORKING DAYS PRIOR TO THE SCHEDULING CONFERENCE.\***