**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **DAWN PIERCE,** | * | **CIVIL ACTION NO. 2:25-cv-02178** |
| | * | |
| | * | |
| **VERSUS** | * | **SECTION: C** |
| | * | |
| | * | |
| **TOWN OF GOLDEN MEADOW,** | * | **MAGISTRATE: 2** |
| **MAYOR JOEY BOUZIGA, POLICE** | * | |
| **CHIEF MICHELLE LAFONT, and** | * | |
| **OFFICER TRISTIN GASPARD,** | * | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

<u>**MEMORANDUM IN OPPOSITION TO MOTION TO COMPEL**</u>

NOW INTO COURT come Defendants, The Town of Golden Meadow ("Golden Meadow"), Mayor Joey Bouziga ("Mayor Bouziga"), Police Chief Michelle Lafont ("Chief Lafont") and Officer Tristin Gaspard (Officer Gaspard"), through undersigned Counsel, for the purpose of responding to and opposing Plaintiff's Motion to Compel, to-wit:

Plaintiff filed a motion to compel additional responses to discovery, more particularly, better responses to requests for production of phone logs and Facebook Messages that are alleged to be within the possession of the Defendants. Undersigned Counsel has attempted to be as forthcoming and accommodating as possible in the exchange of information and to respond to discovery as completely as possible rather than by providing a litany of objections to complicate this matter. At times, this has caused delay, which was not intended to hinder discovery in any way.

Prior to this matter being filed, discovery took place in a series of public records requests issued by Plaintiff to the Town of Golden Meadow, wherein the Town provided responses that included phone logs and text messages for Chief Lafont and Officer Gaspard and a number of

other documents without objection. After the Complaint was filed, Plaintiff issued written discovery requests to which the Defendants have tried in good faith to continue providing responses rather than lodge objections to try and complicate matters. The Defendants have responded to discovery several times and produced the responsive documents within their possession and control, including the Mayor's call logs, which were produced by his private employer, but took a while to obtain. Again, no objection was lodged by the employer, it simply took longer than expected.

The Defendants have searched their phones and tried to produce whatever documents were requested in an attempt to satisfy the Plaintiff. The Defendants have no additional phone logs or Facebook messages in their possession to produce as noted in their Third Supplemental Responses to Discovery produced to Plaintiff on April 21, 2026 and attached hereto as Exhibit 1. In an effort to continue to remain in good faith and to hopefully satisfy the Plaintiff's requests, the undersigned is in the process of preparing and will issue a subpoena duces tecum to the respective carriers for the phones at issue to request phone logs sufficient to satisfy the requests. As for the requested Facebook messages, the proposed message was received by Officer Gaspard from Amber Sibley months before and was not related to the incident that forms the basis of this lawsuit and could not be located in Officer Gaspard's Facebook Messenger account.

As for the request for attorney's fees, the Defendants oppose the request and leave it to this Honorable Court's discretion to determine this issue.

Dated: April 21, 2026.

Respectfully submitted,

**NIELSEN & TREAS, LLC**

*/s/ Keith M. Detweiler*
Keith M. Detweiler, LA S.B. #20784
3838 N. Causeway Blvd., Suite 2850
Metairie, Louisiana 70002
P: (504) 837-2500
F: (504) 603-0730
Email: kdetweiler@nt-lawfirm.com
*Counsel for Defendants, Town of Golden Meadow, Mayor Joey Bouziga, Chief Michelle Lafont and Officer Tristin Gaspard*