EXHIBIT

1

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **DAWN PIERCE,** | * | **CIVIL ACTION NO. 2:25-cv-02178** |
| | * | |
| | * | |
| **VERSUS** | * | **SECTION: L** |
| | * | |
| | * | |
| **TOWN OF GOLDEN MEADOW,** | * | **MAGISTRATE: 2** |
| **MAYOR JOEY BOUZIGA, POLICE** | * | |
| **CHIEF MICHELLE LAFONT, and** | * | |
| **OFFICER TRISTIN GASPARD,** | * | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

<u>**THIRD SUPPLEMENTAL AND AMENDED ANSWERS TO DISCOVERY**</u>

NOW INTO COURT come Defendants, The Town of Golden Meadow ("Golden Meadow"), Mayor Joey Bouziga ("Mayor Bouziga"), Police Chief Michelle Lafont ("Chief Lafont") and Officer Tristin Gaspard (Officer Gaspard"), for the purpose of providing a third set of supplemental and amended answers to the specific discovery requests discussed between Counsel for the Parties, to-wit:

**REQUESTS FOR PRODUCTION OF DOCUMENTS TO ALL DEFENDANTS**

REQUEST FOR PRODUCTION No. 6: All text messages, emails, social media messages, or other correspondence, from January 1, 2025 to the present, containing any of the following noncase-sensitive keywords: "dawn pierce" OR "ms. pierce" OR "pierce, dawn" OR "dylan" OR "rousse" OR "amber" OR "sibley" OR "silbey" OR "onlyfans" OR "283.2" OR "14:283.2" OR "nonconsensual disclosure" OR "private image" OR "see through" OR "see-through" OR "lawsuit" OR "sued" OR "cranney"

SUPPLEMENTAL RESPONSE:

Tristan Gaspard received a Facebook message from Amber Sibley several months prior to the incident at issue in this case. The messages involved something to do with Dylan Rousse that Officer Gaspard cannot remember and were not related in any way to Dawn Pierce. Officer Gaspard did not keep the Facebook message from Amber Sibley.

REQUEST FOR PRODUCTION No. 11: All call logs and call history for July 7-10, 2025, for each individual Defendants' cell phone and any other phone used by any individual Defendant.

SUPPLEMENTAL RESPONSE:

Officer Kreamer attempted to retrieve call logs from his cell phone carrier but was unable to recover any phone logs requested. Officer Gaspard attempted to retrieve his call logs but was unsuccessful. Call logs for Chief Lafont were produced in prior public records request responses. In an effort to provide further responses to this request, the undersigned is preparing and will issue a Subpoena Duces Tecum to the cell phone carrier for the cell phone number utilized by Chief Lafont, Officer Gaspard and Officer Kraemer at the time requested, the return to which will be provided upon receipt.

Dated: April 21, 2026.

Respectfully submitted,

**NIELSEN & TREAS, LLC**

_/s/ Keith M. Detweiler_
Keith M. Detweiler, LA S.B. #20784
3838 N. Causeway Blvd., Suite 2850
Metairie, Louisiana 70002
P: (504) 837-2500
F: (504) 603-0730
Email: kdetweiler@nt-lawfirm.com
_Counsel for Defendants, Town of Golden Meadow, Mayor Joey Bouziga, Chief Michelle Lafont and Officer Tristin Gaspard_