**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

_____

DAWN PIERCE,                                            )
                                                        )
                                                        )
                          Plaintiff                     )
                                                        )
        v.                                              )    Case No. 25-cv-02178-WJC-DPC
                                                        )
                                                        )
TOWN OF GOLDEN MEADOW, et al.                           )
                                                        )
                                                        )
                          Defendants.                   )
_____

**Motion for Order to Show Cause Regarding**
**Contempt of Subpoena and Court Order**

In this false arrest case, Plaintiff served a records subpoena on third-party witness Amber Sibley. Ms. Sibley is central to Plaintiff's claims, as she contacted the Golden Meadow Police Department to precipitate Plaintiff's arrest.

In meeting and conferring, Ms. Sibley agreed to provide all but one category of documents requested. But Ms. Sibley did not provide any responsive documents at all.

After correcting an issue with the first subpoena, issuing a second one, and then still not receiving any responsive documents, Plaintiff filed a Motion to Compel. ECF No. 12. On March 25, 2026, the Court granted the motion as to Ms. Sibley, ruling that:

> IT IS FURTHER ORDERED that Amber Sibley access the necessary sites and/or vendors to download and/or obtain the requested documents and produce same within 30 days. FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN SANCTIONS, INCLUDING BEING HELD IN CONTEMPT OF COURT.

ECF No. 15 at 6 (emphasis in original).

Despite that order, Ms. Sibley still has not produced <u>any</u> responsive documents. Accordingly, Plaintiff moves this Court to order Ms. Sibley to appear, submit to cross-examination, and show cause why she should not be held in contempt of subpoena.

1

Respectfully submitted,

*/s/ William Most*
**HOPE PHELPS (La. Bar No. 37259)**
**WILLIAM MOST (La. Bar No. 36914)**
Most & Associates
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, LA 70170
Tel: (504) 500-7974
Email: hopeaphelps@outlook.com
***Counsel for Plaintiff, Dawn Pierce***

Certificate of Service

I certify that on the date marked by EM/ECF above (March 9, 2026), I caused the above

to be served on all parties by EM/ECF, and on Dylan Rousse and Amber Sibley by U.S. Mail and

email.

*/s/ William Most*
WILLIAM MOST (La. Bar No. 36914)

2