Case 2:25-cv-02178-WJC-DPC    Document 30-2    Filed 04/25/26    Page 1 of 5

 Gmail

**William Most <williammost@gmail.com>**

---

## Pierce v. Town of Golden Meadow; Third Party Subpoenas

---

**William Most** <williammost@gmail.com>                                      Wed, Apr 8, 2026 at 7:29 PM
To: Amber Sibley <amberkayann03@gmail.com>
Cc: Veronica Barnes <veronicasuzannebarnes@gmail.com>, Hope Phelps <hopeaphelps@outlook.com>

Amber,

Regardless of whether it says "OnlyFans," please send all banking records reflecting income or payments from OnlyFans.

Thank you,

William

On Wed, Apr 8, 2026 at 7:20 PM Amber Sibley <amberkayann03@gmail.com> wrote:
Dear William, I'm trying to be as respectful as I can be given your title, but you're making it very hard. So I will say this in the most respectful way.

1. Regarding this "
(Given how much you talk about Dawn, I think it is extremely improbable that you do not have <u>any</u> emails, text messages, or social media messages with any of the following phrases: "got something cooking", "onlyfans", "dawn", "pierce", "friel", "arrest", "images", "bond", "joey", "bouziga", "mayor", "lafont", "private image".") I am not your client nor am I her friends. What that means is, I don't spend every waking moment of my life talking about others like they do. Dawn did what she did and she got a wake up call.

2. Regarding this:
("It is also beyond belief that your bank does not have banking records from <u>as recent as last year</u>.") I never claimed to have asked my bank, I simply said there are no records because of how long ago it was. Let me break that down for you to, what I mean is, there is nothing on my banking app that shows anything with Onlyfans banking statements.

3. I have done what I told you I would. There is nothing to be provided simply because there is NOTHING there. There is no case to defend what Dawn is claiming.

I hope you have the day you deserve.


On Wed, Apr 8, 2026 at 7:07 PM William Most <williammost@gmail.com> wrote:
Amber,

Given how much you talk about Dawn, I think it is extremely improbable that you do not have <u>any</u> emails, text messages, or social media messages with any of the following phrases: "got something cooking", "onlyfans", "dawn", "pierce", "friel", "arrest", "images", "bond", "joey", "bouziga", "mayor", "lafont", "private image".

It is also beyond belief that your bank does not have banking records from <u>as recent as last year</u>.

If the responsive documents are not provided by the court's deadline, we will move for sanctions for contempt of court. If you wish to hire an attorney, this might be a good time to do it. I'd be happy to talk to any lawyer you hire.

Thank you,

William


On Wed, Apr 8, 2026 at 5:55 PM William Most <williammost@gmail.com> wrote:
Because I can subpoena the bank.

On Apr 8, 2026, at 5:50 PM, Amber Sibley <amberkayann03@gmail.com> wrote:

Ummm, why does it matter?

On Wed, Apr 8, 2026 at 5:49 PM William Most <williammost@gmail.com> wrote:
What bank do you use?

On Apr 8, 2026, at 5:25 PM, Amber Sibley <amberkayann03@gmail.com> wrote:

It's been to long since I've had it. So no, no bank records. (Not that that matters in this case against that sad excuse of a woman).

On Wed, Apr 8, 2026 at 5:23 PM William Most <williammost@gmail.com> wrote:
What about your banking records showing the payments from OnlyFans?

On Apr 8, 2026, at 5:01 PM, Amber Sibley <amberkayann03@gmail.com> wrote:

No documents. Double checked. Old phone carrier won't give us old messages.

On Wed, Apr 8, 2026 at 4:59 PM William Most <williammost@gmail.com> wrote:
Amber,

Just checking in - are you on track for collecting these documents??

Thank you!

William

On Wed, Mar 25, 2026 at 11:19 AM William Most <williammost@gmail.com> wrote:
Amber,

Thanks for speaking with me. You said that you had searched your emails and text messages on your current phone for all the search terms listed in the subpoena ("got something cooking", "onlyfans", "dawn", "pierce", "friel", "arrest", "images", "bond", "joey", "bouziga", "mayor", "lafont", "private image").

You said that you had been locked out of and didn't have access to your prior Facebook, OnlyFans, and Twitter accounts, so you couldn't search those.

We discussed that you will need to at least:

- Search your instagram messages for all the search terms;
- Provide your banking records showing income from OnlyFans (which you estimate at $600); and
- Contact your phone provider to see if they can provide call history logs and/or text messages.

Case 2:25-cv-02178-WJC-DPC    Document 39-2    Filed 04/25/26    Page 3 of 5

We also have not found (and the City cannot find) the email that transmitted the pictures of you to Chief Lafont, so please look for that as well.

