**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

_____
                                                                   )
DAWN PIERCE,                                                       )
                                                                   )
                              Plaintiff                            )
        v.                                                         )   Case No. 25-cv-02178- WJC-DPC
                                                                   )
TOWN OF GOLDEN MEADOW, et al.                                     )
                                                                   )
                              Defendants.                          )
_____)

**Notice of Submission**

Plaintiff's Motion for Contempt of Subpoena is noticed for Submission on May 13, 2026.

Respectfully submitted,

_/s/ William Most_
**HOPE PHELPS (La. Bar No. 37259)**
**WILLIAM MOST (La. Bar No. 36914)**
Most & Associates
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, LA 70170
Tel: (504) 500-7974
Email: hopeaphelps@outlook.com
_**Counsel for Plaintiff, Dawn Pierce**_

Certificate of Service

I certify that on the date marked by EM/ECF above, I caused the above to be served on all

parties by EM/ECF, and on Amber Sibley by U.S. Mail and email.

_/s/ William Most_
WILLIAM MOST (La. Bar No. 36914)

1