**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

_____
                                            )
DAWN PIERCE,                                )
                                            )
                    Plaintiff               )
        v.                                  )   Case No. 25-cv-02178-WJC-DPC
                                            )
TOWN OF GOLDEN MEADOW, et al.               )
                                            )
                    Defendants.             )
_____     )

**Order on Motion for Contempt of Subpoena and Court Order**

Having considered Plaintiff's Motion for Order to Show Cause Regarding Contempt of Subpoena and Court Order, it is ordered and adjudged that the motion is GRANTED. Third-party witness Amber Sibley shall appear before this Court on _____, 2026, at _____ a.m./p.m., in Room B409 of 500 Poydras Street, New Orleans, LA 70130.

At least forty-eight hours prior to the hearing, she shall email to Plaintiff's Counsel William Most all evidence of any efforts to comply with the subpoena (_e.g._, communications with banks, email providers, social media providers, etc.). At the hearing, Ms. Sibley shall submit to cross-examination by Plaintiff's Counsel about her efforts to comply with the subpoena or lack thereof, and show cause why she should not be held in contempt of court.

Ms. Sibley is hereby advised that if she is held in contempt of court, she may be ordered to pay a daily monetary fine until she complies with the subpoena, and to pay Plaintiffs' attorneys fees incurred in bringing this motion and the prior motion to compel.

Plaintiff shall serve this order on witnesses Dylan Rousse and Amber Sibley via email and U.S. Mail. SO ORDERED.

                                _____
                                Judge

1