**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **DAWN PIERCE,** | * | **CIVIL ACTION NO. 2:25-cv-02178** |
| | * | |
| | * | |
| **VERSUS** | * | **SECTION: C** |
| | * | |
| | * | |
| **TOWN OF GOLDEN MEADOW,** | * | **MAGISTRATE: 2** |
| **MAYOR JOEY BOUZIGA, POLICE** | * | |
| **CHIEF MICHELLE LAFONT, and** | * | |
| **OFFICER TRISTIN GASPARD.** | * | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## MEMORANDUM IN OPPOSITION TO MOTION TO DETERMINE CONFLICT FREE COUNSEL

NOW INTO COURT come Defendants, The Town of Golden Meadow ("Golden Meadow"), Mayor Joey Bouziga ("Mayor Bouziga"), Police Chief Michelle Lafont ("Chief Lafont") and Officer Tristin Gaspard (Officer Gaspard"), for the purpose of responding to and opposing the Plaintiff's Motion to Determine Conflict-Free Counsel (Doc. 20), for the following reasons, to wit:

In her Complaint, Plaintiff, through Counsel, raises a laundry list of allegations under both federal and state law stemming from her arrest on July 8, 2025 made pursuant to an Arrest Warrant legally applied for by Chief Lafont and issued by a neutral magistrate, Judge Rebecca Robicheaux, which was later executed by a member of the Lafourche Parish Sheriff's Office. Plaintiff's extensive Complaint asserts a series of self-serving conclusory allegations without regard to the actual facts of the case thus far established through the Defendants' responses to discovery pleadings propounded by Plaintiff and made part of the record by Plaintiff in support of her motion to compel. (Doc. 16-4, 16-5)

In short, Plaintiff alleges that she was falsely arrested after the Mayor of Golden Meadow, in an effort to help his friend, Dylan Rouse, put pressure on the Chief of Police to arrest Plaintiff for violations of La. R.S. 14:283.2 after Amber Sibley complained that Dawn Pierce posted pictures of Amber Sibley on Facebook, a public forum, without Amber Sibley's permission, which depicted Amber Sibley in various stages of undress and were obtained by Plaintiff without Amber Sibley's permission from Amber Sibley's private subscriber only "Only Fans" account. Plaintiff argues that these baseless self-serving conclusory allegations are sufficient to establish the potential conflict of interest between the Defendants to establish her right to the relief sought in her motion.

Specifically, Plaintiff alleges that there exists a potential conflict of interest between the Town of Golden Meadow and the individually named Defendants, Mayor Bouziga, Chief Lafont and Officer Gaspard, such that this Honorable Court must now determine whether the undersigned can continue to represent the interests of all Defendants, or that additional counsel may be warranted for the individual defendants. The Defendants respectfully disagree and hereby oppose the motion, because at this point in the litigation and discovery[1], the Defendants are willing to waive any potential conflict of interest because the Defendants are aligned in their defenses to this case and are not likely to change due to the particular facts of this case.

In *Breaud v. Cantrell*, Civil Action 24-1865 (E.D. La. Sep 15, 2025), Judge Nanette Jolivet Brown of this Court was faced with similar arguments raised by Plaintiff's Counsel. The Defendants opposed the motion because there was no obvious conflict of interest among the Defendants at the time of the motion. The Defendants also argued that Defense Counsel did not

---

[1] The Preliminary Conference in this matter has not yet been completed and there is no discovery schedule in place or trial date yet selected.

represent the Defendants in any matters against one another; the City's position was not adverse to the other defendants; and there wasn't a significant risk that the representation of one defendant would be materially limited by obligations to the other defendants. In denying the Plaintiff's motion, Judge Brown determined that "[A]t this stage of the litigation, Breaud has not shown that Defendants are directly adverse to each other or that there is a significant risk that the representation of one defendant will materially limit the lawyers' responsibilities to another defendant."

It is clear from the Defendants verified answers to discovery placed into the record by Plaintiff in support of her motion to compel, that probable cause for the arrest of Plaintiff was legally established based upon the investigation conducted by Chief Lafont and pursuant to the arrest warrant signed and issued by Judge Robicheaux. The responses further establish that Mayor Bouziga and Officer Gaspard were not involved in the investigation, and Officer Gaspard merely went along with the Lafourche Parish Sheriff's Deputy when the Plaintiff was legally arrested by the Sheriff's Deputy pursuant to the legally issued arrest warrant. In addition, there is no evidence to suggest that the Plaintiff was physically harmed in any way by any of the individual Defendants. Therefore, there is no evidence of record to suggest that the Defendants' aligned defenses will at some point become adverse or disrupted.

Like the Defendants in the *Breaud* matter, the Defendants in this case submit that there is no obvious conflict of interest among the Defendants; Defense Counsel does not represent the Defendants in any matters against one another; the Town's position is not adverse to the other Defendants; and there is not a significant risk that the representation of one Defendant would be materially limited by obligations to the other Defendants. Therefore, at this point in the litigation, the Plaintiff's motion to Determine Conflict Free Counsel must be denied.

WHEREFORE, Defendants, The Town of Golden Meadow, Mayor Joey Bouziga, Police Chief Michelle Lafont and Officer Tristin Gaspard, for the foregoing reasons hereby respectfully urge this Honorable Court to deny Plaintiff's motion.

Dated: April 28, 2026

Respectfully submitted,

**NIELSEN & TREAS, LLC**

*/s/ Keith M. Detweiler*
Keith M. Detweiler, LA S.B. #20784
3838 N. Causeway Blvd., Suite 2850
Metairie, Louisiana 70002
P: (504) 837-2500
F: (504) 603-0730
Email: kdetweiler@nt-lawfirm.com
*Counsel for Defendants, Town of Golden Meadow, Mayor Joey Bouziga, Chief Michelle Lafont and Officer Tristin Gaspard*