UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DAWN PIERCE | * | CIVIL ACTION |
| VERSUS | * | NO. 25-2178 |
| TOWN OF GOLDEN MEADOW, ET AL. * | | SECTION "C"(2) |

**Re-Urged Motion to Determine Conflict-Free Counsel**

In this Section 1983 case with a *Monell* claim, all defendants are represented by the same lawyer. Because a Section 1983 claim with a *Monell* claim can create a potential conflict of between defendants,[1] Plaintiff filed a motion to determine conflict free counsel.[2]

On May 11, 2026, the Court issued an order.[3] The Court concluded that it was not yet clear whether the Town had or had not "decided not to fully indemnify the individual defendants."[4] The Court therefore ordered Defendants to notify Plaintiff about the answer to that question, and denied the motion without prejudice.[5] The Court held that should "the Town decide not to fully indemnify, that decision could well establish the existence of a material limitation conflict for the same attorney representing both the Town and individual defendants in this § 1983 case because representation of one client will be materially limited by his representation of the other. Plaintiff then may reurge her motion to disqualify."[6]

Now we have the answer. The Town will not fully indemnify. Plaintiff therefore re-urges her motion.

---

[1] *Nagle v. Gusman*, No. CIV.A. 12-1910, 2015 WL 1525827, at *1 (E.D. La. Apr. 2, 2015).
[2] ECF No. 20.
[3] ECF No. 27.
[4] *Id*. at *14.
[5] *Id*. at *15.
[6] *Id*. at *14-15 (emphasis added).

Respectfully submitted,

*/s/ William Most*
HOPE PHELPS (La. Bar No. 37259)
WILLIAM MOST (La. Bar No. 36914)
Most & Associates
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, LA 70170
Tel: (504) 500-7974
Email: hopeaphelps@outlook.com
*Counsel for Plaintiff, Dawn Pierce*