Case 2:25-cv-02178-WJC-DPC Gmail - Dawn Pierce v Golden Meadow, et al Document 30-2  Filed 05/22/26  Page 1 of 2



**William Most <williammost@gmail.com>**

# Dawn Pierce v Golden Meadow, et al

1 message

**Keith Detweiler** <kdetweiler@nt-lawfirm.com>                          Fri, May 22, 2026 at 11:32 AM
To: William Most <williammost@gmail.com>, Hope Phelps <hopeaphelps@outlook.com>, Veronica Barnes <veronicasuzannebarnes@gmail.com>
Cc: Sarah Groves <sgroves@nt-lawfirm.com>, Laurie Reyes <LReyes@nt-lawfirm.com>

5/22/26, 3:12 PM
Case 2:25-cv-02178-WJC-DPC        Document 30-2     Filed 05/22/26        Page 2 of 2
Gmail - Dawn Pierce v. Golden Meadow, et al.

Good morning,

In compliance with the Court's Order issued May 11, 2026 (Doc. 27), please be advised that the Town of Golden Meadow cannot agree at this point to fully indemnify the individual Defendants for claims for which liability can be transferred between them.  This notification is provided in compliance with the Court's Order and is in no way meant or intended to be used or interpreted in any way as evidence or commentary on the Town's alignment with the individual Defendants in this case.

Sincerely,

Keith

Keith M. Detweiler, Esq.

NIELSEN & TREAS, L.L.C.

3838 N. Causeway Bd.

Suite 2850

Metairie, La. 70002

Office (504)837-2500

Cell (504) 452-5912

NIELSEN & TREAS, LLC

CONFIDENTIALITY NOTICE: This electronic message is covered by the Electronic Communications Privacy Act, 18 U.S.C. sec. 2510-2521 and is legally privileged. Unauthorized review, use, disclosure or distribution is strictly prohibited. It you are not the intended recipient, please contact the sender by telephone or reply e-mail, and destroy all copies of the original message. Thank you.