**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| _____ ) | |
| DAWN PIERCE, ) | |
| ) | |
| Plaintiff ) | |
| v. ) | Case No. 25-cv-02178-WJC-DPC |
| ) | |
| TOWN OF GOLDEN MEADOW, et al. ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**Notice of Submission**

Plaintiff's Re-Urged Motion to Determine Conflict Free Counsel is noticed for Submission on June 10, 2026.

Respectfully submitted,

_/s/ William Most_____
HOPE PHELPS (La. Bar No. 37259)
WILLIAM MOST (La. Bar No. 36914)
Most & Associates
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, LA 70170
Tel: (504) 500-7974
Email: hopeaphelps@outlook.com
_Counsel for Plaintiff, Dawn Pierce_

1