UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DAWN PIERCE | * | CIVIL ACTION |
| VERSUS | * | NO. 25-2178 |
| TOWN OF GOLDEN MEADOW, ET AL. | * | SECTION "C" (2) |

## **ORDER**

Considering Plaintiff Dawn Pierce's Re-Urged "Motion to Determine Conflict-Free Counsel" (ECF No. 30),

IT IS ORDERED that an evidentiary hearing on Plaintiff's motion will be conducted in person on **WEDNESDAY, JUNE 10, 2026, at 2:00 p.m.** before Magistrate Judge Donna Phillips Currault, 500 Poydras Street, Hale Boggs Building, Room B-421, New Orleans, Louisiana.

IT IS FURTHER ORDERED that Defendants Mayor Joey Bouziga, Police Chief Michelle LaFont, and Officer Tristin Gaspard **must attend this hearing in person**.

Dated this 26th day of May, 2026.

DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE