**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **DAWN PIERCE,** | * | **CIVIL ACTION NO. 2:25-cv-02178** |
| | * | |
| | * | |
| **VERSUS** | * | **SECTION: L** |
| | * | |
| | * | |
| **TOWN OF GOLDEN MEADOW,** | * | **MAGISTRATE: 2** |
| **MAYOR JOEY BOUZIGA, POLICE** | * | |
| **CHIEF MICHELLE LAFONT, and** | * | |
| **OFFICER TRISTIN GASPARD,** | * | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## EX PARTE MOTION TO CONTINUE HEARING

Defendants, The Town of Golden Meadow, Mayor Joey Bouziga, Police Chief Michelle Lafont and Officer Tristin Gaspard, respectfully move this Court for a continuance of the in-person evidentiary hearing on Plaintiff's Re-Urged Motion to Determine Conflict-Free Counsel currently scheduled for June 10, 2026 at 2:00 p.m. as follows:

1.      Counsel for Defendants has a previously scheduled family wedding out of town that conflicts with the date and is unable to participate in the in-person evidentiary hearing.

2.      Counsel for the Parties have conferred, and Plaintiff's Counsel has no objection to this motion.

WHEREFORE, Defendants,  The Town of Golden Meadow, Mayor Joey Bouziga, Police Chief Michelle Lafont and Officer Tristin Gaspard, due to the unavailability of the undersigned on the date and time of the evidentiary hearing, respectfully move this Honorable Court to Continue the evidentiary hearing on Plaintiff's Re-Urged Motion to Determine Conflict-Free Counsel.

Dated: May 27, 2026

1

Respectfully submitted:

*/s/ Keith M. Detweiler*
Keith M. Detweiler
LA State Bar #20784
**NIELSEN & TREAS, LLC**
3838 N. Causeway Blvd., Suite 2850
Metairie, LA 70002
P: 504-837-2500; F: 504-603-0730
Email: kdetweiler@nt-lawfirm.com
*Counsel for Defendants, The Town of Golden Meadow, Mayor Joey Bouziga, Police Chief Michelle Lafont and Officer Tristin Gaspard*

2