**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **DAWN PIERCE,** | * | **CIVIL ACTION NO. 2:25-cv-02178** |
| | * | |
| | * | |
| **VERSUS** | * | **SECTION: L** |
| | * | |
| | * | |
| **TOWN OF GOLDEN MEADOW,** | * | **MAGISTRATE: 2** |
| **MAYOR JOEY BOUZIGA, POLICE** | * | |
| **CHIEF MICHELLE LAFONT, and** | * | |
| **OFFICER TRISTIN GASPARD,** | * | |
| | * | |

**************************************

<u>**ORDER**</u>

Considering the foregoing Motion to Continue Hearing:

IT IS HEREBY ORDERED that the Motion to Continue Hearing filed by the Defendants is hereby granted; thus, the evidentiary hearing on Plaintiff's Re-Urged Motion to Determine Conflict-Free Counsel is rescheduled to _____, 2026.

New Orleans, Louisiana, this _____ day of _____, 2026.

_____
DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE

1