**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **DAWN PIERCE,** | * | **CIVIL ACTION NO. 2:25-cv-02178** |
| | * | |
| | * | |
| **VERSUS** | * | **SECTION: C** |
| | * | |
| | * | |
| **TOWN OF GOLDEN MEADOW,** | * | **MAGISTRATE: 2** |
| **MAYOR JOEY BOUZIGA, POLICE** | * | |
| **CHIEF MICHELLE LAFONT, and** | * | |
| **OFFICER TRISTIN GASPARD,** | * | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

<u>**ORDER**</u>

Considering the foregoing Motion to Continue Hearing:

IT IS HEREBY ORDERED that the Motion to Continue Hearing filed by the Defendants is hereby GRANTED.

IT IS FURTHER ORDERED that the evidentiary hearing on Plaintiff's Motion to Determine Conflict-Free Counsel will be conducted in person on WEDNESDAY, JUNE 17, 2026, at 10:00 a.m. before Magistrate Judge Donna Phillips Currault, 500 Poydras Street, Hale Boggs Building, Room B-421, New Orleans, Louisiana.

IT IS FURTHER ORDERED that Defendants Mayor Joey Bouziga, Police Chief Michelle LaFont, and Officer Tristin Gaspard must attend this hearing in person.

Dated this ___28th___ day of May, 2026.

DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE

1