MINUTE ENTRY
CURRAULT, M. J.
JUNE 17, 2026
**MJSTAR: 0:26**
Court Recorder: Alexis Vice

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| DAWN PIERCE | * | | CIVIL ACTION |
| VERSUS | * | | NO. 25-2178 |
| TOWN OF GOLDEN MEADOW, ET AL. | * | | SECTION "C" (2) |

The scheduled hearing proceeded on this date regarding Plaintiff Dawn Pierce's Re-Urged "Motion to Determine Conflict-Free Counsel" in this case involving §1983 claims against the Town and several employees.  ECF No. 34; *see* ECF No. 30.

Participating were:    William Brock Most, counsel for Plaintiff;
Kieth M. Detweiler, counsel for Defendants.

In accordance with this Court's Order, Officer Tristin Gaspard, Police Chief Michelle LaFont, Mayor Joey Bouziga, and Bryce Autin, counsel for the Town of Golden Meadow, appeared as directed.

In accordance with the May 11, 2026, Order and Reasons denying Plaintiff's initial motion (*See* ECF No. 27 at 14-15), the Court questioned Mr. Detweiler regarding his simultaneous representation of all the defendants to ensure that same is not prohibited by Louisiana Rule of Professional Conduct ("Rule") 1.7(b)(1) and that Defendants have provided informed consent in accordance with Rule 1.7(b)(4).  After questioning counsel and each defendant, the Court finds that Rule 1.7(b)(1) does not prohibit Mr. Detweiler's representation, and each Defendant's answers to my questions reflect their information consent, as required by Rule 1.7(b)(4), and desire to continue representation by Mr. Detweiler.  While Mr. Detweiler had not explained the precise

1

scope of the Town's agreed indemnification to the individual Defendants, he will do so before having the Defendants sign the transcript of this hearing to reflect their information consent and waiver.

Accordingly, the Court **DENIED** Plaintiff's motion (ECF No. 30).  The Court **ORDERED** the Clerk to send Defendants the transcript and **FURTHER ORDERED** they each sign same, including confirmation that Mr. Detweiler has explained the scope of the indemnification agreement, and that Mr. Detweiler file same in the court record within 14 days of his receipt of the transcript.

DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE