**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **DAWN PIERCE** | **CIVIL ACTION** |
| **v.** | **NO: 25-2178** |
| **TOWN OF GOLDEN MEADOW, ET AL.** | **SECTION: C (2)** |

## ORDER

Considering the Consent Motion for Partial Dismissal filed on September 20, 2026 by plaintiff (R. Doc. 36);

**IT IS ORDERED** that the motion is **GRANTED**. All claims asserted by plaintiff in the captioned matter against defendants Joey Bouziga and Tristin Gaspard are **DISMISSED**, without prejudice, with the parties to bear their own costs.

New Orleans, Louisiana, this 21sy day of September 2026

WILLIAM J. CRAIN
UNITED STATES DISTRICT JUDGE