**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| DAWN PIERCE, | ) | |
| Plaintiff | ) | |
| v. | ) | Case No. 25-cv-02178-WJC-DPC |
| TOWN OF GOLDEN MEADOW, et al. | ) | |
| Defendants. | ) | |

**[Proposed] ORDER**

Having considered Plaintiff's Motion for Partial Summary Judgment and the arguments and evidence related thereto, it is hereby ordered that the motion is GRANTED. Partial summary judgment shall be entered for Plaintiff on her Section 1983 false arrest claim. SO ORDERED.

________________________

JUDGE