# Golden Meadow Police Department

Case G-00493-25GM Printed on July 11, 2025

| | |
|---|---|
| **Status** | Approved |
| **Report Type** | EPR |
| **Primary Officer** | MICHELLE LAFONT |
| **Investigator** | None |
| **Reported At** | 07/08/25 12:43 |
| **Incident Date** | 07/08/25 12:43 |
| **Incident Code** | 21 : Complaint |
| **Location** | 1703 N BAYOU DR, GOLDEN MEADOW, LA 70357 |
| **Beat** | GMPD |
| **Disposition** | Adult Arrest Made DA Review |
| **Disposition Date/Time** | 07/08/25 22:57 |
| **Review for Gang Activity** | None |

**Asst Officers**

GM3 - GASPARD, TRISTIN; 110 - KREAMER, MICHAEL, JR.

### Offense Information

| | |
|---|---|
| **Offense** | NONCONSENSUAL DISCLOSURE OF A PRIVATE IMAGE (FELONY) |
| **Statute** | 14:283.2 |
| **NIBRS Code** | |
| **Counts** | 1 |
| **Include In NIBRS** | Yes |
| **Completed** | Yes |
| **Location** | Cyberspace |
| **Entry Forced** | No |

## Primary Narrative By MICHELLE LAFONT, 07/11/25 12:23

On 07/08/2025, at approximately 1243 hours, I Chief Michelle Lafont received a call from headquarters to handle a complaint over the phone with Amber Sibley about photos posted to her OnlyFans page being screenshot and posted on Facebook. I called Amber (W/F, [redacted] who stated that she and her fiancee made an OnlyFans webpage and posted pictures of her in negligees and her fiance's nanny Dawn Pierce (W/F, [redacted]) posted the pictures to her Facebook page. Ms. Sibley stated that a guy who has an account screenshot her pictures and sent them to Ms. Pierce who then posted the pictures on her Facebook page in retaliation for being mad at them. Ms. Sibley wanted her to take the posts down and wanted charges pressed against Ms. Pierce. After reading the law and finding that the OnlyFans page is a subscribe account and the pictures were obtained from someone who had an account that is private we felt the charge was appropriate for Ms. Pierce's actions. See law below:

RS 14:283.2:
(2) The person who discloses the image obtained it through unauthorized access or under circumstances in which a reasonable person would know or understand that the image was to remain private.

Dylan Rousse, Ms. Sibley's fiancee also contacted me wanting to press charges on Ms. Pierce because the photos were put on Facebook and his nieces and nephews were able to see the photos and the comments that went with them.

A warrant was issued for Ms. Pierce and was executed by my officer and a Sheriff's Deputy on night shift.

## Supporting Narrative By TRISTIN GASPARD, 07/09/25 20:27

On July 8th, 2025, at 2019 hours, (I) Officer Tristin Gaspard and Sergeant Michael Kreamer with the Lafourche Parish Sheriff's Office arrived at 200 West 40th St, Larose. Contact was made with Dawn Pierce due to her having an active warrant for Nonconsensual Disclosure of a Private Image, for Chief Lafont case.

Sergeant Kreamer took Dawn into custody, and she was placed in my unit. She was then transported to the South Lafourche Substation without incident.

5:16 23

Dawn's post

**Dawn Pierce Friel**
5h ·

Just wanting to help out her business so she doesn't call anyone begging for money anymore. How disgusting and you claim to be a Christian! This just so happened to fall in my lap. Be careful who you spread lies about karma is a bitch!

Tralyn Michelle + 5 133 comments 1 share

Like Comment Send Share

AT&T Wi-Fi 3:23 PM 3%

**Post**

amberkayyy Follow

Sub to my OF and make me daddies little slut.



