**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **DAWN PIERCE,** | * | **CIVIL ACTION NO. 2:25-cv-02178** |
| | * | |
| | * | |
| **VERSUS** | * | **SECTION: L** |
| | * | |
| | * | |
| **TOWN OF GOLDEN MEADOW, MAYOR JOEY BOUZIGA, POLICE CHIEF MICHELLE LAFONT, and OFFICER TRISTIN GASPARD,** | * * * * | **MAGISTRATE: 2** |
| | * | |

**************************************

**<u>NOTICE OF COMPLIANCE</u>**

NOW INTO COURT through undersigned Counsel comes Defendants, The Town of Golden Meadow and Police Chief Michelle Lafont, along with dismissed Defendants, Mayor Joey Bouziga and Officer Tristin Gaspard, who respectfully notify the Court and confirm that as previously ordered on June 17, 2026 (Doc. 35), Undersigned Counsel received the transcript of the hearing of the Plaintiff's Re-Urged Motion to Determine Conflict-Free Counsel on September 16, 2026, met individually with Chief Lafont and Officer Gaspard on September 17, 202 and with Mayor Bouziga on September 23, 2026 and went over the indemnity agreement and explained the scope of the indemnity agreement with each Defendants signing the transcript of the hearing attached as Ex. A and a copy of the indemnity agreement attached as Ex. B to confirm compliance with the Court's Order.

WHEREFORE, Defendants, The Town of Golden Meadow, Mayor Joey Bouziga, Police Chief Michelle Lafont and Officer Tristin Gaspard, and Undersigned Counsel respectfully pray that this notice of compliance be deemed good and sufficient.

Dated: September 30, 2026

Respectfully submitted:

*/s/ Keith M. Detweiler*
Keith M. Detweiler
LA State Bar #20784
**NIELSEN & TREAS, LLC**
3838 N. Causeway Blvd., Suite 2850
Metairie, LA 70002
P: 504-837-2500; F: 504-603-0730
Email: kdetweiler@nt-lawfirm.com
*Counsel for Defendants, The Town of Golden Meadow, Mayor Joey Bouziga, Police Chief Michelle Lafont and Officer Tristin Gaspard*