**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **DAWN PIERCE,** | * | **CIVIL ACTION NO. 2:25-cv-02178** |
| | * | |
| | * | |
| **VERSUS** | * | **SECTION: L** |
| | * | |
| | * | |
| **TOWN OF GOLDEN MEADOW, MAYOR JOEY BOUZIGA, POLICE CHIEF MICHELLE LAFONT, and OFFICER TRISTIN GASPARD,** | * | **MAGISTRATE: 2** |
| | * | |
| | * | |
| | * | |
| | * | |

***********************************

**UNOPPOSED MOTION TO RESET SUBMISSION DATE**

NOW INTO COURT COMES Defendants, The Town of Golden Meadow and Police Chief Michelle Lafont, who respectfully move this Honorable Court to reset the submission date of Plaintiff's Motion for Partial Summary Judgment currently set for October 14, 2026 to November 4, 2026.

Counsel for Defendants has a number of calendaring conflicts with the briefing schedule for the motion as well as a previously scheduled vacation and therefore would benefit from additional time to prepare a response to Plaintiff's Motion for Partial Summary Judgment.

Counsel for Plaintiff has been contacted and has no objection to this resetting the submission date to November 4, 2026..

WHEREFORE, Defendants, The Town of Golden Meadow and Police Chief Michelle Lafont, pray that this Honorable Court issue an Order resetting the submission date of Plaintiff's Motion for Summary Judgment to November 4, 2026.

Dated: September 30, 2026.

Respectfully submitted,

**NIELSEN & TREAS, LLC**

*/s/ Keith M. Detweiler*
Keith M. Detweiler, La. S.B. #20784
3838 N. Causeway Boulevard, Suite 2850
Metairie, Louisiana 70002
P: (504) 837-2500; F: (504) 603-0730
Email: kdetweiler@nt-lawfirm.com
***Counsel for Defendants***