**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **DAWN PIERCE,** | * | **CIVIL ACTION NO. 2:25-cv-02178** |
| | * | |
| | * | |
| **VERSUS** | * | **SECTION: L** |
| | * | |
| | * | |
| **TOWN OF GOLDEN MEADOW, MAYOR JOEY BOUZIGA, POLICE CHIEF MICHELLE LAFONT, and OFFICER TRISTIN GASPARD,** | * * * * * | **MAGISTRATE: 2** |

**************************************

**ORDER**

Considering the Unopposed Motion to Reset Submission Date filed by Defendants, The Town of Golden Meadow and Police Chief Michelle Lafont,

IT IS ORDERED that the submission date of Plaintiff's Motion for Partial Summary Judgment be and is hereby reset to November 4, 2026.

NEW ORLEANS, LOUISIANA, this ________ day of _______________, 2026.

_______________________________________
**UNITED STATES DISTRICT COURT JUDGE**