**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**DAWN PIERCE** — **CIVIL ACTION**

**v.** — **NO: 25-2178**

**TOWN OF GOLDEN MEADOW, ET AL.** — **SECTION: C (2)**

# ORDER

Considering the Unopposed Motion to Reset Submission Date filed on September 30, 2026 by defendants (R. Doc. 40);

**IT IS ORDERED** that the motion is **GRANTED**. The submission date for Plaintiff's Motion for Partial Summary Judgment (R. Doc. 38) is continued to November 4, 2026.

New Orleans, Louisiana, this 1st day of October 2026

WILLIAM J. CRAIN
UNITED STATES DISTRICT JUDGE