UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DAWN PIERCE | * | CIVIL ACTION |
| VERSUS | * | NO. 25-2178 |
| TOWN OF GOLDEN MEADOW, ET AL. | * | SECTION "C" (2) |

**ORDER**

During the June 17, 2026, hearing, the Court ordered each of the Defendants to sign the transcript of that hearing, including confirmation that Keith M. Detweiler has explained the scope of the indemnification agreement, and that it be filed into the court record. ECF No. 35. Defendants the Town of Golden Meadow, Police Chief Michelle Lafont, Mayor Joey Bouziga, and Officer Tristin Gaspard have filed a Notice of Compliance in this case. ECF No. 39.

Having reviewed the notice of compliance, the Court determines that the Order in the June 17, 2026 Minute Entry is **SATISFIED**.

New Orleans, Louisiana, this 1st day of October, 2026.

DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE