EXHIBIT
3



5:17 23

Dawn's post



Like Comment Send Share