EXHIBIT
8

5:17 23

Dawn's post




Like Comment Send Share