EXHIBIT 10

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

CASE NO. 2:25-cv-02178-WJC-DPC

DAWN PIERCE

Plaintiff,

VERSUS

TOWN OF GOLDEN MEADOW, ET AL

Defendants.

Deposition of AMBER SIBLEY, taken on Tuesday, June 25, 2026, given in the above-entitled cause, before Lori L. Marino, Certified Shorthand Reporter, in and for the State of Louisiana, at the law offices of Most & Associates, 201 St. Charles Avenue, Suite 2500, New Orleans, Louisiana 70170, commencing at 10:34 AM.

REPORTED BY: LORI L. MARINO
CERTIFIED COURT REPORTER
STATE OF LOUISIANA

APPEARANCES:
(ALL PARTICIPANTS PRESENT IN PERSON:)

MOST & ASSOCIATES
201 ST. CHARLES AVENUE, SUITE 2500
NEW ORLEANS, LOUISIANA 70170
TELEPHONE: (504) 500-7974

BY: WILLIAM MOST, ESQ.
williammost@gmail.com
REPRESENTING THE PLAINTIFF

NIELSON & TREAS, LLC
3838 NORTH CAUSEWAY BOULEVARD, SUITE 2850
METAIRIE, LOUISIANA 70002
TELEPHONE: (504) 837-2500

BY: KEITH M. DETWEILER, ESQ.
kdetweiler@nt-lawfirm.com
REPRESENTING THE DEFENDANT



W I T N E S S I N D E X

AMBER SIBLEY
1703 NORTH BAYOU DRIVE
GOLDEN MEADOW, LOUISIANA 70357


TITLE 1
APPEARANCES 2
INDEX 3
AGREEMENT OF COUNSEL 4
EXAMINATION BY MR. MOST 5
EXAMINATION BY MS. DETWEILER 46
EXAMINATION BY MR. MOST 66
REPORTER'S CERTIFICATE 69


E X H I B I T I N D E X


EXHIBIT P - GOLDEN MEADOW POLICE DEPARTMENT DOCUMENTS 16

EXHIBIT M - PHOTOGRAPH 19

EXHIBIT N - PHOTOGRAPH 19

EXHIBIT T - LAFONT AND AMBER TEXT MESSAGE PRINTOUT 27

EXHIBIT W - DYLAN AND LOUIS TEXT MESSAGES 35

EXHIBIT R - SUBPOENA 43




S T I P U L A T I O N

It is stipulated and agreed by and between Counsel for the parties hereto that the deposition of AMBER SIBLEY is hereby being taken pursuant to the Federal Rules of Civil Procedure for all purposes in accordance with law;

That the formalities of signing, sealing and certification are hereby waived. The party responsible for service of the discovery material shall retain the original.

That all objections, save those as to the form of the question and/or responsiveness of the answer, are hereby reserved until such time as this deposition or any part thereof is used or sought to be used in evidence.

* * * * * * * *

LORI L. MARINO, Certified Court Reporter, in and for the State of Louisiana, officiated in administering the oath to to the witness.



AMBER SIBLEY, having been first duly sworn was examined and testified on her oath as follows:

EXAMINATION

BY MR. MOST:

Q Good morning, Amber.
A Good morning.
Q My name is William Most. How are you doing today?
A I'm doing okay. How about you?
Q I'm doing all right. Thank you. So I'm the attorney for Dawn Pierce, and you're here today to give your testimony as a witness in this case, but you are not a defendant. You are not being sued. Do you understand that?
A Yes, sir.
Q Great. Would you give us your full name for the record, please?
A Amber Sibley.
Q Amber, have you ever given a deposition before?
A No, sir.
Q A deposition is an opportunity for the parties to a case to ask questions of a

witness under oath. So I'll be asking questions today, and Mr. Detweiler may be asking some questions for the defendants, and then, I may ask some final questions, and that will be sort of the plan. Do you understand that you're under oath here today?
A Yes, sir.
Q Do you understand that your answers here today have the same force as if we were in a courtroom with a judge and jury?
A Yes, sir.
Q Will you tell us the full and complete truth today?
A Yes, sir.
Q Is there anything today that would prevent you from giving truthful and complete answers, whether it's medication, substances illness, fatigue, anything like that?
A There may be some things I don't like remember like depending on how far back, but other than that, no.
Q Are you taking any medication or anything that affects your memory?
A Yes. I'm on anxiety medicine, and I'm also on muscle relaxers that I take to



relax my body for the baby.
Q You're currently pregnant?
A Yes.
Q What's the anxiety medication?
A I do not remember.
Q Okay.
A It's one safe for pregnancy. I know that from my OB.
Q Have you taken those medications today?
A Yeah. Just one.
Q Just one muscle relaxer?
A No. I just take that as needed at night.
Q I see. So you've taken the anxiety medication but not the muscle relaxer today?
A Yes.
Q And are you feeling clearheaded right now?
A Yes, sir.
Q Does the anxiety medication prevent from remembering things a month or a year ago?
A No, sir. I just started it.
Q Any other medications or issues that might affect your memory or truthfulness?



A No, sir.
Q As I mentioned before we got started, we can take a break at anytime. So if you need to take a break to use the bathroom, to check on your kids, we can do that; that's fine. I just want to tell you in advance that I will ask you after any break did you talk to anybody; what did you talk about; did you look at any documents, stuff like that; but --
A Okay.
Q -- if you need to take a break, just let me know.
A All right.
Q And something you're already doing well is you're waiting for me to finish my questions before you answer, and I'll try and do the same for you; and that way, we have a clearer court record. Is that all right?
A Yes, sir.
Q Will you agree now that if I ask a question that you don't understand or my question isn't clear, will you tell me that that's the case?
A Yes, sir.
Q Thank you.



