

EXHIBIT
12

EXHIBIT
N

PENGAD 800-631-6989