UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

* * * * * * * * * * * * * *

| | |
|---|---|
| DAWN PIERCE | * CIVIL ACTION NO. |
| | * 2:25-cv-02178 |
| VERSUS | * |
| | * SECTION: "L" |
| TOWN OF GOLDEN MEADOW, | * |
| MAYOR JOEY BOUZIGA, POLICE | * MAGISTRATE: 2 |
| CHIEF MICHELLE LAFONT, and | * |
| OFFICER TRISTIN GASPARD | * |

* * * * * * * * * * * * * *

Deposition of DAWN M. PIERCE, taken on Friday, September 25, 2026, commencing at 10:00 a.m., via ZOOM Video Conferencing.



I N D E X


| | Page |
|---|---|
| Caption | 1 |
| Appearances | 3 |
| Agreement of Counsel | 4 |
| Examination | |
| KEITH M. DETWEILER | 5 |
| WILLIAM MOST | 47 |
| Reporter's Page | 49 |
| Reporter's Certificate | 50 |

* * * * *

EXHIBITS:

Exhibit 1 - Facebook Posts




APPEARANCES:

Representing the Plaintiff:
MOST & ASSOCIATES
201 St. Charles Avenue - Suite 2500
New Orleans, Louisiana 70170
BY: WILLIAM MOST

Representing the Defendants:
NIELSEN & TREAS, LLC
Three Lakeway Center, Suite 2850
3838 North Causeway Boulevard
Metairie, Louisiana 70002

BY: KEITH M. DETWEILER

Reported by:
CONNIE C. BELL
Certified Court Reporter
State of Louisiana



S T I P U L A T I O N

It is stipulated and agreed by and among Counsel that the deposition of DAWN M. PIERCE is hereby being taken under the Federal Rules of Civil Procedure, in accordance with the Rules.

The formalities of reading, signing, sealing and certification are hereby waived. The party responsible for service of the discovery material shall retain the original.

All objections are to be made in accordance with the Federal Rules of Civil Procedure.

* * * * *

CONNIE C. BELL, Certified Court Reporter, in and for the State of Louisiana, officiated in administering the oath to the witness.

DAWN M. PIERCE, 200 West 40th Street, Cut Off, Louisiana 70345, after having been first duly sworn, testified on her oath as follows:

BY MR. DETWEILER:

Q. Good morning, Mrs. Pierce. My name is Keith Detweiler. I'm an attorney and I represent the defendants in this lawsuit, the Town of Golden Meadow and Chief Lafont; I also represent Mayor Bouziga and Tristin Gaspard.

Have you ever given a deposition before?

A. Yes.

Q. And what was the purpose of that deposition?

A. A car accident.

Q. And how long ago was that?

A. Back in 2013.

Q. I'm sure your attorney has gone over what to expect in this deposition. I'm simply here to ask you some questions about what occurred, about your case, because it's the only time I get to actually talk to you face-to-face outside of a courtroom.

If there's anything I ask you that you



don't understand, please let me know. I'm not here to try to trick you or box you into a corner to give an answer that you're uncomfortable with.

A. Okay.

Q. I'm simply here to get some information.

A. Okay.

Q. If there's anything I ask you that you don't understand, please tell me and I'll try to rephrase it. If you don't know the answer to a question, just simply tell me you don't know and we'll move on. Fair enough?

A. Yes.

MR. DETWEILER:

Mr. Most, I take it you don't object to this deposition by video, ZOOM?

MR. MOST:

Correct.

BY MR. DETWEILER:

Q. First, Mrs. Pierce, I just want to ask you some background information. Where are you presently residing?

A. In Cut Off, Louisiana.

Q. Is that the same location where you were living at the time of this incident in July



of 2025?

A. Yes.

Q. And who do you live with?

A. My husband and my four boys.

Q. What's your husband's name?

A. Louis Friel.

Q. And do you share the same last name with him or you by Pierce?

A. I go by Pierce.

Q. And how old are your boys?

A. I have one that's 24; one 16; 14; and 11.

Q. When you were arrested at your residence, were any of the boys present?

A. Two of them.

Q. And which ones were present?

A. The 14 year old and the 11 year old.

Q. And what's the 14 year old's name?

A. Branson.

Q. And the 11 year old?

A. Bryson.

Q. Do they go by Pierce or Friel?

A. Friel.

Q. And Friel is F-r-i-e-l?

A. Correct.



Q. Was anyone else present at your house at the time when you were arrested?

A. Louis was here.

Q. Your husband?

A. Yes.

Q. And the two boys?

A. Correct.

Q. Can you tell me what's your relationship to Dylan Rousse?

A. He's my nephew/godchild.

Q. And which parent of his is related to you that brings him to be your nephew?

A. His mother.

Q. His mother is your sister?

A. Correct.

Q. What's her name?

A. Danielle.

Q. Is her name Rousse?

A. Pierce.

Q. It's Pierce?

A. Uh-huh (affirmative reply).

Q. And you also know Amber Sibley?

A. Yes.

Q. And is that because of the relationship between she and Dylan.

Page 9

A. Correct.
Q. Did you know her before they got together in a relationship?
A. No, sir.
Q. How far have you gone in school?
A. Some college.
Q. Where did you graduate high school?
A. '91.
Q. 1991?
A. Correct.
Q. Which high school?
A. South Lafourche.
Q. And how much college do you think you completed?
A. Four years.
Q. Where did you go?
A. Nicholls.
Q. Did you get a degree?
A. Not yet.
Q. Are you still going to school?
A. No. Not at this time.
Q. What was your major?
A. Psychology.
Q. When's the last time you attended Nicholls?

Page 10

A. In 2002.
Q. Do you have any intentions of going back?
A. Possibly. I'm not sure.
Q. Are you employed now?
A. Self-employed.
Q. And what type of work do you do?
A. I just help with the billboard business.
Q. And what billboard business is that?
A. Affordable Billboards.
Q. Who owns that?
A. Me and my husband.
Q. So Affordable Billboards is a business owned by you and your husband?
A. Correct.
Q. And you help out with that business?
A. Right.
Q. How long have you been doing that type of work?
A. We've been in business since 2011.
Q. All right. Have you had any other jobs between 2011 and now?
A. Yes.
Q. What type of work did you do?

Page 11

A. Customer service, remote work.
Q. When did you do that?
A. I started, let me see, 2001.
Q. Okay. And you did that from home?
A. Yes.
Q. And who did you work for?
A. It was -- I worked for several different companies. One was Working Solutions; another one was Alorica; and there was a third one. I can't remember their name offhand. The latest was Working Solutions.
Q. When is the last time you worked for Working Solutions?
A. March of this year.
Q. And how long did you work for them?
A. About a year, a little over a year.
Q. Okay. So you ended the work in March of '26. Does that mean you may have began around March 2025?
A. Yes.
Q. And what did you do? Answer the phones for them or something like there?
A. Answer the phones, take prescription refills. It was for a pharmacy.
Q. And why did you leave that work?

Page 12

A. Because I was coming up on my year and they require a background check. I had to switch from the pharmacy into another program and I wouldn't have been able to pass the background check.
Q. And how do you know that?
A. Because of the arrest on my record.
Q. All right. Prior to that, Working Solutions wasn't aware of the arrest?
A. No, sir.
Q. Did they actually do a background check or it's just something you wanted to avoid?
A. They did it before I started working for them. They did one.
Q. Okay. And so is that something they would do every year?
A. Yes. Or when you change -- like I -- the program I was on with Eagle Pharmacy had ended so I had to sign up for a new program so they would have ran a new check, a background check. All their programs require background checks.
Q. And did they do a second background check or you ended it before they --
A. I ended it before, yes, sir.

Page 13

Q. So did Working Solutions ever tell you that you couldn't work there because of your record?
A. No. I never told them about it.
Q. Okay. Has any business told you that you can't work for them because of your record?
A. No, nobody's told me that.
Q. Have you ended any other working situations or employment because you felt they were going to run your record?
A. No.
Q. It's just Working Solutions was the only one?
A. Correct.
Q. Have you been denied any employment because of your record?
A. I've applied for positions, but I've not gotten any responses.
Q. And in those applications, you revealed your record?
A. No, sir.
Q. You just simply haven't gotten responses?
A. Correct.
Q. Who are some of those businesses you've

Page 14

applied to?
A. I don't know offhand. It's a lot just through Indeed I go and apply.
Q. Let's move on. In July of 2025, apparently you had been in some sort of disagreement or argument with Amber Sibley and Dylan Rousse?
A. Correct.
Q. And what was that about?
A. Around May of that year she had posted a picture online or a post online referencing my aunt. They were having some arguments. But what really upset me was she put like: 69-year-old hag; go play with your mama.
Well, that person she was referring to was my aunt and her mama is my grandma, who was deceased and not here, you know, to defend herself. So I messaged Amber. I said, can you please take that post down because I said, you know that's not right, you referencing my grandma. You don't even -- you never even met her. I would like for you to take it down.
And she just kept attacking me and she kept messaging me and harassing me, my aunt, and I just kind of cut ties with them.