You emphasized that you are not doing this to help Dawn, and you hope she loses the case. I said I understand, and my understanding is that you are doing this because of a court order, not to voluntarily help Dawn.

Thank you,

William

On Wed, Mar 25, 2026 at 8:48 AM William Most <williammost@gmail.com> wrote:

> Amber,
>
> As you know, you were subpoenaed to produce the following:
>
> - All emails, text messages, Facebook messages, Twitter DMs, or other forms of social media communication or other forms of written communication with Michelle Lafont, Joey Bouziga, Michael Kreamer, and/or Tristin Gaspard from December 1, 2024 to the present
> - All documents reflecting income or payments from OnlyFans.
> - All emails, text messages, Facebook messages, Twitter DMs, or other forms of social media communication or other written communication containing any of the following non-case sensitive search terms: "got something cooking", "onlyfans", "dawn", "pierce", "friel", "arrest", "images", "bond", "joey", "bouziga", "mayor", "lafont", "private image". For any responsive text messages, provide the entire text thread that day: i.e., all text messages in that chain from that day.
> - All cellphone or other call history from January 7 to 10, 2025.
>
> Today, Judge Currault ordered you to produce those documents within 30 days. The judge specifically said you may need to "access the necessary sites and/or vendors to download and/or obtain the requested documents." She warned that "FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN SANCTIONS, INCLUDING BEING HELD IN CONTEMPT OF COURT."
>
> As a result, you will need to search your emails, text messages, twitter DMs, Facebook messages, and other social media communications, for communicaitons with Lafont, Bouziga, Kreamer, and Gaspard, and also search for each of the search terms. You'll also need to pull your income and payment documents from OnlyFans, and obtain your call history logs from your cell phone provider.
>
> If you have any questions about this, please feel free to reach out. Given that you are facing the risk of contempt of court, you might want to hire a lawyer to assist you with this.
>
> Thank you,
>
> William

4/15/26, 11:17 AM
Case 2:25-cv-02178-WJC-DPC    Document 39-2    Filed 04/25/26    Page 4 of 5
Gmail - Pierce v. Town of Golden Meadow; Third Party Subpoenas

On Mon, Mar 23, 2026 at 7:46 PM Dylan Rousse <roussedylan9@gmail.com> wrote:
As the other emails we have told you we have no information you want , have a goodnight William

On Mon, Mar 23, 2026 at 7:44 PM Dylan Rousse <roussedylan9@gmail.com> wrote:
We did tell you to stop emailing us we already got your other emails also your 2 things you sent in the mail , we will not ask again

On Mon, Mar 23, 2026 at 7:37 PM William Most <williammost@gmail.com> wrote:

Amber and Dylan,

Attached is a notice we have filed with the court.

Thank you,

William

On Mon, Mar 9, 2026 at 9:06 PM William Most <williammost@gmail.com> wrote:

Would you mail a copy to them?

---------- Forwarded message ---------
From: **William Most** <williammost@gmail.com>
Date: Mon, Mar 9, 2026 at 9:06 PM
Subject: Re: Pierce v. Town of Golden Meadow; Third Party Subpoenas
To: Dylan Rousse <roussedylan9@gmail.com>, <amberkayann03@gmail.com>
Cc: Hope Phelps <hopeaphelps@outlook.com>, Veronica Barnes <veronicasuzannebarnes@gmail.com>

Amber and Dylan,

We have re-urged the judge to issue an order compelling the production of responsive documents. Please see attached.

Thank you,

WIlliam

On Tue, Mar 3, 2026 at 8:38 AM William Most <williammost@gmail.com> wrote:

Dylan and Amber,

When we spoke in December, you agreed to provide the responsive documents other than the OnlyFans income documents to the extent you had them, and you agreed to contact your phone provider as needed to get the remainder. I agreed to a one-week extension to allow you time to do that. You did not provide anything. Then I agreed to a second extension. You did not provide anything by then either. We reissued the subpoenas, and you still have not produced anything.

Gmail - Pierce v. Town of Golden Meadow, Third-Party Subpoenas

You have given no suggestion that you have searched your emails, text messages, DMs, etc. for responsive documents. You have given no indication that you have contacted your phone provider. You have not requested additional time, and you have not filed an objection with the court.

Please contact me immediately if you wish to comply with the subpoena. If not, we will request a court order. If you engage a lawyer to assist you with this, please let me know and I will speak with them.

Thank you,

William

On Thu, Feb 5, 2026 at 4:54 PM William Most <williammost@gmail.com> wrote:
> Amber and Dylan,
>
> Please find re-issued subpoenas for documents, along with deposition subpoenas for June 25, 2026. Please let me know if you have any questions.
>
> Thank you,
>
> William Most
>
> --
> William Most
> Most & Associates
> mostandassociates.com
> (504) 509-5023