5:17 23

Dawn's post

AT&T 5GE 4:07 PM 28%

onlyfans.com

OnlyFans Tap ••• then open in external browser

**Amber Kayy**
Available now



**Amber Kayy** 15 minutes ago •••
@amberkayyyy

Couldn't wait for you to touch me... so I did it myself 💦
Watch me get wetter in this blue just for you 👄

2:44

SUBSCRIBE TO SEE USER'S POSTS

Like Comment Share

AT&T Wi-Fi 2:52 PM 42%

5:16 23

Dawn's post

onlyfans.com

OnlyFans Tap ••• then open in external browser

Amber Kayy
Available now



Amber Kayy

@amberkayyyy · Available now

22 💋 | Submissive | Your new obsession 💦
Soft voice, obedient heart, and dangerous intentions. 😈
I love being told what to do — especially by you.
💗 DM me for customs, voice notes, & your secret desires.
Tip to control me... I'm yours 🖤
https://x.com/obession03?s=21

Collapse info

SUBSCRIPTION

Like Comment Share

AT&T 5GE 4:07 PM 28%

5:17 23

Dawn's post

AT&T Wi-Fi 2:52 PM 42%
onlyfans.com

Amber Kayy
Available now

4 likes

Amber Kayy 3 hours ago
@amberkayyyy

Sex tapes, bj videos, and so on are all coming within the next month. Stay tuned. 💋

1 like

Amber Kayy 3 hours ago
@amberkayyyy

HMU for content!! 15 % off my bundles 💋

1 like

Like Comment Send Share

5:17 23

Dawn's post

onlyfans.com

OnlyFans Tap ••• then open in external browser

Amber Kayy
Available now

RECENT



Amber Kayy 5 minutes ago •••
@amberkayyyy

Watch me undress for you. 🖤

0:21

SUBSCRIBE TO SEE USER'S POSTS



Amber Kayy 14 minutes ago •••

Like Comment Share

In honor of red, white, and blue let me spread

5:17 23

Dawn's post

Follow

**amberkayyy**

22 ✨ Daily content | 💌 DMs open | Customs available Come play 👉

10 19

Posts

amberkayyy
If we were alone, what would we do?




Like Comment Send Share

5:16

Dawn's post

Like Comment Share

AT&T 5GE 5:35 PM 4%

Post

amberkayyy Follow

Happy almost, 4th of July. Link in bio.



Long-press to view who quoted this post

Share this post with anyone, even if they aren't on X yet

5:16

23

Dawn's post

AT&T Wi-Fi 8:42 PM 59%

Done onlyfans.com

Amber Kayy

75 · 5 · 109



Amber Kayy

@amberkayyyy · Seen 1 hour ago

22 | Submissive | Your new obsession

Soft voice, obedient heart, and dangerous inten-
tions

More info

SUBSCRIPTION

Like Comment Share

5:17 23

Dawn's post

Like Comment Send Share



5:17 23

Dawn's post

onlyfans.com

OnlyFans Tap ••• then open in external browser

We use cookies to run this website. See our Cookie Notice .

ONLY NECESSARY COOKIES ACCEPT ALL

Amber Kayy
27 · 3 · 16



**Amber Kayy**

@amberkayyyy · Seen seconds ago

22 | Submissive | Your new obsession

Soft voice, obedient heart, and dangerous intentions.

Like Comment Send Share

AT&T 5GE 4:02 PM 31%

5:17 23

Dawn's post



Like Comment Send Share

5:17 23

Dawn's post



Like Comment Send Share

**Warrant No: G-00493-25GM**

STATE OF LOUISIANA
Parish of Lafourche
17th Judicial Judicial District Court
ITEM # G-00493-25GM

# AFFIDAVIT FOR ARREST WARRANT

STATE OF LOUISIANA
VERSUS

Dawn Marie Pierce/ White / Female
Height: 5.2 Weight: 128 Eye Color: Unknown
Unknown
[redacted]

DOB: 1973[redacted] SSN:

I, Chief Michelle Lafont, with the Town of Golden Meadow, certify under oath based on the information outlined below, that there is probable cause to believe Dawn Marie Pierce on or about 07/08/2025 at 1243 did commit:

Count(s) 1 of 14:283.2A2 Nonconsensual Disclosure of a Private Image (Felony)

within this State and Parish at:
200 West 40th Street Larose, LA 70373
and the jurisdiction of the 17th Judicial Judicial District Court, contrary to the form of the statutes of the State of Louisiana in such case made and provided, and against the peace and dignity of the same, in that the following did occur:
On July 8,2025, at 1243 hours, I, Chief Michelle Lafont received a complaint from Amber Silbey about some pictures that were posted on Facebook. Amber explained that she and her fiancee made an Only Fans page and she posted pictures of herself in see through negligees. She stated that a guy went to her page and took screenshots of the pictures and shared them with her fiancee's Nanny (Dawn Marie Pierce). Dawn is mad at Amber and Dylan so she took the pictures and posted them on her Facebook page. The pictures posted on Facebook are revealing private images of Amber in see through underwear.

Amber Sibley, White, Female
[redacted]Golden Meadow, LA 70357
DOB: 2003[redacted]
Phone #: 985[redacted]

I hereby certify under oath the information contained herein to be true and correct, to the best of my knowledge, under penalties of perjury, so help me God.

Chief Michelle Lafont (signature)

Chief Michelle Lafont
Affiant

THUS DONE AND PASSED on this day July 08, 2025 07:06 PM.

(signature)

Rebecca Robichaux
State of Louisiana

Tuesday, July 08, 2025 7:06:14 PM

**Warrant No: G-00493-25GM**

STATE OF LOUISIANA
Parish of Lafourche
17th Judicial Judicial District Court
ITEM # G-00493-25GM

## ARREST WARRANT

STATE OF LOUISIANA
VERSUS

Dawn Marie Pierce/ White / Female
Height: 5.2 Weight: 128 Eye Color: Unknown
Unknown
[redacted] St. Larose, LA 70373

DOB: 197[redacted] SSN:

TO ANY COMMISSIONED PEACE OFFICER:

WHEREAS, complaint has been made to me, upon the affidavit of Chief Michelle Lafont, with the Town of Golden Meadow, charging one Dawn Marie Pierce with:

Count(s) 1 of 14:283.2A2 Nonconsensual Disclosure of a Private Image (Felony)

Committed on or about 07/08/2025 at 1243.
Now, therefore, you are hereby commanded, in the name of the State, to apprehend and arrest and book the said accused to answer the said complaint. You are further commanded to keep the said accused in safe custody until released according to law, and this shall be your warrant.

Given under my official signature, this day July 08, 2025 07:06 PM.

Rebecca Robichaux
State of Louisiana

Tuesday, July 08, 2025 7:06:14 PM

17th Judicial Judicial Court

**STATE OF LOUISIANA**

**VERSUS**

Dawn Marie Pierce

**BAIL ORDER**

IT IS ORDERED that the bail on the defendant named above is hereby fixed as set forth herein below.

IT IS ORDERED that the Sheriff of the Parish of Lafourche and his duly authorized deputies are authorized to accept the bail.

IT IS ORDERED that the defendant named above, in posting the bond shall have the right to select any of the types of bail specified in Article 339 of the Louisiana Criminal Code. However, they may only select an unsecured personal surety bail or bail without surety if authorized by further orders of the Court.

| Count(s) | Charges | Amount | Description | Statute Type |
|---|---|---|---|---|
| 1 | 14:283.2A2 Nonconsensual Disclosure of a Private Image | $10,000.00 | | Felony |
| Total | | $10,000.00 | | |

Bond Conditions (if any):

SIGNED on this day July 08, 2025 07:06 PM.

Rebecca Robichaux
Judge, 17th Judicial Judicial Court

State of Louisiana

Tuesday, July 08, 2025 7:06:14 PM