A You're welcome.
Q Okay, and did you bring any documents with you today to the deposition?
A I did not.
Q Did you review any documents or talk to anybody to prepare for the deposition?
A Not really. I pretty much knew what to expect. My fiance on the other hand asked a couple of people what to expect, but that's about it.
Q Sure. Your fiance, that's Dylan Rousse?
A Yes, sir.
Q Did you look back at any old text messages or Facebook messages or Facebook posts or anything like that?
A I did what I told you I was going to do in terms of searching my emails and stuff. The only thing that would come up when I would put Pierce is your emails or my mother-in-law, Danielle, emails because her last name is Pierce. In terms of messages, the only ones that I could find that came up when I searched the names was Dawn's number, and it was, basically, just me asking her about a code



Electronically signed by Lori Marino (601-401-997-8989) 356f24dd-fd78-46f6-aca1-fddcef30adbc

sent to her phone for her Mom's iPad that I was trying to fix for her.
Q Sure, and so it sounds like you're talking about what you did to search for records when I sent you a request?
A Yes. Yes, sir.
Q Did you look at any documents or old messages or social media posts to prepare for today's deposition?
A No, sir.
Q Did you and Dylan or you and anybody else talk about what happened with Dawn Pierce to prepare for today's deposition?
A Not really.
Q Okay.
A We pretty much knew not to talk about it, because you know, if we went over what we said, like what happened, it would come across that we were trying to hide something, so.
Q Yeah, understood. Did you take any notes to prepare for this deposition?
A No, sir.
Q Okay, great. So what city do you live in right now?
A Golden Meadow, Louisiana.



Q Okay, and how old are you?
A Twenty-three.
Q Your current cellphone number is (985) 291-0503.
A It got changed, because I dropped my phone in hot grease when I was cooking one day. So it's now (985) 291-0392.
Q 0392?
A Yes, sir.
Q So the 0392 is your current number, and 0503 is your old number?
A Yes.
Q Just roughly, like maybe, what month did you switch from one number to the other?
A I want to say it was about two or three months ago.
Q So for all of 2025, you had the 0503 number?
A Yes, sir.
Q What cell service provider, like AT&T or Verizon, do you use?
A I had T-Mobile.
Q It's T-Mobile for both of those two numbers we talked about.
A No, sir. It's Verizon. I still pay



on the T-Mobile because of Dylan's phone.
Q So the 0503 was T-mobile, and the 0392 is Verizon?
A Correct.
Q Your fiance you said is Dylan Rousse?
A Yes, sir.
Q He is the nephew to Dawn Pierce?
A Yes, sir.
Q When did you and Dylan start dating?
A I want to say February 12th of 2022.
Q As you began dating -- well, let me rephrase. Did you know Dawn Pierce before you started dating Dylan Rousse?
A I did not.
Q As you've been dating Dylan Rousse, you've gotten to know his aunt, Dawn Pierce, right?
A Yes, sir.
Q He calls her Nana?
A Nanny. It's his godmom too.
Q Was she actually his nanny at some point or helped raise him?
A No, sir.
Q Okay.
A Like in terms of babysitter type



thing nanny?
Q Yes.
A No.
Q Fair to say you and Dawn have had sort of a up and down or rocky relationship over those couple of years?
A In the beginning, I didn't really talk to her, because we didn't get the chance to; but once we did, we were fairly -- we were close, I guess you could say until all this happened, and that's when it went downhill.
Q All this, when you say all this happened, you mean what happened summer of 2025 where you and Dawn were saying unpleasant things to each other on the internet and then, ultimately the police got involved?
A Correct.
Q So, you know, I want to sort of summarize it and see if you agree with this summary. It sounds like you and Dawn were having an argument on Facebook, and then, she sort of took things a step further by taking some of your public Twitter and OnlyFans lingerie photos and then putting them on Facebook where Dylan's nieces and nephews



Electronically signed by Lori Marino (601-401-997-8989) 356f24dd-fd78-46f6-aca1-fddcef30adbc

could see them; is that right?
MR. DETWEILER:
Objection. You can answer.
THE WITNESS:
That's not how it happened.
BY MR. MOST:
Q Okay. What part of that is incorrect?
A We were not arguing before the pictures were posted. I didn't even know she had an issue with me until those pictures were posted and I saw.
Q Okay. So just for context, Mr. Detweiler may object to certain questions that I ask, and that's to preserve it for the record. So he may make an objection, and then, you can go on to answer unless one of us says otherwise.
A Okay.
Q Setting aside the question of whether there was a previous argument, it's accurate to say that you and Dylan had a problem with Dawn taking your public Twitter and OnlyFans lingerie photos and putting them on Facebook, correct?



MR. DETWEILER:
Objection. You can answer.
THE WITNESS:
Absolutely.
BY MR. MOST:
Q And that's what you told the police chief of Golden Meadow, correct?
A Correct.
Q Was it you or was it Dylan who first contacted the police about this?
A I believe it was me in terms of seeing what we could do legally, and I believe he contacted the -- I don't know if his name is Troy or like the -- I don't remember his name. It starts with a "T." Joey, I think that might be it, in terms of what we could do legally, and I believe Joey said that he would speak and see what's going on about it and went from there.
Q Got it. Was that Joey Bouziga, the mayor?
A Correct.
Q You mentioned a Troy. Is that Troy Dufrene?
A No. I get -- I say Troy, but when I



say it, I mean Joey. I don't know a Troy, but I just get confused.
Q That's okay. But we're talking about the mayor, correct?
A Yes, sir.
Q And the description that I just gave of sort of Dawn taking your public Twitter and OnlyFans lingerie photos and putting them on Facebook, is it your understanding that's what Dylan told the mayor, as well?
MR. DETWEILER:
Objection. You can answer.
THE WITNESS:
I'm not really sure what that conversation entailed.
BY MR. MOST:
Q Sure. I've got some exhibits that we're going to look through.
MR. MOST:
Okay, so this is going to be Exhibit P as in Paul.
BY MR. MOST:
Q Do you see that this is a Golden Meadow Police Department document?
A Yes, sir.