Page 15

Q. Okay. Now, the messages, was that through Facebook Messenger or was that some other type of --
A. Some of them were Facebook; some of them were text messages. She tried to call me. She also tried to go through my daughter to get me to talk to her. And at that point I just didn't want anything to do with them.
Q. And what's your daughter's name?
A. Miranda.
Q. What's her last name?
A. Plaisance.
Q. And how old is she?
A. She's 32.
Q. And did Dylan get involved in these disputes or arguments back and forth?
A. He did. And I, you know, I just told him that she was gonna ruin his relationship with, you know, most of the family the way she was acting. And that was about it.
Q. Okay. And what social media platforms do you use, Facebook and what else?
A. I only use Facebook.
Q. You're not on Instagram or any of those other ones?

Page 16

A. No.
Q. Have you ever been either kicked off or suspended from Facebook for any posts?
A. I think I might have been restricted for 30 days after the post that I posted about Amber. But other than that, no.
Q. All right. Now, the post you're referring to about Amber, is that the one where you posted the photos of her?
A. Correct.
Q. And why were you restricted?
A. They -- I think Facebook had removed the post and it said something about like things I would post would be restricted. But I don't know, because I was still on there being able to post and respond. So I just had seen a message so I thought maybe something was restricted.
Q. So you got a Facebook message or a message from Facebook telling you that your account had been restricted because of --
A. I think so.
Q. -- the post of the pictures?
A. Yes.
Q. Do you remember the content of that message? Did it tell you why you may have been

Page 17

restricted?
A. No. I think maybe they might have made a complaint or something, but I'm not sure.
Q. All right. Let's see. We'll get to that in just a minute. I want to ask you some preliminary questions first.
One of the defendants you sued in this case is Chief Michelle Lafont, from Golden Meadow. Do you know her?
A. I believe I went to school with her, but I don't know her personally.
Q. Have you ever known her personally at all?
A. No.
Q. Have you ever -- I know this happened in July of 2025. Had you had any contact with her for any reason prior to that?
A. No, sir.
Q. Other than maybe having gone to the same school?
A. Correct.
Q. So I take it you don't know her; you never had any problems with her around July 2025 or before that?
A. No, sir.

Page 18

Q. Have you ever seen or spoken to her since July 2025?
A. No, sir.
Q. What about Mayor Joey Bouziga, do you know him at all?
A. I know who he is, but I don't know him personally.
Q. Have you ever met him?
A. Yes.
Q. When was that?
A. His grandson used to play flag football with one of my sons. They were the same age. They went to school. So, I mean, I'd see him at school or at football games just, you know, passing saying hello. But that's it. I knew who he was. That's all.
Q. Have you ever spoken to him for any reason other than to say --
A. No, sir.
Q. -- hello at the games?
A. No.
Q. And what about Officer Tristin Gaspard? I know you met him on the night you were arrested, but prior to that did you know him at all?

Page 19

A. No, sir.
Q. All right. And we'll get into what happened during the arrest, but since then, have you talked to him for any reason?
A. No.
Q. And the other gentleman that was there was Sergeant Michael Kreamer from the Lafourche Parish Sheriff's Office. Did you know him prior to that night?
A. No.
Q. I know you lived in the limits of Lafourche Parish. You had never seen him or dealt with him before?
A. No, sir.
Q. All right. And what about since then?
A. I've never seen him since.
Q. Okay. Getting back to the photos of Amber, where did you get those photos?
A. I got them from my son's ex-girlfriend.
Q. What's her name?
A. Macy Dardar.
Q. Macy Dardar?
A. Yes, sir.
Q. And why did she send them to you?
A. She actually was at my house and she

Page 20

showed them to me.
Q. All right. And then what did you do after -- as a result of seeing them, what did you do?
A. Well, she sent them to me and I just, I mean, I couldn't believe what I was seeing because of the things Amber posts on Facebook. And then --
Q. What do you mean by that, you couldn't believe the photos because of what Amber posts on Facebook?
A. Right. Because she posts like a lot of religious things. Like she's very religious and, you know, goes to church. And it just kind of shocked me that you being religious and you're selling your body for money. Are we believing in the same God is my first thought, you know.
Q. Right. I'm going to share the screen and ask you, can you see what I'm showing you?
A. Yes, sir.
Q. That's a post that you put on --
A. Yes, sir.
Q. Okay. I'm going to show you a few pages and just tell me, is that one of the screenshots you were given from Ms. Dardar?

A. Yes.
Q. And you posted that screenshot?
A. Yes.
Q. And what about this one?
A. Yes.
MR. MOST:
Are you reading from a particular exhibit or is this sort of a --
MR. DETWEILER:
Yeah, I'm going to make it a separate exhibit. These are the photos or the posts that were attached to the police report. And I'll just make it Exhibit 1 when I'm done, if that's all right.
MR. MOST:
Sure.
BY MR. DETWEILER:
Q. Is this another screenshot that you posted?
A. Yes.
Q. How about this screenshot?
A. Yes.
Q. All right. And you posted this one?
A. Yes.
Q. And here's another screenshot?



A. Yes.
Q. Okay. Did you post this screenshot?
A. Yes.
Q. It says "Happy almost 4th of July"?
A. Correct.
Q. And those two pictures are of Amber?
A. Yes.
Q. And did you post this screenshot?
A. Yes.
Q. That one looks like a -- it says "Amber K" and there's a picture in a small circle of Amber; is that right?
A. That's her, yes.
Q. All right. And then this is Page 9. This is a 12-page exhibit. Did you post this picture of Amber as well?
A. Yes.
Q. And she's in some sort of blue lingerie top?
A. Correct.
Q. Did you take it that what she's wearing was see-through?
A. I don't think it's see-through, no.
Q. Well, how do you look at it?
MR. MOST:



Objection as to form.
BY MR. DETWEILER:
Q. Do you think it's revealing?
A. No, not really. I don't think so.
Q. Well, what did you think was objectionable about the photo?
A. What you mean objectionable?
Q. You said that you were surprised she posted photos like this --
A. Well, yeah, and the wording she was using, you know.
Q. Okay.
A. That's mainly what caught me is the words she was using in her posts.
Q. Okay. I'm going to show you -- this is Page 10 of the exhibit. Is that another -- it looks like an OnlyFans screenshot. You posted that as well?
A. Can you go down a little bit?
Q. Yes.
A. The other way.
Q. Oh, I'm sorry.
A. Okay, yeah. Because I'm looking at the top and seeing Dawn's post. That's why I'm saying yes, I posted it. So, yeah.



Q. So you would agree that if it's at the top of the page it says Dawn's post, that that's probably something you posted?
A. Correct.
Q. Okay. Let me go to Page 11. Is that a picture of Amber that you posted?
A. Yes.
Q. And, again, that photograph, you don't consider that to be a revealing outfit or something where you could see through it?
A. I mean, as far as some things I see on Facebook, she has more material covering her than most girls do in bikinis on a beach.
Q. Well, do you think this is revealing in any way or --
A. No, not revealing.
Q. What about this last page, is this also a picture of Amber that you posted?
A. Yes, sir.
Q. And do you think this is a see-through outfit she has on?
A. No.
Q. All right. So if you were wearing the same outfit, would you have a problem with someone posting a picture of you in this outfit

on Facebook?
MR. MOST:
Objection as to form.
THE WITNESS:
I wouldn't wear anything like that, but --
BY MR. DETWEILER:
Q. Well, if you had, would you want somebody to post a picture of you?
A. Well, if I was publicly posting it, then I guess that would be different. But if it was something I wore in my home that nobody else saw, then I would object probably.
Q. Okay. Did Amber give you permission to post any of these photos or screenshots that you were supplied with by Marcy Dardar?
A. No. Not other than her post saying, you know, please share with everyone. To me that -- I guess in a way that's giving permission.
Q. But you never spoke with Amber and got her permission directly to you to post these photos?
A. No, sir.
MR. DETWEILER:
I should have done this before,



but I'm going to -- William, I'm going to send you that. Just so you -- I probably should have done it before. It's just a pdf called Facebook posts.
MR. MOST:
If you're going to use more, just email them to me as you use them.
MR. DETWEILER:
Yes, this is the only one. I'm going to mark this as Exhibit 1 for purposes of this deposition.
BY MR. DETWEILER:
Q. Okay. Did you post any other photos of Amber other than the ones I just showed you?
A. No, sir.
Q. So that appeared to be the collection of the photos that were sent to you and --
A. Correct.
Q. -- then the photos that you shared?
A. Correct.
Q. Did Amber notify you that she had seen that you posted them and then asked you to take them down?
A. There was a lot of going back and forth on the Facebook comments. I don't exactly