Q If you look through it, you see attached to it are some images, some photos and social media posts. Do you see that?
A Yes, sir.
Q These are the OnlyFans and Twitter photos that Dawn posted to Facebook, correct?
A Correct.
Q So some of them, like, for example, this one that's sort of on the third page here, it says, "Sub to my OF and make me daddies little slut."
A Correct.
Q It looked to me like you had an OnlyFans account, correct?
A Correct.
Q Which is a way people, mostly woman can make money by posting nude or partially clothed photos?
A Yes.
Q So you had a OnlyFans account, and you also had a Twitter account where you would sort of advertise your OnlyFans account; is that right?
A Correct.
Q And both the Twitter and at least the



Electronically signed by Lori Marino (601-401-997-8989) 356f24dd-fd78-46f6-aca1-fddcef30adbc

Page 18

public portion of the OnlyFans account had some lingerie photos that were kind of advertisements for your OnlyFans account?
A Correct.
Q So the Twitter page and the public portion of the OnlyFans account were available to the public and showed you in lingerie, right?
A The Twitter was, yes.
Q Okay, and some of the OnlyFans pictures, you could see them without paying, but you'd have to then pay to see fully nude photos; is that right?
A You had to pay a five-dollar subscription at the time if I remember correctly.
Q Some of the lingerie photos you could see without paying, and then, other photos, you had to pay five-dollars to view?
A No. You couldn't see anything until you paid the five-dollars.
Q Okay. When it says, sub to my OF that means -- does that mean subscribe to my OnlyFans?
A Yes.

Page 19

Q So if you look at the next page after that, the one that says, "Couldn't wait for you to touch me," this is now from the sort of public portion of your OnlyFans account, right?
A You have to subscribe to see it, but correct, yes.
Q Right. So someone could publicly see "Couldn't wait for you to touch me" part, but then, they would have to click on that button that says, "Subscribe to see user's posts" to see more, correct?
A Correct.
MR. MOST:
So now I'm going to look at two photos. These are exhibits M and N. M is the one where you can see the toilet. N is the one where you cannot.
BY MR. MOST:
Q So these were two of the photos that were posted to your Twitter account to advertise your OnlyFans business, correct?
A Correct.
Q So the idea was you were sort of

Page 20

showing photos with no genitalia or nipples showing to invite people to subscribe and then see photos without any clothing on at all, correct?
A Correct. The Twitter was under -- you had to be like 18 or older to see it. It was under a wall, but you didn't have to pay for it.
Q Sure. So anyone who was 18 or over could have seen these photos?
A Yes, sir.
Q So these two photos don't show your genitals or nipples, right?
A The one with my hands over my head kind of shows my nipples but not too much.
Q Where do you see a nipple?
A Right there and right there (indicating). It's very faint though.
Q So you can see two nipples in that photo?
A Partially, yes, sir.
Q Would you circle where you can see the nipples?
A Yes, sir. (Witness complies.)
Q I take it, neither of these photos

Page 21

are you engaging in any sort of sex act or masturbation or anything like that?
A No, sir.
Q So these were sort of almost like a say a billboard on the highway for a strip club where there might be photos of a woman in lingerie that invites people in to pay and see more, correct?
MR. DETWEILER:
Objection. You can answer.
THE WITNESS:
I don't think I understand the question.
BY MR. MOST:
Q Sure. So these two photos we're looking at were kind of like public advertisements for a business that you have, right?
A Yes, sir.
Q Kind of in the same way that a strip club might have a billboard on the highway, you know, saying come to the strip club, have a photo of a woman in lingerie, but then, you have to go to the strip club to see her naked, correct?

A Not as public. A little more protected than that, but yes, I would say.
Q More protected; in that, a billboard, anyone can see it. Whereas, these photos, you have to be 18 or over?
A Correct.
Q Your Twitter handle was amberkayyy with three "Y"s?
A I believe so.
Q And it was at obession03?
A Obsession, I believe it was.
Q One question that I had from -- if you look at the police document there, Exhibit P, if you look at some of the photos, do you see that -- well. Let me just ask you. How did the police get these photos as far as you know?
A Honestly, I have no clue. I don't remember if I sent them the screenshot of the post. I know that I was told to send it to the officer that arrested her. So I messaged I believe it was -- my God, I can't think. What is his name? He's involved in the lawsuit, but I can't remember his name.
Q Was it Tristin Gaspard?



A It was, yes. I messaged him and said, hey, I was told to send the proof that she had posted it. Is that okay to do so, and he never responded. So I never sent it.
Q You messaged him but then, didn't send him the photos?
A Yes, because he never responded.
Q And how did you message, him?
A Through Messenger on one of my old Facebooks, but I'm locked out of it now. I can't get back into it.
Q So you send Tristin Gaspard some text messages through Facebook Messenger but didn't send him the photos, correct?
A Correct.
Q Did you send the photos to anyone at the police department or the city as far as you can recall?
A Honestly, I don't remember. It's possible.
Q If you look at the bottom of the photo you got there open, do you see there's kind of like a string of texts at the bottom? It says, mail dot google dot com?
A I see mail. This little line right



here (indicating)?
Q Yeah.
A I see mail attachment, google. Yeah.
Q Would you have emailed -- do you have a Google account?
A I do, but I don't do email.
Q Okay.
A You're the only person I've emailed.
Q Does Dylan have a Gmail account?
A He does, but the same thing, he doesn't email anyone. I'm not sure if he emailed one of them after the report, but he's never done it before. So I don't know.
Q So one of you called into the police, and then, you had a telephone call with the Chief of Police Michelle Lafont, right?
A Correct.
Q Was she initially reluctant to arrest Dawn for this?
A I wouldn't say she was reluctant. She pretty much told me that she needed to see what she could do in terms of charges, because she didn't know the route to take or what she could do legally, and I said that was fine. We just wanted to know if there was anything



that we could do legally. So we pretty much waited for her. I did message her a couple of times on her number that she had given me and, basically, asking for updates; to which at one point, she called me, and she kind of just started yelling at me. I then responded with I'm just trying to get an update on if there's anything we can do or if I just, you know, need to leave it alone. She said she was doing what she can. She later, I believe texted me or called me. I can't recall but stated that Dawn was getting arrested or had been arrested for a felony; and after that phone call, I looked at my mother-in-law, and I believe I was kind of in shock, because I didn't think it would be a felony. I thought it would be a misdemeanor at best, but that's pretty much the extent of our conversation.
Q Sure. So it sounds like in the first call, the chief wasn't even sure if this was against the law, what Dawn did?
A Correct.
Q When you said the chief yelled at you, what was she yelling at you?
A She just kind of, basically, told me

Page 26

that she said she was going to work on it, and to -- in other words, let her work on it, and stop, you know, asking about it; but I was trying to get the posts taken down, because I had given Dawn all day to take the posts down only because she had posted it publicly on Facebook, and my minor siblings were seeing it. My fiance's minor siblings were seeing it. So I just wanted to get it taken down as soon as possible, and I gave her the option. She never did it. So that's why I chose to see what I could do legally.
Q Right. So it seems like the chief sounds like she was kind of frustrated that people were kind of nagging her about this?
A Correct.
Q Did she suggest that the mayor was one of those people nagging her about it?
A She did not.
Q Okay.
A No.
Q Did she say anything about talking to the mayor about it?
A Not to me. If she said it to anyone else, I have no clue.