remember, you know, everything that was said. First she said take them down and then I remember her telling me leave it up. So I don't remember all of the message exchange, but --
Q. When did she tell you to leave it up?
A. They texted us to leave it up. I don't remember if it was her or Dylan. That they were making money off of my post.
Q. Would that have been a text message between Dylan and your husband?
A. It could have been, but I'm not sure. It was either him and Louis or him to me. I'm not sure which one.
Q. Did you ever take the photos off of Facebook?
A. No, sir.
Q. I think you said earlier that Facebook actually are the ones that got rid of the post?
A. Somebody did, yes. I'm assuming it was Facebook.
Q. Okay. You don't know for sure?
A. No. Well, it would have to be Facebook because it wasn't me. I guess. I don't know how that works.
Q. So somebody would have had to have



access to your page to be able to take them down; is that how that works?
A. I think so.
Q. Okay. You didn't take them down, but at some point they were taken down?
A. Correct.
Q. Do you remember when they were taken down, like what day?
A. The same day.
Q. So would this all be on July 8th?
A. Correct. I want to say it might have been around 6:00 o'clock, because I think I got off of work at 6:00 o'clock that day, if I remember correctly. And I went to go back to take some screenshots because of all the messaging that was going back and forth during the day, and the post was down.
Q. Did you take a screenshot of the message you got from Facebook?
A. No, I didn't get to.
Q. And that's something that didn't stay there?
A. Correct. It was gone.
Q. And is that something that is accessible that you know of, where you could go

find it or --
A. I don't think so, but I'm not sure.
Q. It didn't come to you like in Facebook Messenger where messages are kept?
A. No. Just when I went back to look for it, it said the post was deleted.
Q. Okay. So you had been texting back and forth and I know you -- Dylan had texted your husband. Were you texting with Dylan as well?
A. He was texting me as well, yes.
Q. Did you ever consider that putting those photos on Facebook, that there was something wrong with that?
A. Not at the time, no.
Q. And what do you mean by that?
A. Well, because, I mean, she had expressed to share the post so, I mean, I didn't think she saw anything wrong with me sharing it.
Q. What makes you think she had expressed sharing the photos?
A. Because on one of the posts, it said, share with everyone you know, even if they're not on X or something like that. I mean, even my kids were seeing it, you know, pass through Snapchat and different other social media



platforms. So it was everywheres (sic).
Q. Were you aware of those photos being on other platforms?
A. I was told they were, but like I said, I only use Facebook so I didn't see them.
Q. All right. So you worked on July 8th, 2025?
A. Correct.
Q. And I think you just said you got home maybe around 6:00 o'clock?
A. Well, I worked from home, so, yeah, I was already home.
Q. Okay. So you got off around 6:00 o'clock?
A. Correct.
Q. Was there any contact with you by any law enforcement until two officers showed up at your house?
A. No, sir.
Q. And I know from the body cam video at some point you were outside, looked like cleaning a boiling pot?
A. Yes.
Q. So you were in your driveway. Tell me what you remember happening?



A. I just remember the dog barking a lot. I was cleaning my pot. I was on the phone and I never even noticed I had anybody in the driveway. I don't know what made me look up, but when I looked up, two police officers were there.
Q. Okay. And who were you on the phone with at the time?
A. My aunt.
Q. And what's her name?
A. Cookie. Well, Emelda Arceneaux. And I think I had my other aunt on the phone with us as well.
Q. Were y'all discussing things that had been going on with Amber and Dylan?
A. Well, they were just checking on me because, I mean, as far as we know we were supposed to be waiting for the police to show up. That's what Dylan had said, but --
Q. How did you know that? What did Dylan say to you?
A. He kept texting me telling me they were coming to get me. I don't know if it's gonna be a felony you're gonna be charged with or -- you know, just kept texting me, Joey and I have something cooking up. And I'm like, okay, Dylan,



I'm here. I'm waiting, you know, because I didn't think I did anything illegal.
Q. Did Amber tell you anything about going to the police?
A. I don't remember Amber talking about the police.
Q. Okay. So it may have been just Dylan texting you guys?
A. I think it was mainly Dylan, yes.
Q. All right. So you got a sense that you were waiting for the police to show up at your house?
A. Well, I thought if they would have showed up, they would have showed up earlier. I didn't think they were gonna come because nobody contacted me, you know, to ask me any questions or anything.
Q. Right. So the next thing you know you're in the driveway cleaning a pot and two officers show up?
A. Correct.
Q. Tell me about that, the interaction with them.
A. I was shocked. They told me they were there with a warrant to arrest me and I'm like,

Page 33

for what? And he told me about posting a picture on Facebook. And I'm like, well, it was already on the internet. All I did was re-share the post. It's kind of a blur. I mean, I was just like in shock.
Q. Yeah, I'm just asking you what you remember and some of what you said is on the video.
So do you remember, is there anything that sticks out in your mind about the interaction you had with Sergeant Kreamer and Officer Gaspard?
A. No.
Q. Were they respectful?
A. Yes.
Q. Did they injure you in any way?
A. No.
Q. So at some point you're handcuffed?
A. Yes.
Q. And then you're walked over to a police unit, correct?
A. Correct.
Q. And the police unit you were brought to the station with, that was Officer Gaspard's unit?

Page 34

A. Yes.
Q. Do you remember Officer Gaspard placing you into his car?
A. Yes.
Q. Do you remember any conversations you had with him?
A. Not really. Just other than asking, you know, to go to the door to let my husband know what was going on, because he didn't have any idea what was happening outside.
Q. Okay. When your husband did come out, had you been handcuffed yet or --
A. I think so, yeah. I think so.
Q. I think it was Sergeant Kreamer might have gone to the door to try to get your husband's attention. Does that sound like --
A. He came with me, yes.
Q. Where were your two children when you were placed in handcuffs?
A. They were in the living room.
Q. Do you know whether they could see you being placed in handcuffs?
A. All I know is when I walked to the door, they were staring out the door, but I'm not sure how much they saw.

Page 35

Q. Did they ever come outside after you were placed in handcuffs?
A. They didn't come outside, no.
Q. Do you know whether they had any sense of what was gonna on, you being arrested or any of that?
MR. MOST:
Objection as to form.
THE WITNESS:
My older son kind of mentioned something to me, but I don't think my younger one knew too much of what was happening.
BY MR. DETWEILER:
Q. Okay. What did your older son tell you?
A. It's kind of funny, but he said, my mama's too much of a Goody Two-Shoes to be getting arrested.
Q. Okay. And that was Branson that might have said --
A. Branson, yes.
Q. Did he know what you were being arrested for?
A. No, sir.
Q. And when he made that comment to you,

Page 36

was that before or after you got back after being --
A. After I got back.
Q. All right. So you're in the police unit. Was there any discussion in the police unit as you were brought to the Sheriff's Office?
A. No, sir.
Q. You didn't speak at all with the officer?
A. No.
Q. Is there anything you remember about that ride or sticks out in your mind?
A. No.
Q. Did you see anybody else outside in the neighborhood when you were being taken away?
A. Not that I noticed.
Q. Where were you taken; do you remember?
A. The Cut Off substation.
Q. And that's at the Sheriff's Office?
A. Yes.
Q. Tell me about what happened when you got there.
A. When I got there, he just handcuffed me to the bench. And I just sat on the bench until the other officer came and get me to do like my

fingerprints and take my picture and start filling out the paperwork.
Q. Okay. How long were you there; do you know?
A. Maybe about two hours.
Q. You said you were cuffed to a bench. Were you ever placed in a cell at all?
A. No.
Q. And during the processing, is there anything that sticks out in your mind, good or bad, about what occurred at the Sheriff's Office?
A. No.
Q. Do you know how it was that you became to be released?
A. The bail bondsman went to, I think, Thibodaux to the jail and he did the process there.
Q. All right. And you guys had to pay a bail bondsman?
A. Correct.
Q. How much did you pay; do you remember?
A. I think it was -- I'm not sure, but I think it was like $1365 or something.
Q. So the process was that -- I take it your husband contacted a bail bondsman?