Page 27

Q Of course. So let's see. How many phone calls total do you remember having with the chief?
A I believe it was two, --
Q Okay.
A -- but I could be wrong.
Q Sure.
MR. MOST:
Exhibit T as in Tom.
BY MR. MOST:
Q Do you see that this is a printout of some text messages?
A I do.
Q The (985) 201-0503 number at the top, that's your cellphone number at the time?
A Correct.
Q And so are these text messages that you had with the chief of police?
A I do remember sending these messages, and I believe it was to the chief of police.
Q Okay.
A I think I had sent these messages, because I hadn't sent the proof to Tristin. So no one had got it. So I just didn't know if I needed to go to court to show that I had

Page 28

proof, --
Q Um-huh (affirmative expression).
A -- because we were told that the proof of the posts was lost or something by some people, I guess, spreading rumors. So that's when I had sent that message to ask her.
Q So who told you that the proof of that post had been lost?
A I do not remember. All I remember is being told that some people were saying that the post was lost, and I pretty much said I had it. So that's when I messaged her to see if I needed to be there or not.
Q So when you say you had it, you had taken some screenshots of Dawn's post?
A Yes, sir.
Q Do you still have those screenshots?
A I do.
Q On what device or account do you have them?
A I have them on my phone in my hidden photos just to keep them away from all my other photos, so they didn't get lost.
Q So you took the photos last -- those

Page 29

screenshot photos last -- you're talking about photos you had on your phone, screenshots of Dawn Pierce's Facebook account?
A No. It's just one simple screenshot of the post that she had made of my OnlyFans.
Q So you screenshotted that with the phone you had in July of 2025?
A Correct.
Q And then, that phone got destroyed or burned or whatever?
A Um-huh (affirmative expression).
Q And you have those photos still on your new phone?
A Yes, because it was synced into my iCloud.
Q Okay.
A I did lose it at one point, and I believe Dylan had had them on his old phone before he changed his phone. So he had sent them to my number.
Q Okay. So you both --
A We both had them.
Q Yeah.
A -- had the screenshot. He no longer has it. I believe I'm the only one that has



Electronically signed by Lori Marino (601-401-997-8989) 356f24dd-fd78-46f6-aca1-fddcef30adbc

the screenshot now.
Q When you got your new phone, you were able to recover what was on your old phone using the syncing process, right?
A Correct.
Q So you've got the text messages, photos and stuff from your old phone?
A For some reason, the text messages did not come through my old phone.
Q Okay. So it sounds like you had one or more calls with the chief of police on July 8th, and then, you had some text messages with her a couple of days later?
A Correct.
Q After July 8th, did you have any phone calls with Chief Lafont about this?
A No, sir, not to my knowledge. I don't think I did.
Q And besides these text messages, do you recall texting with Chief Lafont at any other point about this?
A No, sir.
Q Did you ever talk to the mayor or Tristin Gaspard or anyone else from the police department or the city about this?



A Not about this -- the OnlyFans particular. I do remember before that being told to send the proof to the arresting offer, me and Tristin had a conversation about Louis Friel. I asked him to give me a call. Again, it was on my old Facebook. I asked him to give me a call if he could to see what we could do legally, because Dylan had said that Louis threatened him. I believe the quote was keep your head on a swivel or something, because we had got Dawn arrested, and so I wanted to see what I could do legally; to which he responded to contact Golden Meadow Police Department and ask for him so that the line could be recorded so that it wasn't suspicious or anything.
Q Okay. I mean, was that a couple of days later? When was that?
A It was the same day.
Q July 8th?
A Yes.
Q Sorry. That was a phone call you had with Tristin or messages?
A It was on Messenger. The same day, but it was before I was -- I had sent the



message about hey, do I need to send the proof to you.
Q Um-huh (affirmative expression).
A This was I want to say around the time Dawn was arrested.
Q I see. So you had some back and forth messages with Tristin about a possible threat by Louis, and then, subsequently, you messaged Tristin about the photos, and he didn't respond?
A Correct.
Q And the photos that we've been looking at today, none of these were from behind the OnlyFans pay wall; is that correct?
A The subscription, yes, they were.
Q When I say a pay wall, do you know what I mean?
A Like you have to pay to see it?
Q Yeah.
A Yes.
Q Which photos did you have to get a subscription to see it?
A All of them, because I believe my subscription was like five-dollars a month. I do believe Brandon Friel was subscribed to it,



because he had months later bought -- made a Snapchat under -- I believe the Snapchat name was Big Man or something, and I didn't know it was him. He had bought content, and then, when me and Dylan had broken up last year, he had messaged me pretty much trying to -- I was checking on him, because Dylan was in bed with his ex, and he tried to sleep with me, to which I told him, no; and that's when he revealed that he was the one that bought the content. So I'm pretty sure too that he admitted to being subscribed to my OnlyFans. I'm not too sure if he screenshotted them though.
Q The pictures that we've looked at today, they may have been behind the OnlyFans pay wall, but they were also on the public, the 18 plus section of Twitter, correct?
A Some of them, correct, yes.
Q The ones that we looked at today?
A Yes.
MR. DETWEILER:
Can we clarify that? Which ones?
THE WITNESS:



Electronically signed by Lori Marino (601-401-997-8989) 356f24dd-fd78-46f6-aca1-fddcef30adbc

Page 34

I believe it was the two blue ones for sure, the ones with the toilet in the background and my hands over --
MR. MOST:
Yeah.
MR. DETWEILER:
So M and N?
THE WITNESS:
Yes.
MR. DETWEILER:
Just so the record is clear.
BY MR. MOST:
Q If you flip through that police report, all these photos that you see in there were on the public, 18 plus section of Twitter, correct?
A Yes, sir.
Q So you never wound up talking to Mayor Bouziga about this?
A Not me, no.
Q Did you ever wind up verbally talking to Tristin Gaspard about it?
A No, sir.
Q Do you know who Michael Kreamer is?