A. Yes. He's a client. So he knew who he was gonna call.
Q. All right. So your husband called a bondsman. Do you remember who you used?
A. A-1.
Q. Were you released from the substation in Cut Off?
A. Yes.
Q. And you think it was about two hours later?
A. I think so, yes.
Q. Is there anything that sticks out in your mind as to the way you were treated at the substation? Was there any difficulty there or -- I know it's not the best circumstances being arrested, but as far as any trauma, anything like that that occurred to you there?
A. No.
Q. So you were released I take it to your husband?
A. Correct. Yes.
Q. And then you went back home?
A. Yes.
Q. Did anything else occur after you got home? I mean, did you hear from Dylan or anybody



like that?
A. Yes. The police actually called when we were pulling up in the driveway that Dylan was still calling them complaining.
Q. The police called you?
A. He called Louis.
Q. Called Louis?
A. Yes.
Q. Okay. Who called him; do you know?
A. I'm not sure.
Q. So they said, the police said that Dylan was still calling them?
A. Correct. They were trying to get him arrested I think is what they were doing. I'm not sure.
Q. And when you say they were -- what do you mean by that statement?
A. Dylan was complaining about Louis. I don't know if he was trying to get him arrested next or what was going on. It was like they wasn't satisfied with what already happened.
Q. I got you.
Did anything else occur after that?
A. No.
Q. Did you have any further contact with



anyone from Golden Meadow after you got home?
A. No.
Q. Did you have any interaction with anybody from Golden Meadow while you were at the substation?
A. As far as the police department you mean?
Q. Yes.
A. No, sir.
Q. I'm sorry. I should have been more clear.
And so once you got home, you had no further contact with anybody from Golden Meadow?
A. No.
Q. Did you ever have to go to court because of the charge that you were arrested for?
A. Yes.
Q. When did you go to court?
A. A month after. I want to say it was maybe August 7th.
Q. All right. Did you have an attorney?
A. No, sir.
Q. And what happened in court?
A. The DA just dismissed the charges.
Q. Did you speak with the DA?

Page 41

A. I had. And they told me just to show up to court, that they weren't prosecuting.
Q. Okay. Did they ever explain to you why?
A. No, sir.
Q. Did they provide you with anything in writing?
A. No.
Q. No?
A. Uh-uh (negative reply).
Q. You simply showed up to court and you were informed that the charge was being dismissed?
A. Correct.
Q. I know in the lawsuit there's certain things that you're suing for, as far as damages. Can you tell me how do you think this has damaged you or what you're seeking in the lawsuit?
A. It's caused like a fear for me. Just, I guess, because the way I see it is they just came and arrested me and didn't even ask me any questions or hear my side of the story or anything. So I just have this fear. It does cause like depression, anxiety, a lot of. And I've been dealing with that a lot since last

Page 42

year.
Q. Are you being treated for that by anybody?
A. I had been seeing a counselor, which it was helping. Not as much as I would have liked it to help, because, I mean, counseling, you're constantly talking about it and it's not something that I want to keep talking about.
So I started ketamine therapy at home and that seems to be helping some. More than the counseling.
Q. Who is providing you with the ketamine therapy?
A. It's Better You. It's a psychiatrist through Better You online.
Q. What's the name of the psychiatrist?
A. I don't know the name of the psychiatrist.
Q. Okay. You said you had been seeing a counselor previously; what was the name of that counselor?
A. Angela Pellegrin.
Q. How many times did you see Angela Pellegrin?
A. Probably about seven times from August

Page 43

to December of last year. I think I might have seen her a couple of times at the beginning of this year. And then now that I'm comfortable with the ketamine sessions, I thought about bringing her back in while I'm doing a session to see if that might be more beneficial.
Q. And you're being treated for depression and anxiety as a result of being arrested?
A. PTSD.
Q. All right. Prior to your arrest had you ever been treated for depression or anxiety before that?
A. Once before.
Q. And when was that?
A. Back in 2017.
Q. Okay. And who did you have treatment with back then?
A. It was a Dr. Hendricks at St. Anne.
Q. And you were being treated for depression and anxiety?
A. Yes.
Q. Back in 2017. How long did that treatment last?
A. It took me about six months before I started getting better. I mean, I still take my

Page 44

Effexor. He had prescribed several medications, but I'm just taking Effexor now.
I had just gotten my fallopian tubes removed and I was barely two years postpartum and then diagnosed with glaucoma. I had like 13 surgeries in a period of four months. So he said it was more like a situational circumstantial depression. That once things got better physically, then the depression would go away. And it kind of -- I mean, it helped. I kind of was doing good for years without anything.
Q. Okay. So between 2017 and your arrest in July of 2025, you had no other treatment for any psychological issues?
A. No.
Q. It's suggested also in the lawsuit that something may have occurred with your A1C levels or with your diabetes?
A. Correct.
Q. Do you have diabetes?
A. Yes.
Q. When were you diagnosed with that?
A. Probably about six years ago.
Q. Is that type 1 or type 2?
A. Type 2.

Q. Okay. And how do you think your arrest affected your diabetes?
A. It was pretty much diet-controlled the whole time. The beginning of last year, 2025, I think I was in the eights. So she said, you know, you've got to get stricter with your diet or we're gonna have to talk about medication. Things were good until after my arrest.
About a month after my arrest, I had another A1C and it was like 11.6. So it had went up, I think, three points since the beginning of the year. So she put me on insulin.
Q. Okay. Did she -- was she able to figure out what caused the spike or the rise in your A1C?
A. No, sir. I mean, nothing had changed with my diet so it was more -- it could be stress related.
Q. All right. When you say it could be stress related, is that something that you think or is that something the doctor told you?
A. Well, they told me like your diet, stress, different things can affect your A1C.
Q. Okay. Has there ever been a diagnosis by any medical provider that said that the rise



in your A1C was caused by your arrest?
A. No.
Q. And who is the doctor that treats you for diabetes?
A. Dr. Sarah Knight.
Q. And where is she located?
A. She's in Raceland, through Ochsner.
Q. I am almost just about done.
Is there anything else, as far as how this has affected you, that you could tell me?
MR. MOST:
Objection as to form.
THE WITNESS:
As far as myself personally or like the kids?
BY MR. DETWEILER:
Q. Yeah. Has it had an effect on your children?
A. Yeah. They were upset for a long time. I mean, my 14 year old, well, he was 13 at the time, Branson, he pretty much stayed up all night the night of my arrest just watching the door to make sure the police didn't come back. I mean, because they worry, you know. I guess I'm not exactly healthy with glaucoma, diabetes, and who



would -- you know, would I have gotten my drops in jail, would I have gotten fed when I needed to be fed. I mean, they worry about things that they shouldn't worry about.
And then my other son was at a camp in Mississippi with Dylan's younger brother. So before we had a chance to tell him anything, he heard it from Dylan. So he was kind of upset, ready to come home, too. Because, I mean, it affected everybody. It still does.
Q. Is this the only lawsuit you filed in connection with your arrest?
A. Yes.
Q. One second. I'm just reviewing some things.
MR. DETWEILER:
I think that's all the questions I have for you. I appreciate your time.
MR. MOST:
I've just got a quick question and I think that may be it.
EXAMINATION BY MR. MOST:
Q. This is William Most.
I think Mr. Detweiler asked you about whether there was any traumatic experience while



you were in the jail. Was your answer to indicate that there wasn't some particular traumatic experience, like a stabbing or something, or was it not traumatic at all to be arrested?
A. It wasn't traumatic like, I guess, physically. I thought he was more like wondering if they were rough or something like that. No, it was nothing like that.
Q. So your answer was you weren't physically traumatized while you were in jail?
A. Correct.
MR. MOST:
That's all I've got, Keith.
MR. DETWEILER:
Okay.
(Conclusion of deposition at 10:55 a.m.)

REPORTER'S PAGE

I, Connie C. Bell, Certified Court Reporter in and for the State of Louisiana, the officer, as defined in Rule 28 of the Federal Rules of Civil Procedure and/or Article 1434(B) of the Louisiana Code of Civil Procedure, before whom this record was taken, do hereby state on the Record:

That due to the interaction in the spontaneous discourse of this proceeding, dashes (--) have been used to indicate pauses, changes in though, and/or talkovers; that same is the proper method for a Court Reporter's transcription of proceeding, and that the dashes (--) do not indicate that words or phrases have been left out of this transcript;

That any words and/or names which could not be verified through reference material have been denoted with the phrase "(spelled phonetically)".

___________________________
CONNIE C. BELL
Certified Court Reporter
State of Louisiana
Certificate No. 83063



CERTIFICATE

This certification is valid only for a transcript accompanied by my original signature and original raised seal on this page.

I, CONNIE C. BELL, Certified Court Reporter in and for the State of Louisiana, as the officer before whom this testimony was taken, do hereby certify that DAWN M. PIERCE, after having been duly sworn by me upon authority of R.S. 37:2554, did testify as hereinbefore set forth in the foregoing FORTY-NINE (49) pages; that this testimony was reported by me in the stenotype reporting method, was prepared and transcribed by me or under my personal direction and supervision, and is a true and correct transcript to the best of my ability and understanding;

That the transcript has been prepared in compliance with transcript format guidelines required by statue or by rules of the board, and that I am informed about the complete arrangement, financial or otherwise, with the person or entity making arrangements for deposition services; that I have acted in compliance with the prohibition on contractual relationships, as defined by Louisiana Code of Civil Procedure Article 1434 and in rules and advisory opinions of the board; that I have no knowledge of any prohibited employment or contractual relationship, direct or indirect, between a court reporting firm and any party litigant in this matter, nor is there any such relationship between myself and a party litigant in this matter;

That I am not related to counsel or to the parties herein, nor am I otherwise interested in the outcome of this matter.