Page 35

A I have no clue.
Q That's fine.
MR. MOST:
I'm going now turn to Exhibit W.
BY MR. MOST:
Q So looking at the first page here of Exhibit W, I'll represent to you that these are text the messages between Dylan and Louis. Does that look right to you?
A It would appear that's what it is.
Q Yeah, and Louis is Dawn Pierce's husband?
A Correct.
Q It appears to me that Dylan is texting Louis, Louis IDC what y'all think. It shouldn't have been posted, leave it up it's only bringing us more money right now, crying laughing emoji; is that right?
A It looks like it.
Q So do you interpret this as Dylan saying that Dawn posting your lingerie photos was bringing more business to your OnlyFans business?
A Well, we had made jokes about it. I think I even made a comment underneath that I

Page 36

had gotten some subscribers from it. So yes, I think that's what's being said.
Q Was that accurate; you were getting some more customers?
A Not really. We were just being stupid, kind of trying -- taking a different route to see if it would make her angry and take it down like we wanted, but it didn't seem to help, so.
Q Yeah. But at least, you know, whether or not it's true, it looks like Dylan is saying here leave the photos up. It's bringing our family more money, the fact that you're posting these advertisements for Amber's business; is that right?
A Yeah, that's what it looks like.
Q Then, if you turn to page four of this -- there's little white numbers in the lower right-hand corner -- do you see this text message where Dylan says, I've been talking to Joey we got something cooking since a lot of kids seen that stunt she pulled?
A I didn't even know he had sent that.
Q Okay.
A No clue.

Page 37

Q That's okay. When he says, I've been talking to Joey, do you know who he's referring to?
A I'm guessing the mayor.
Q Do you know what he was referring to about got something cooking?
A I'm guessing that's around the time when we chose to involve the police. I'm not really sure, because I didn't even know that he had sent these.
Q Sure. Did Dylan ever tell you that he was sort of working with the mayor to get the police to arrest Dawn?
A No. I knew that they had spoken, but I didn't know -- I wasn't there for the conversation, and I definitely didn't know he was messaging people saying stuff like this, because it does not look great. I'm sorry. I don't know what to say.
Q That's okay. You seem a little bit upset to see these text messages.
A Yeah, because I was -- I genuinely made sure that everything was handled legally. I'm not saying that this is -- that he asked for a favor or anything, but I'm surprised to



Electronically signed by Lori Marino (601-401-997-8989) 356f24dd-fd78-46f6-aca1-fddcef30adbc

Page 38

say the least about these messages.
Q Yeah. So we're getting fairly close to the end of my questions. Do you want to take a break? Are you okay?
A Yeah, I'm fine.
Q Did you know Tristin Gaspard before this incident in July of 2025?
A I did.
Q Did Dylan go to school with him?
A I believe so, yes, sir.
Q Were you then or are you now friends with Tristin on any kind of social media?
A We are friends on Facebook. Never really spoke before this other than one time when he was checking on me, because me and Dylan had broken up.
Q Have you ever communicated with Tristin on Snapchat?
A We have, yes.
Q Were those intimate or flirtatious conversations on Snapchat?
A They weren't -- they weren't really intimate. Just he was calling me pretty, flirting a little bit, and I got a little drunk one night, and I said I liked to be

Page 39

cuffed, and that's pretty much the extent of it.
Q Roughly, when was that?
A I want to say about six months to a year before all of this.
Q So that would have been --
A Could have been a little sooner than that. I'm not too sure.
Q Okay, but it was at least before July of 2025?
A Oh, yeah. Way before, yes, sir.
Q Did Tristin ever subscribe to your OnlyFans account?
A Not that I'm aware of. I don't believe so.
Q Do you know if Mayor Joey Bouziga did?
A I don't believe. I don't believe so. I don't know though.
Q How long did you have an active OnlyFans account?
A Oh, Lord.
Q Just approximately. Six months, a year, two years?
A Six months to a year I'd say.

Page 40

Q Roughly, ballpark how much money did you make from that?
A Within the entire time? Because I wasn't too consistent on it, probably about two, three grand for the entire time.
Q Sure. How does money -- if you have an OnlyFans account, how do you get paid? Does it go onto a credit card? Does it get deposited into a bank account, or do you get a check? How does the payment work?
A Pretty much, it takes it out, and it clears little by little; and when it's ready for withdrawal, you can withdraw it to a bank account, which is what I did to my bank account, or you could withdraw it to an online bank or stuff like that.
Q So you would sort of have a money account on OnlyFans, which you could then withdraw from that to your bank account?
A Correct.
Q And what bank do you use for this?
A Capital One.
Q Capital One, okay. Do you recall how it shows up in your Capital One account? Does it say OnlyFans?

Page 41

A It does not say OnlyFans. That's why I told you I didn't see anything with OnlyFans, because I have no -- I don't even remember what it was. It was some weird name. I don't recall what it was, and so no, I didn't -- but no, it was under a different name. I just don't remember what it was.
Q Sure. Did you make one withdrawal or several withdrawals over that period of time?
A I want to say it was definitely several.
Q Do you happen to remember the month that you made any particular withdrawal, like maybe, you withdrew to buy Christmas gifts in December of 2025? I'm making something up, but like, do you remember a particular month you might have made a withdrawal?
A I don't, because it varies. Like, sometimes, I've only had $200, and I'd withdraw it. I believe 400 was probably the most I had made in about a couple of days span, because I wasn't very consistent on it in like making the content and stuff. So I'm not too sure.
Q After this incident with Dawn Pierce,



Electronically signed by Lori Marino (601-401-997-8989) 356f24dd-fd78-46f6-aca1-fddcef30adbc

you made your Twitter account private, and you took down your OnlyFans page; is that right?
A My OnlyFans got deleted, because one of my customers and I had mentioned Cash App, because my kids needed diapers or something. So I wanted the money fast, and they deleted my account.
Q Got it. You chose to make your Twitter private at some point after the incident with Dawn?
A My Twitter was banned.
Q I'm sorry?
A My Twitter, I think, was deleted too, because I had been inactive for awhile.
Q I got you, okay. Has Dawn ever loaned you and Dylan money?
A Not me that I can recall. I believe she had loaned Dylan a little bit, but I didn't find out until way later, and I was pretty upset about it.
Q What were you upset by?
A Him borrowing money.
Q Do you know if Dawn ever called in that loan?
A I have no clue.