___________________________
CONNIE C. BELL
Certified Court Reporter
State of Louisiana
Certificate No. 83063

**A**

**A-1** 38:5
**a.m** 1:21 48:17
**A1C** 44:17 45:10 45:15,23 46:1
**ability** 50:10
**able** 12:4 16:15 28:1 45:13
**access** 28:1
**accessible** 28:25
**accident** 5:16
**accompanied** 50:2
**account** 16:20
**acted** 50:14
**acting** 15:20
**ACTION** 1:6
**administering** 4:21
**advisory** 50:16
**affect** 45:23
**affirmative** 8:21
**Affordable** 10:11 10:14
**age** 18:12
**ago** 5:17 44:23
**agree** 24:1
**agreed** 4:3
**Agreement** 2:7
**Alorica** 11:9
**Amber** 8:22 14:6 14:18 16:6,8 19:18 20:7,10 22:6,10,12,16 24:6,18 25:14,20 26:14,21 31:14 32:3,5
**and/or** 49:5,12,18
**Angela** 42:22,23
**Anne** 43:18
**answer** 6:3,10 11:21,23 48:1,10
**anxiety** 41:24 43:8,11,20
**anybody** 31:3 36:14 38:25 40:4,13 42:3
**apparently** 14:5
**Appearances** 2:6 3:1
**appeared** 26:16
**applications** 13:19
**applied** 13:17 14:1
**apply** 14:3
**appreciate** 47:18
**Arceneaux** 31:10
**argument** 14:6
**arguments** 14:12 15:16
**arrangement** 50:13
**arrangements** 50:14
**arrest** 12:7,9 19:3 32:25 43:10 44:12 45:1,8,9 46:1,22 47:12
**arrested** 7:13 8:2 18:24 35:5,18,23 38:16 39:14,19 40:16 41:21 43:8 48:5
**Article** 49:6 50:16
**asked** 26:22 47:24
**asking** 33:6 34:7
**ASSOCIATES** 3:4
**assuming** 27:19
**attached** 21:12
**attacking** 14:23
**attended** 9:24
**attention** 34:16
**attorney** 5:7,19 40:21
**August** 40:20 42:25
**aunt** 14:12,16,24 31:8,11
**authority** 50:7
**Avenue** 3:4
**avoid** 12:12
**aware** 12:9 30:2

**B**

**back** 5:18 10:3 15:16 19:17 26:24 28:14,16 29:5,7 36:1,3 38:22 43:5,15,17 43:22 46:23
**background** 6:21 12:2,4,11,20,21 12:23
**bad** 37:11
**bail** 37:15,19,25
**barely** 44:4
**barking** 31:1
**beach** 24:13
**began** 11:18
**beginning** 43:2 45:4,11
**believe** 17:10 20:6 20:10
**believing** 20:16
**Bell** 3:22 4:19 49:2,23 50:4,23
**bench** 36:24,24 37:6
**beneficial** 43:6
**best** 38:15 50:10
**better** 42:14,15 43:25 44:8
**bikinis** 24:13
**billboard** 10:8,10
**Billboards** 10:11 10:14
**bit** 23:19
**blue** 22:18
**blur** 33:4
**board** 50:13,17
**body** 20:16 30:20
**boiling** 30:22
**bondsman** 37:15 37:19,25 38:4
**Boulevard** 3:10
**Bouziga** 1:9 5:10 18:4
**box** 6:2
**boys** 7:4,10,14 8:6
**Branson** 7:19 35:19,21 46:21
**bringing** 43:5
**brings** 8:12
**brother** 47:6
**brought** 33:23 36:6
**Bryson** 7:21
**business** 10:9,10 10:14,17,21 13:5
**businesses** 13:25

**C**

**C** 3:22 4:19 49:2 49:23 50:1,1,4 50:23
**call** 15:5 38:2
**called** 26:3 38:3 39:2,5,6,7,9
**calling** 39:4,12
**cam** 30:20
**camp** 47:5
**Caption** 2:5
**car** 5:16 34:3
**case** 5:22 17:8
**caught** 23:13
**cause** 41:24
**caused** 41:19 45:14 46:1
**Causeway** 3:10
**cell** 37:7
**Center** 3:9
**certain** 41:15
**Certificate** 2:12 49:25 50:25
**certification** 4:10 50:2
**Certified** 3:22 4:19 49:2,24 50:4,24
**certify** 50:6
**chance** 47:7
**change** 12:17
**changed** 45:16
**changes** 49:12
**charge** 40:16 41:12
**charged** 31:23
**charges** 40:24
**Charles** 3:4
**check** 12:2,5,11 12:20,21,24
**checking** 31:15
**checks** 12:22
**Chief** 1:9 5:9 17:8
**children** 34:18 46:18
**church** 20:14
**circle** 22:11
**circumstances** 38:15
**circumstantial** 44:7
**Civil** 1:6 4:6,15 49:5,7 50:16
**cleaning** 30:21 31:2 32:19
**clear** 40:11
**client** 38:1
**Code** 49:6 50:16
**collection** 26:16
**college** 9:6,13
**come** 29:3 32:15 34:11 35:1,3 46:23 47:9
**comfortable** 43:3
**coming** 12:1 31:22
**commencing** 1:21
**comment** 35:25
**comments** 26:25
**companies** 11:8
**complaining** 39:4 39:18
**complaint** 17:3

**complete** 50:13
**completed** 9:14
**compliance** 50:12 50:15
**Conclusion** 48:17
**Conferencing** 1:22
**connection** 47:12
**Connie** 3:22 4:19 49:2,23 50:4,23
**consider** 24:9 29:11
**constantly** 42:7
**contact** 17:16 30:16 39:25 40:13
**contacted** 32:16 37:25
**content** 16:24
**contractual** 50:15 50:17
**conversations** 34:5
**Cookie** 31:10
**cooking** 31:25
**corner** 6:2
**correct** 6:18 7:25 8:7,15 9:1,10 10:16 13:14,24 14:8 16:10 17:21 22:5,20 24:4 26:18,20 28:6,11,23 30:8 30:15 32:21 33:21,22 37:20 38:21 39:13 41:14 44:19 48:12 50:10
**correctly** 28:14
**counsel** 2:7 4:4 50:21
**counseling** 42:6 42:11
**counselor** 42:4,20 42:21
**couple** 43:2
**court** 1:1 3:22 4:19 40:15,18,23 41:2,11 49:2,13 49:24 50:4,18,24
**courtroom** 5:24
**covering** 24:12
**cuffed** 37:6
**Customer** 11:1
**cut** 5:2 6:23 14:25 36:18 38:7

**D**

**D** 2:1
**DA** 40:24,25
**damaged** 41:17
**damages** 41:16
**Danielle** 8:17
**Dardar** 19:21,22 20:25 25:16
**dashes** 49:11,15
**daughter** 15:6
**daughter's** 15:9
**DAWN** 1:6,19 4:4 5:1 50:6
**Dawn's** 23:24 24:2
**day** 28:8,9,13,17
**days** 16:5
**dealing** 41:25
**dealt** 19:13
**deceased** 14:17
**December** 43:1
**defend** 14:17
**defendants** 3:8 5:8 17:7
**defined** 49:4 50:15
**degree** 9:18
**deleted** 29:6
**denied** 13:15
**denoted** 49:20
**department** 40:6
**deposition** 1:19 4:4 5:11,15,20 6:16 26:11 48:17 50:14
**depression** 41:24 43:7,11,20 44:8 44:9
**Detweiler** 2:9 3:11 5:5,7 6:14 6:19 21:9,17 23:2 25:7,24 26:8,12 35:13 46:16 47:16,24 48:15
**diabetes** 44:18,20 45:2 46:4,25
**diagnosed** 44:5,22
**diagnosis** 45:24
**diet** 45:6,17,22
**diet-controlled** 45:3
**different** 11:8 25:11 29:25 45:23
**difficulty** 38:14
**direct** 50:18
**direction** 50:9
**directly** 25:21
**disagreement** 14:6
**discourse** 49:10
**discovery** 4:12
**discussing** 31:13
**discussion** 36:5
**dismissed** 40:24 41:13
**disputes** 15:16
**DISTRICT** 1:1,2
**doctor** 45:21 46:3
**dog** 31:1
**doing** 10:19 39:14 43:5 44:11
**door** 34:8,15,24 34:24 46:22
**Dr** 43:18 46:5
**driveway** 30:24 31:3 32:19 39:3
**drops** 47:1
**due** 49:9
**duly** 5:3 50:6
**Dylan** 8:9,25 14:7 15:15 27:7,10 29:8,9 31:14,18 31:19,25 32:7,9 38:25 39:3,12,18 47:8
**Dylan's** 47:6