Q Do you know if Dawn has ever called the police on you or Dylan?
A Not to my knowledge.
Q The next thing and kind of the last section, I want to go over is sort of what you did to search for documents.
MR. MOST:
So this is Exhibit U.
BY MR. MOST:
Q Is this a subpoena you got earlier this year for certain -- I'm sorry. Take that back. Wrong one. Here we go.
MR. DETWEILER:
What exhibit number was this?
MR. MOST:
That's P as in Paul, Golden Meadow Police Department document. Here we go, Exhibit R.
BY MR. MOST:
Q Is this the subpoena that you got in February of this year to provide some documents?
A Correct.
Q This asks for some certain specific kinds of documents generally related to the



incident with Dawn, correct?
A Correct.
Q It sounds like what you did to search -- well, I want to sort of go through what you did to search for it. It sounds like you searched your emails and Facebook messages for the word Pierce; is that right?
A Correct.
Q Did you search any other social media or other kind of account?
A I searched Instagram and I believe Facebook Messenger, and nothing popped up. I didn't have Twitter, and my phone wasn't letting me download the app, because I like owed money on subscriptions on something, but that's pretty much it. And text messages too, but that's pretty much it.
Q Did you search any words besides the word Pierce?
A I believe I searched Louis on all of those as well, and I believe got something cooking on email only, because that's not a reference I use. So I was kind of confused as to why you were asking that, but now, I understand.



Q Now, you know. So you searched, and did you find anything responsive when you searched got something cooking?
A Nothing at all, no, sir.
Q So you searched for Louis, Pierce and got something cooking?
A Yes, sir.
Q Any other search terms?
A No, sir, because I had known the Snapchat instant messaging, it had been banned for a long-time, and then, I knew that the only other place was Messenger on my old Facebook, which I couldn't get into. So I didn't bother searching him. I've never talked about Joey, and I don't know Michael. So I didn't search them either.
Q Could you search for these other search terms, as well? It doesn't have to be right now, but would you be able to search for these other search terms in this third bullet point, as well?
A Yeah, I can.
Q Great.
MR. MOST:
Okay, Keith do you have

questions?
MR. DETWEILER:
Um-huh (affirmative expression), I do.
MR. MOST:
I will save possible redirect.
EXAMINATION
BY MR. DETWEILER:
Q I just need to clarify some things. I'm Keith Detweiler. I represent Golden Meadow, the chief of police and Tristin Gaspard and the mayor.
A Okay.
Q I want to clarify for the record. You all discussed the photos attached to the report. I think you had it in front of you. Let's look at Exhibit P.
A Which one is that one?
Q Okay. In Exhibit P, there are screenshots it looks like, and then, some of them have pictures; some of them don't.
A Um-huh (affirmative expression).
Q What I want to clarify is what pictures were not available to the public on OnlyFans that are included in that document.



A I believe at the time, none of the pictures were unless they were posted to Twitter.
Q Do you know which ones were posted to Twitter that are in Exhibit P?
A This is Twitter. So that was posted to Twitter, and these two were posted to Twitter (indicating).
Q Let's get this clear for the record. If we look at -- all right, Exhibit P is front and back. So if we -- let's go to page three, which is the front of the second page. Keep turning back.
A I'm sorry. These numbers are throwing me off.
Q I know you got it upside down.
A Oh.
Q No, keep going. There you go. Page three of Exhibit P looks like a post from Dawn's account. What's depicted in there, was that the public or not, the post subscribe to my OnlyFans?
A I believe it was Twitter, but pretty much, all of it is public. You just have to have an account that's ID verified that your



18 or older.
Q On Twitter?
A On Twitter, yes.
Q So what we see on page three would have been visible to someone over 18 on Twitter?
A Correct.
Q What about on OnlyFans, was this on OnlyFans, or this was just on Twitter?
A This was only -- I believe this was on both.
Q So the image, even though it's a dark copy, the image that's on there would have been on OnlyFans?
A Correct.
Q And that would have been available to the public or not on OnlyFans?
A I believe so.
Q It would have been?
A Yes.
Q That was page three. All right, let's look at page eight of Exhibit P, which again at the top, it says Dawn's post.
MR. MOST:
This is the one that says, if we



were alone?
MR. DETWEILER:
Yes.
THE WITNESS:
I don't remember what picture this is, but I believe it was posted on my OnlyFans, as well, but I do not think that this one would have been -- like you would have -- I believe you would have had to pay for this on my OnlyFans. I'm not too sure though, because I can't see the picture.
BY MR. DETWEILER:
Q Go to the next page.
MR. MOST:
Keith, do you mind if I just ask a question about these as we go through?
MR. DETWEILER:
Sure.
MR. MOST:
I think it will be clearer.
MR. DETWEILER:
I just want to clarify. Yeah,



Electronically signed by Lori Marino (601-401-997-8989) 356f24dd-fd78-46f6-aca1-fddcef30adbc

that's fine.
MR. MOST:
This one, Amber, that says, if we were alone, this is from Twitter?
THE WITNESS:
Correct.
MR. DETWEILER:
I'm just going to number these so I don't keep getting confused.
BY MR. DETWEILER:
Q Page nine of Exhibit P, it says, happy almost 4th of July. That's the post that we're looking at.
A Correct.
Q The picture that's in that post, was that available to the public on OnlyFans?
A I don't -- I don't believe so. I believe I made it like five bucks after you pay five dollars to subscribe, because it was like a the Fourth of July teaser.
Q Would this have been available to the public if you were over 18 on Twitter?
A Yes, it would have.
MR. MOST:
Just while we're on this page,



--
MR. DETWEILER:
Sure.
MR. MOST:
You see where it's got a button that says follow at the top right?
THE WITNESS:
Correct.
MR. MOST:
Maybe, it's that the person who took this was not following your Twitter account, correct?
THE WITNESS:
Correct. You didn't have to follow. You just had to be 18 or older.
BY MR. DETWEILER:
Q All right, so let's go to the next page, page 10 of Exhibit P. That looks like an OnlyFans, a post of an OnlyFans.
A That was my bio. This one?
Q Yes.
A This is my bio.
Q So that's the bio of you on OnlyFans?
A Correct.