**E**

**E** 2:1 49:1,1,1 50:1,1
**Eagle** 12:18
**earlier** 27:17 32:14
**EASTERN** 1:2
**effect** 46:17
**Effexor** 44:1,2
**eights** 45:5
**either** 16:2 27:12
**email** 26:7
**Emelda** 31:10
**employed** 10:5
**employment** 13:9 13:15 50:17
**ended** 11:17 12:19 12:24,25 13:8
**enforcement** 30:17
**entity** 50:14
**everybody** 47:10
**everywheres** 30:1
**ex-girlfriend** 19:19
**exactly** 26:25 46:25
**Examination** 2:8 47:22
**exchange** 27:4
**exhibit** 2:15 21:8 21:11,13 22:15 23:16 26:10
**EXHIBITS** 2:14
**expect** 5:20
**experience** 47:25 48:3
**explain** 41:3
**expressed** 29:17 29:19

**F**

**F** 50:1
**F-r-i-e-l** 7:24
**face-to-face** 5:23
**Facebook** 2:15 15:2,4,22,23 16:3,12,18,19 20:7,11 24:12 25:1 26:3,25 27:15,17,20,22 28:19 29:3,12 30:5 33:2
**Fair** 6:12
**fallopian** 44:3
**family** 15:19
**far** 9:5 24:11 31:16 38:16 40:6 41:16 46:9 46:14
**fear** 41:19,23
**fed** 47:2,3
**Federal** 4:6,15 49:5
**felony** 31:23
**felt** 13:9
**figure** 45:14
**filed** 47:11
**filling** 37:2
**financial** 50:13
**find** 29:1
**fingerprints** 37:1
**firm** 50:18
**first** 5:3 6:20 17:6 20:17 27:2
**flag** 18:11
**follows** 5:4
**football** 18:11,14
**foregoing** 50:7

**form** 23:1 25:3 35:8 46:12
**formalities** 4:9
**format** 50:12
**forth** 15:16 26:24 28:16 29:8 50:7
**FORTY-NINE** 50:8
**four** 7:4 9:15 44:6
**Friday** 1:20
**Friel** 7:6,22,23,24
**funny** 35:16
**further** 39:25 40:13

**G**

**G** 49:1
**games** 18:14,20
**Gaspard** 1:10 5:10 18:22 33:12 34:2
**Gaspard's** 33:24
**gentleman** 19:6
**getting** 19:17 35:18 43:25
**girls** 24:13
**give** 6:3 25:14
**given** 5:11 20:25
**giving** 25:19
**glaucoma** 44:5 46:25
**go** 7:9,22 9:16 14:3,14 15:6 23:19 24:5 28:14,25 34:8 40:15,18 44:9
**God** 20:17
**goes** 20:14
**going** 9:20 10:2 13:10 20:18,23 21:10 23:15 26:1,1,6,10,24 28:16 31:14 32:3 34:9 39:20 40:1,4,13
**Golden** 1:8 5:9
**gonna** 15:18 17:8 31:22,23 32:15 35:5 38:2 45:7
**good** 5:6 37:10 44:11 45:8
**Goody** 35:17
**gotten** 13:18,22 44:3 47:1,2
**graduate** 9:7
**grandma** 14:16 14:21
**grandson** 18:11
**guess** 25:11,19 27:23 41:20 46:24 48:6
**guidelines** 50:12
**guys** 32:8 37:18

**H**

**hag** 14:14
**handcuffed** 33:18 34:12 36:23
**handcuffs** 34:19 34:22 35:2
**happened** 17:15 19:3 36:21 39:21 40:23
**happening** 30:25 34:10 35:12
**Happy** 22:4
**harassing** 14:24
**healthy** 46:25
**hear** 38:25 41:22
**heard** 47:8
**hello** 18:15,20
**help** 10:8,17 42:6
**helped** 44:10
**helping** 42:5,10
**Hendricks** 43:18
**hereinbefore** 50:7
**high** 9:7,11
**home** 11:4 25:12 30:9,11,12 38:22 38:25 40:1,12 42:9 47:9
**hours** 37:5 38:9
**house** 8:1 19:25 30:18 32:12
**husband** 7:4 8:4 10:13,15 27:10 29:9 34:8,11 37:25 38:3,20
**husband's** 7:5 34:16

**I**

**idea** 34:10
**illegal** 32:2
**incident** 6:25
**indicate** 48:2 49:11,15
**indirect** 50:18
**information** 6:6 6:21
**informed** 41:12 50:13
**injure** 33:16
**Instagram** 15:24
**insulin** 45:12
**intentions** 10:2
**interaction** 32:22 33:11 40:3 49:9
**interested** 50:22
**internet** 33:3
**involved** 15:15
**issues** 44:14

**J**

**jail** 37:16 47:2 48:1,11
**jobs** 10:22
**Joey** 1:9 18:4 31:24
**July** 6:25 14:4 17:16,23 18:2 22:4 28:10 30:6 44:13

**K**

**K** 22:11
**keep** 42:8
**Keith** 2:9 3:11 5:7 48:14
**kept** 14:23,24 29:4 31:21,24
**ketamine** 42:9,12 43:4
**kicked** 16:2
**kids** 29:24 46:15
**kind** 14:25 20:14 33:4 35:10,16 44:10,10 47:8
**knew** 18:15 35:12 38:1
**Knight** 46:5
**know** 6:1,10,11 8:22 9:2 12:6 14:2,17,20 15:17 15:19 16:15 17:9,11,15,22 18:5,6,6,14,23 18:24 19:8,11 20:14,17 23:11 25:18 27:1,21,23 28:25 29:8,22,24 30:20 31:4,16,19 31:22,24 32:1,16 32:18 34:8,9,21 34:23 35:4,22 37:4,13 38:15 39:9,19 41:15 42:17 45:6 46:24 47:1
**knowledge** 50:17
**known** 17:12
**Kreamer** 19:7 33:11 34:14

**L**

**L** 1:8 4:1
**Lafont** 1:9 5:9 17:8
**Lafourche** 9:12 19:7,12
**Lakeway** 3:9
**latest** 11:11
**law** 30:17
**lawsuit** 5:8 41:15 41:18 44:16 47:11
**leave** 11:25 27:3,5 27:6
**left** 49:16
**Let's** 14:4 17:4
**levels** 44:17
**liked** 42:5
**limits** 19:11
**lingerie** 22:18
**litigant** 50:18,20
**little** 11:16 23:19
**live** 7:3
**lived** 19:11
**living** 6:25 34:20
**LLC** 3:9
**located** 46:6
**location** 6:24
**long** 5:17 10:19 11:15 37:3 43:22 46:19
**look** 22:24 29:5 31:4
**looked** 30:21 31:5
**looking** 23:23
**looks** 22:10 23:17
**lot** 14:2 20:12 26:24 31:1 41:24,25
**Louis** 7:6 8:3 27:12 39:6,7,18
**Louisiana** 1:2 3:5 3:10,23 4:20 5:2 6:23 49:3,6,24 50:5,16,24

**M**

**M** 1:19 2:9 3:11 4:4 5:1 50:6
**Macy** 19:21,22
**MAGISTRATE** 1:9

**major** 9:22
**making** 27:8 50:14
**mama** 14:14,16
**mama's** 35:17
**March** 11:14,17 11:19
**Marcy** 25:16
**mark** 26:10
**material** 4:12 24:12 49:19
**matter** 50:19,20 50:22
**Mayor** 1:9 5:10 18:4
**Meadow** 1:8 5:9 17:9 40:1,4,13
**mean** 11:18 18:13 20:6,9 23:7 24:11 29:15,16 29:17,23 31:16 33:4 38:25 39:17 40:7 42:6 43:25 44:10 45:16 46:20,23 47:3,9
**media** 15:21 29:25
**medical** 45:25
**medication** 45:7
**medications** 44:1
**mentioned** 35:10
**message** 16:16,18 16:19,25 27:4,9 28:19
**messaged** 14:18
**messages** 15:1,5 29:4
**messaging** 14:24 28:16
**Messenger** 15:2 29:4
**met** 14:21 18:8,23
**Metairie** 3:10
**method** 49:13 50:9
**Michael** 19:7
**Michelle** 1:9 17:8
**mind** 33:10 36:12 37:10 38:13
**minute** 17:5
**Miranda** 15:10
**Mississippi** 47:6
**money** 20:16 27:8
**month** 40:19 45:9
**months** 43:24 44:6
**morning** 5:6
**mother** 8:13,14
**move** 6:12 14:4