Q So if I pulled up the OnlyFans account and somehow got on your page, that's what I would see?
A Yes.
Q Before I subscribe?
A Yes, and you would also see if you pressed more info, I believe it said something along the lines of I do not give permission to share, screenshot posts or anything like that, but I'm not 100 percent sure.
Q Do you have a screenshot of that page?
A I believe I took one, but I don't know if I still have it. I can check my phone.
Q Check for that, and send it to us if you can.
A Okay.
Q Let's go to the next page, page 11. It looks like a picture of you maybe, with your thumb in your mouth?
A Correct.
Q Would that picture -- was that available to the public on the OnlyFans?
A I believe so, because I had some



coverage underneath my bra, I believe. So I posted it as a teaser.
Q That would have been on OnlyFans and Twitter?
A I'm not sure if this was posted on Twitter. It could have been.
MR. MOST:
But this would have been something that someone could see on OnlyFans even without subscribing, correct, as a teaser?
THE WITNESS:
No. You would have had to pay for the subscription.
BY MR. DETWEILER:
Q To see the teaser?
A Correct.
MR. MOST:
You had to pay to see the teaser?
THE WITNESS:
Yes. So the way OnlyFans works is you make a subscription, or you can do a free subscription and just have all your content being paid for

Page 54

and make teasers free; or you do like a five or to $50 subscription monthly, and you can make again things free and things they have to pay extra for. So like in my case, you paid the subscription; you got to see some teasers, you know, some boob pics here and there, and you had to pay for like any customs or extreme content.

MR. MOST:

But this was not one of the nude pics that showed genitals or nipples or anything like that, correct?

THE WITNESS:

It was not, no.

BY MR. DETWEILER:

Q All right, page 12 of that, is that another shot of your bio?

A Correct.

Q Is that just a duplicate of the one you saw earlier?

A I'm not sure.

Q Page 10.

A I've changed my bio a couple of

Page 55

times, but I made sure to include the copyright stuff into it.

Q Okay.

A And OnlyFans does have a strict policy regardless on if you pay for content or not. You are not allowed to screenshot, post, share the contents that you have purchased, because it goes against their federal and app policy pretty much. So even if they were to pay for it, they wouldn't be allowed to share it, but with it -- some of them being posted on Twitter, it is a little trickier.

Q Got you. All right, let's go to number 13. Is number 13 in Exhibit P, is that the same as Exhibit M?

A It is.

Q All right, so page 13 of Exhibit P and then, Exhibit M, that picture of you standing, that's the one that was described as with the toilet is visible?

A Correct.

Q Was this available to the public on OnlyFans?

A It was under, I believe, the five-dollar subscription, but other than that,

Page 56

yeah, pretty much.

Q So you had to pay the five-dollar subscription to get to it?

A Correct.

Q Was it available on the Twitter 18 and over page?

A Correct.

Q And so it would have been available there too?

A Yes, sir.

Q Why did you have photos available on Twitter 18 and over for free and then charge five-dollars on OnlyFans for some of the same content?

A Honestly, I don't know. I was new to it all, and I was told for Twitter for it to be 18 or older would be, since I'm an adult, to protect me and, you know, others. With OnlyFans, I guess it was just a way to make money for it, but --

Q Okay, and then, let's go to page 14 of Exhibit P. That looks like it might be the same as Exhibit N. Would that be --

A Correct.

Q That's fair?

Page 57

A Yes.

Q Again, was Exhibit N and page 14 of Exhibit P, was this page available to the public on OnlyFans, or was it part of the five-dollar subscription?

A I believe this was a part of the subscription. I do not recall posting this one on Twitter, but I'm not a hundred percent sure, simply because my nipples were showing.

Q All right, so you felt your nipples were showing in the picture in Exhibit N and then, in the same picture as page 14 of Exhibit P, and therefore, you don't think you would have made this one public?

A Correct. I'm not a hundred percent sure if I did or didn't though.

MR. MOST:

At this point, you can't recall whether this one was on Twitter or not?

THE WITNESS:

Correct.

MR. MOST:

But if you had said at another time this was on Twitter, that would

Page 58

have been accurate?
THE WITNESS:
If I would have said that, yes, it would have been accurate.
MR. DETWEILER:
Do you have a recorded statement of her saying that?
MR. MOST:
We'll talk about it after.
BY MR. DETWEILER:
Q Do you know -- I know you were asked about it. Do you have any recollection of how any of your pictures got to the Golden Meadow Police Department for this case?
A Honestly, I have no clue, because I don't recall sending them to the chief of police. I could have, but I don't remember. All I was told was to send them to the arresting officer, and when he never responded, I never sent them to him.
Q When you first contacted the police department, did you speak with anyone?
A I believe I spoke to someone who was in the office that told me I had to wait a little bit until the chief got in, and she

Page 59

would get her to call me back.
Q Do you know if that was someone with the sheriff's office dispatch, or do you know if that was --
A I believe it was someone in the office. I'm pretty sure.
Q At Golden Meadow or with the sheriff's department?
A At Golden Meadow Police Department.
Q What makes you think that, just if you remember?
A Because me living in Golden Meadow, I called -- I did call 911, and I had told them it wasn't an emergency, and they transferred me to the Golden Meadow Police Department.
Q So what did you do, leave a message?
A Yes, sir.
Q And they said someone would call you back?
A They said the chief of police is not in at the moment, but when she gets in, we'll have her call you.
Q All right, and she called you?
A She did.
Q Do you remember what that

Page 60

conversation entailed?
A Just pretty much me asking her -- or pretty much telling her about the situation and asking her what could be done legally.
Q What did you tell her that you remember?
A I believe it was that my fiance's nanny had posted some of my lingerie pictures on Facebook, and that children were seeing it. So I wanted to get them taken down; that we had given her all day to take it down, and she refused to.
Q Did you tell her whether or not the pictures were public or private?
A I did not.
Q You did not?
A No. I think I -- I believe I told her it was on OnlyFans. They had to pay for it, and it was an adult only website, but I wasn't even thinking about Twitter.
Q Do you remember telling her that -- so as you sit here today, do you remember telling her that you told her that the pictures had come from OnlyFans, which was a subscription website?