**N**

**N** 2:1 4:1
**name** 5:6 7:5,7,18 8:16,18 11:10 15:9,11 19:20 31:9 42:16,17,20
**names** 49:18
**needed** 47:2
**negative** 41:10
**neighborhood** 36:15
**nephew** 8:12
**nephew/godchild** 8:10
**never** 13:4 14:21 17:23 19:12,16 25:20 31:3
**new** 3:5 12:19,20
**Nicholls** 9:17,25
**NIELSEN** 3:9
**night** 18:23 19:9 46:21,22
**nobody's** 13:7
**North** 3:10
**noticed** 31:3 36:16
**notify** 26:21

**O**

**O** 4:1 49:1
**o'clock** 28:12,13 30:10,14
**oath** 4:21 5:4
**object** 6:16 25:13
**Objection** 23:1 25:3 35:8 46:12
**objectionable** 23:6,7
**objections** 4:14
**occur** 38:24 39:23
**occurred** 5:22 37:11 38:17 44:17
**Ochsner** 46:7
**offhand** 11:10 14:2
**Office** 19:8 36:6 36:19 37:11
**officer** 1:10 18:22 33:12,24 34:2 36:9,25 49:4 50:5
**officers** 30:17 31:5 32:20
**officiated** 4:21
**Oh** 23:22
**okay** 6:4,7 11:4,17 12:15 13:5 15:1 15:21 19:17 20:23 22:2 23:12,15,23 24:5 25:14 26:13 27:21 28:4 29:7 30:13 31:6,25 32:7 34:11 35:14,19 37:3 39:9 41:3 42:19 43:16 44:12 45:1,13,24 48:16
**old** 7:10,17,17,20 15:13 46:20
**old's** 7:18
**older** 35:10,14
**once** 40:12 43:13 44:8
**ones** 7:16 15:25 26:14 27:18
**online** 14:11,11 42:15
**OnlyFans** 23:17
**opinions** 50:16
**original** 4:12 50:2 50:3
**Orleans** 3:5
**outcome** 50:22
**outfit** 24:9,21,24 24:25
**outside** 5:24 30:21 34:10 35:1,3 36:14
**owned** 10:15
**owns** 10:12

**P**

**P** 4:1 49:1,1
**page** 2:3,11 22:14 23:16 24:2,5,17 28:1 50:3
**pages** 20:24 50:8
**paperwork** 37:2
**parent** 8:11
**Parish** 19:8,12
**particular** 21:7 48:2
**parties** 50:21
**party** 4:11 50:18 50:19
**pass** 12:4 29:24
**passing** 18:15
**pauses** 49:12
**pay** 37:18,21
**pdf** 26:3
**Pellegrin** 42:22,24
**period** 44:6
**permission** 25:14 25:19,21
**person** 14:15 50:14
**personal** 50:9
**personally** 17:11 17:12 18:7 46:14
**pharmacy** 11:24 12:3,18
**phone** 31:2,6,11
**phones** 11:21,23
**phonetically** 49:21
**photo** 23:6
**photograph** 24:8
**photos** 16:9 19:17 19:18 20:10 21:11 23:9 25:15,22 26:13 26:17,19 27:14 29:12,20 30:2
**phrase** 49:20
**phrases** 49:16
**physically** 44:9 48:7,11
**picture** 14:11 22:11,16 24:6,18 24:25 25:9 33:1 37:1
**pictures** 16:22 22:6
**Pierce** 1:6,19 4:5 5:1,6 6:20 7:8,9 7:22 8:19,20 50:6
**placed** 34:19,22 35:2 37:7
**placing** 34:2
**Plaintiff** 3:3
**Plaisance** 15:12
**platforms** 15:21 30:1,3
**play** 14:14 18:11
**please** 6:1,9 14:19 25:18
**point** 15:7 28:5 30:21 33:18
**points** 45:11
**police** 1:9 21:12 31:5,17 32:4,6

32:11 33:20,23 36:4,5 39:2,5,11 40:6 46:23
**positions** 13:17
**Possibly** 10:4
**post** 14:11,19 16:5 16:7,13,14,16,22 20:21 22:2,8,15 23:24 24:2 25:9 25:15,17,21 26:13 27:8,18 28:17 29:6,17 33:4
**posted** 14:10 16:5 16:9 21:2,19,23 23:9,17,25 24:3 24:6,18 26:22
**posting** 24:25 25:10 33:1
**postpartum** 44:4
**posts** 2:15 16:3 20:7,10,12 21:12 23:14 26:4 29:21
**pot** 30:22 31:2 32:19
**preliminary** 17:6
**prepared** 50:9,12
**prescribed** 44:1
**prescription** 11:23
**present** 7:14,16 8:1
**presently** 6:22
**pretty** 45:3 46:21
**previously** 42:20
**prior** 12:8 17:17 18:24 19:8 43:10
**probably** 24:3 25:13 26:2 42:25 44:23
**problem** 24:24
**problems** 17:23
**Procedure** 4:6,16
49:5,7 50:16
**proceeding** 49:10 49:14
**process** 37:16,24
**processing** 37:9
**program** 12:3,18 12:19
**programs** 12:21
**prohibited** 50:17
**prohibition** 50:15
**proper** 49:13
**prosecuting** 41:2
**provide** 41:6
**provider** 45:25
**providing** 42:12
**psychiatrist** 42:14 42:16,18
**psychological** 44:14
**Psychology** 9:23
**PTSD** 43:9
**publicly** 25:10
**pulling** 39:3
**purpose** 5:14
**purposes** 26:10
**put** 14:13 20:21 45:12
**putting** 29:11

**Q**

**question** 6:11 47:20
**questions** 5:21 17:6 32:16 41:22 47:17
**quick** 47:20

**R**

**R** 49:1,1,1 50:1
**R.S** 50:7
**Raceland** 46:7
**raised** 50:3
**ran** 12:20
**re-share** 33:3
**reading** 4:9 21:7
**ready** 47:9
**really** 14:13 23:4 34:7
**reason** 17:17 18:18 19:4
**record** 12:7 13:3,6 13:10,16,20 49:7 49:8
**reference** 49:19
**referencing** 14:11 14:20
**referring** 14:15 16:8
**refills** 11:24
**related** 8:11 45:18 45:20 50:21
**relationship** 8:9 8:24 9:3 15:18 50:18,19
**relationships** 50:15
**released** 37:14 38:6,19
**religious** 20:13,13 20:15
**remember** 11:10 16:24 27:1,2,3,7 28:7,14 30:25 31:1 32:5 33:7,9 34:2,5 36:11,17 37:21 38:4
**remote** 11:1
**removed** 16:12 44:4
**rephrase** 6:10
**reply** 8:21 41:10
**report** 21:12
**reported** 3:21 50:8
**Reporter** 3:22 4:20 49:3,24 50:5,24
**Reporter's** 2:11 2:12 49:14
**reporting** 50:8,18
**represent** 5:7,9
**Representing** 3:3 3:8
**require** 12:2,21
**required** 50:12
**residence** 7:14
**residing** 6:22
**respectful** 33:14
**respond** 16:16
**responses** 13:18 13:23
**responsible** 4:11
**restricted** 16:4,11 16:14,17,20 17:1
**result** 20:3 43:8
**retain** 4:12
**revealed** 13:19
**revealing** 23:3 24:9,14,16
**reviewing** 47:14
**rid** 27:18
**ride** 36:12
**right** 10:18,22 12:8 14:20 16:7 17:4 19:2,15 20:2,12,18 21:14 21:23 22:12,14 24:23 30:6 32:10,18 36:4 37:18 38:3 40:21 43:10 45:19
**rise** 45:14,25
**room** 34:20
**rough** 48:8
**Rousse** 8:9,18 14:7
**ruin** 15:18
**Rule** 49:4
**rules** 4:6,7,15 49:5 50:12,16
**run** 13:10

**S**

**S** 4:1 49:1
**Sarah** 46:5
**sat** 36:24
**satisfied** 39:21
**saw** 25:13 29:18 34:25
**saying** 18:15 23:25 25:17
**says** 22:4,10 24:2
**school** 9:5,7,11,20 17:10,20 18:13 18:14
**screen** 20:18
**screenshot** 21:2 21:18,21,25 22:2 22:8 23:17 28:18
**screenshots** 20:25 25:15 28:15
**seal** 50:3
**sealing** 4:10
**second** 12:23 47:14
**SECTION** 1:8
**see** 11:3 17:4 18:13 20:19 24:10,11 30:5 34:21 36:14 41:20 42:23 43:6
**see-through** 22:22 22:23 24:20
**seeing** 20:3,6 23:24 29:24 42:4,19
**seeking** 41:18
**seen** 16:16 18:1 19:12,16 26:21 43:2
**Self-employed** 10:6
**selling** 20:16
**send** 19:24 26:1
**sense** 32:10 35:4
**sent** 20:5 26:17
**separate** 21:11
**September** 1:20