Page 61

A Absolutely.
Q Okay.
A Because I remember making it a point to let her know that children were not able to see my content on Facebook -- I mean, on OnlyFans, but they could see it on Facebook with her publicly posting it.
Q Had you ever given Dawn permission to post any of your photos?
A Absolutely not.
Q So you speak to the chief on the telephone?
A Correct.
Q Do you remember her asking you to send you the pictures or any discussion of that?
A I don't remember, but it is possible. She could have asked me, and I could have sent them.
Q If she ultimately obtained the same photos that you were complaining about, do you have any idea how she got them?
A The chief?
Q Yeah.
A It probably would have been through



Electronically signed by Lori Marino (601-401-997-8989) 356f24dd-fd78-46f6-aca1-fddcef30adbc

Page 62

me, because I believe I was the only one that spoke to her on my phone unless my fiance got her number off of my phone and sent them. I'm not too sure.
Q Okay.
A But most likely, it would have been through me.
Q Did you ever speak to Tristin Gaspard about this investigation, anything to do with this case?
A Other than on if I could send the posts to him, no.
Q So the Facebook Messenger post is the only contact you had with Tristin Gaspard?
A Before that, it was Snapchat, as well, but yes, sir.
Q No, but I mean as far as this case, like in July of --
A Yes, correct.
Q You Facebook messaged him, I would assume, because you knew him?
A Yes.
Q And he didn't respond?
A He didn't respond to that one, but before that, I had messaged him about Dylan

Page 63

saying that Louis was threatening him and about what we could do legally, and he told me to contact the Golden Meadow Police Department and ask for him. So it should all be recorded on that phone call, because it was his work.
Q Did you ever discuss with Tristin Gaspard the decision to arrest Dawn, like who made that decision or what went into that?
A I don't recall. I think I asked him at one point who may have arrested her or something along that line, and I believe he said it was him, but that would have been the extent to what I asked.
Q Do you know when that would have been? Do you have any idea?
A On the phone call about Louis.
Q Do you think that took place a few days after the July 8th?
A That was the day of, because Louis had sent some messages to Dylan right after Dawn was arrested. So with that being said, I had contacted him.
Q Okay. So the Snapchats with Tristan Gaspard took place you thought possibly a year

Page 64

before this whole incident?
A Six months to a year, yeah, pretty much.
Q Did you ever have any relationship with him?
A No.
Q Do you know Mayor Bouziga?
A I've never met him, I don't believe.
Q Does Dylan know him?
A I know he knows of him, but I don't believe he like knows him knows him.
Q You're not aware of any relationship between him and the mayor?
A No. This is the first I've ever heard of him.
Q You weren't part of any conversations he may have had with Mayor Bouziga?
A No, sir.
Q Just to clarify, did you ever discuss with Chief Lafont that the pictures you were calling to complain about were available on Twitter to 18 and over?
A I don't believe I mentioned Twitter.
Q Okay.
A I believe it was OnlyFans only.

Page 65

Q Did you ever talk to Dawn Pierce after she was arrested?
A I believe I contacted her around this year to see about a code that was sent to her phone for her mom's iPad I was trying to fix.
Q Okay, but as far as her being arrested, did you all ever talk to one another?
A I don't believe I contacted her. I know she had posted some screenshots of her bond and everything on the GrandPad, which was an app we post the pictures on for her mom of the kids, but that's about it. I know Dylan and Louis were going back and forth.
Q She posted things online about her bond and her arrest?
A She posted it on a GrandPad. So it was me, Dylan's mom, Dylan's sister and Dylan, and then, Miranda and Makayla and her and -- the family. It's like a family sharing photo app.
Q So it's like a group text type of thing, but it's on an app?
A Not really a group text. You just post a picture, and you can put a caption, but



Electronically signed by Lori Marino (601-401-997-8989) 356f24dd-fd78-46f6-aca1-fddcef30adbc

she posted the pictures and stuff on that.
Q All right.
A I believe we have that too if you need that, as well.
MR. DETWEILER:
I think that's all the questions I have.

EXAMINATION

BY MR. MOST:
Q So just a couple of questions. Mr. Detweiler was asking you about whether you had told the chief, you know, about these pictures also being posted to Twitter. If you had said at some other time that you did tell the chief about them being posted to Twitter, would that have been truthful?
A If I would have said it, yeah, but I don't even remember when the pictures were first posted. I thought it was just my OnlyFans.
Q You were clear with the chief that you had been the person to post these pictures to OnlyFans? It wasn't like someone stole them from you and posted them?
A Correct, yes.



Q And when Mr. Detweiler was asking you about conversations with Tristin Gaspard, you said something about a phone call about Louis?
A Yes. I don't know if it was a phone call or text.
Q Okay.
A Are you talking about the threat that he --
Q Yes.
A I believe it was a text.
Q Okay, fair enough. So maybe, talking about the phone call, you might have misspoke?
A Yeah, probably.
Q Mr. Detweiler asked you if you had a relationship with Tristin, and you said no, but did you ever go on a date with Tristin?
A Never been on a date or anything. I knew him a little bit before from the previous year, because someone was making posts about Dylan on Tinder or something, and I filed -- I believe it was a no contact order, a police report. Her name was Candy, and he was the responding officer.
Q Have you ever hooked up with Tristin?
A No.



MR. MOST:
Okay. I think that's all the questions I got unless you've got anything else. Let's go off the record.
(Whereupon, the deposition was concluded at 11:49 AM.)



CERTIFICATE

I, LORI L. MARINO, Certified Court Reporter, in and for the State of Louisiana, as the officer before whom this testimony was taken, do hereby certify that AMBER SIBLEY, after having been duly sworn by me upon authority of R.S. 37:2554, did testify as hereinbefore set forth in the foregoing 68 pages; that this testimony was reported by me in the stenotype reporting method, was prepared and transcribed by me or under my personal direction and supervision, and is a true and correct transcript to the best of my ability and understanding; that the transcript has been prepared in compliance with transcript format guidelines required by statute or by rules of the board, that I have acted in compliance with the prohibition on contractual relationships, as defined by Louisiana Code of Civil Procedure Article 1434 and in rules and advisory opinions of the board; that I am not related to counsel or to the parties herein, nor am I otherwise interested in the outcome of this matter.

Dated this 10th day of July, 2026.

Lori L. Marino

LORI L. MARINO, CCR
CCR #87069
STATE OF LOUISIANA