**Sergeant** 19:7 33:11 34:14
**service** 4:11 11:1
**services** 50:14
**session** 43:5
**sessions** 43:4
**set** 50:7
**seven** 42:25
**share** 7:7 20:18 25:18 29:17,22
**shared** 26:19
**sharing** 29:18,20
**Sheriff's** 19:8 36:6,19 37:11
**shock** 33:5
**shocked** 20:15 32:24
**show** 20:23 23:15 31:17 32:11,20 41:1
**showed** 20:1 26:14 30:17 32:14,14 41:11
**showing** 20:19
**Sibley** 8:22 14:6
**sic** 30:1
**side** 41:22
**sign** 12:19
**signature** 50:3
**signing** 4:9
**simply** 5:20 6:5 6:11 13:22 41:11
**sir** 9:4 12:10,25 13:21 17:18,25 18:3,19 19:1,14 19:23 20:20,22 24:19 25:23 26:15 27:16 30:19 35:24 36:7 40:9,22 41:5 45:16
**sister** 8:14
**situational** 44:7
**situations** 13:9
**six** 43:24 44:23
**small** 22:11
**Snapchat** 29:25
**social** 15:21 29:25
**Solutions** 11:8,11 11:13 12:9 13:1 13:12
**somebody** 25:9 27:19,25
**son** 35:10,14 47:5
**son's** 19:19
**sons** 18:12
**sorry** 23:22 40:10
**sort** 14:5 21:8 22:18
**sound** 34:16
**South** 9:12
**speak** 36:8 40:25
**spelled** 49:20
**spike** 45:14
**spoke** 25:20
**spoken** 18:1,17
**spontaneous** 49:10
**St** 3:4 43:18
**stabbing** 48:3
**staring** 34:24
**start** 37:1
**started** 11:3 12:13 42:9 43:25
**state** 3:23 4:20 49:3,8,24 50:5 50:24
**statement** 39:17
**STATES** 1:1
**station** 33:24
**statue** 50:12
**stay** 28:21
**stayed** 46:21
**stenotype** 50:8
**sticks** 33:10 36:12 37:10 38:12
**stipulated** 4:3
**story** 41:22
**Street** 5:2
**stress** 45:17,20,23
**stricter** 45:6
**substation** 36:18 38:6,14 40:5
**sued** 17:7
**suggested** 44:16
**suing** 41:16
**Suite** 3:4,9
**supervision** 50:9
**supplied** 25:16
**supposed** 31:17
**sure** 5:19 10:4 17:3 21:16 27:11,13,21 29:2 34:25 37:22 39:10,15 46:23
**surgeries** 44:6
**surprised** 23:8
**suspended** 16:3
**switch** 12:2
**sworn** 5:3 50:6

**T**

**T** 4:1,1 49:1 50:1 50:1
**take** 6:15 11:23 14:19,22 17:22 22:21 26:22 27:2,14 28:1,4 28:15,18 37:1,24 38:19 43:25
**taken** 1:20 4:5 28:5,7 36:15,17 49:8 50:6
**talk** 5:23 15:7 45:7
**talked** 19:4
**talking** 32:5 42:7 42:8
**talkovers** 49:12
**tell** 6:9,11 8:8 13:1 16:25 20:24 27:5 30:24 32:3,22 35:14 36:21 41:17 46:10 47:7
**telling** 16:19 27:3 31:21
**testified** 5:3
**testify** 50:7
**testimony** 50:5,8
**text** 15:5 27:9
**texted** 27:6 29:8
**texting** 29:7,9,10 31:21,24 32:8
**therapy** 42:9,13
**Thibodaux** 37:16
**thing** 32:18
**things** 16:13 20:7 20:13 24:11 31:13 41:16 44:8 45:8,23 47:3,15
**think** 9:13 16:4,12 16:21 17:2 22:23 23:3,4,5 24:14,20 27:17 28:3,12 29:2,18 29:19 30:9 31:11 32:2,9,15 34:13,13,14 35:11 37:15,22 37:23 38:9,11 39:14 41:17 43:1 45:1,5,11 45:20 47:17,21 47:24
**third** 11:9
**thought** 16:17 20:17 32:13 43:4 48:7
**three** 3:9 45:11
**ties** 14:25
**time** 5:23 6:25 8:2 9:21,24 11:12 29:14 31:7 45:4 46:19,21 47:18
**times** 42:23,25 43:2
**told** 13:4,5,7 15:17 30:4 32:24 33:1 41:1 45:21,22
**top** 22:19 23:24 24:2
**Town** 1:8 5:8
**transcribed** 50:9
**transcript** 49:17 50:2,10,11,12
**transcription** 49:14
**trauma** 38:16
**traumatic** 47:25 48:3,4,6
**traumatized** 48:11
**TREAS** 3:9
**treated** 38:13 42:2 43:7,11,19
**treatment** 43:16 43:23 44:13
**treats** 46:3
**trick** 6:2
**tried** 15:5,6
**Tristin** 1:10 5:10 18:22
**true** 50:10
**try** 6:2,9 34:15
**trying** 39:13,19
**tubes** 44:3
**two** 7:15 8:6 22:6 30:17 31:5 32:19 34:18 37:5 38:9 44:4
**Two-Shoes** 35:17
**type** 10:7,19,25 15:3 44:24,24,25

**U**

**U** 4:1
**Uh-huh** 8:21
**Uh-uh** 41:10
**uncomfortable** 6:3

**understand** 6:1,9
**understanding** 50:10
**unit** 33:21,23,25 36:5,6
**UNITED** 1:1
**upset** 14:13 46:19 47:8
**use** 15:22,23 26:6 26:7 30:5

**V**

**valid** 50:2
**verified** 49:19
**VERSUS** 1:7
**video** 1:21 6:16 30:20 33:8

**W**

**waiting** 31:17 32:1,11
**waived** 4:10
**walked** 33:20 34:23
**want** 6:20 15:8 17:5 25:8 28:11 40:19 42:8
**wanted** 12:12
**warrant** 32:25
**wasn't** 12:9 27:23 39:21 48:2,6
**watching** 46:22
**way** 15:19 23:21 24:15 25:19 33:16 38:13 41:20
**we'll** 6:12 17:4 19:2
**we're** 45:7
**We've** 10:21
**wear** 25:5
**wearing** 22:21 24:23
**went** 17:10 18:13 28:14 29:5 37:15 38:22 45:10
**weren't** 41:2 48:10
**West** 5:1
**When's** 9:24
**William** 2:10 3:6 26:1 47:23
**witness** 4:22 25:4 35:9 46:13
**wondering** 48:7
**wording** 23:10
**words** 23:14 49:16,18
**wore** 25:12
**work** 10:7,20,25 11:1,6,15,17,25 13:2,6 28:13
**worked** 11:7,12 30:6,11
**working** 11:8,11 11:13 12:8,13 13:1,8,12
**works** 27:24 28:2
**worry** 46:24 47:3 47:4
**wouldn't** 12:4 25:5
**writing** 41:7
**wrong** 29:13,18

**X**

**X** 2:1 29:23

**Y**

**y'all** 31:13
**yeah** 21:10 23:10 23:23,25 30:11 33:6 34:13 46:17,19
**year** 7:17,17,18 7:20 11:14,16,16 12:1,16 14:10 42:1 43:1,3 45:4 45:12 46:20
**years** 9:15 44:4,11 44:23
**younger** 35:11 47:6

**Z**

**ZOOM** 1:21 6:16

**0**

**1**

**1** 2:5,15 21:13 26:10 44:24
**10** 23:16
**10:00** 1:21
**10:55** 48:17
**11** 7:12,17,20 24:5
**11.6** 45:10
**12-page** 22:15
**13** 44:5 46:20
**1365** 37:23
**14** 7:11,17,18 46:20
**1434** 50:16
**1434(B)** 49:6
**16** 7:11
**1991** 9:9

**2**

**2** 1:9 44:24,25
**2:25-cv-02178** 1:7
**200** 5:1
**2001** 11:3
**2002** 10:1
**201** 3:4
**2011** 10:21,23
**2013** 5:18
**2017** 43:15,22 44:12
**2025** 7:1 11:19 14:4 17:16,23 18:2 30:7 44:13 45:4
**2026** 1:20
**24** 7:11
**25** 1:20
**2500** 3:4
**26** 11:18
**28** 49:4
**2850** 3:9

**3**

**3** 2:6
**30** 16:5
**32** 15:14
**37:2554** 50:7
**3838** 3:10

**4**

**4** 2:7
**40th** 5:1
**47** 2:10
**49** 2:11 50:8
**4th** 22:4

**5**

**5** 2:9
**50** 2:12

**6**

**6:00** 28:12,13 30:10,13
**69-year-old** 14:13

**7**

**70002** 3:10
**70170** 3:5
**70345** 5:2
**7th** 40:20

**8**

**83063** 49:25 50:25
**8th** 28:10 30:6

**9**

**9** 22:14
**91** 9:8