**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **DAWN PIERCE,** | * | **CIVIL ACTION NO. 2:25-cv-02178** |
| **VERSUS** | * | **SECTION: C** |
| **TOWN OF GOLDEN MEADOW, MAYOR JOEY BOUZIGA, POLICE CHIEF MICHELLE LAFONT, and OFFICER TRISTIN GASPARD,** | * | **MAGISTRATE: 2** |

*************************************

# MOTION FOR SUMMARY JUDGMENT

NOW INTO COURT, through undersigned counsel, come Defendants, Town of Golden Meadow ("Golden Meadow"), Mayor Joey Bouziga ("Mayor Bouziga"), Police Chief Michelle Lafont (Chief Lafont") and Officer Tristan Gaspard ("Officer Gaspard")[1], who respectfully submit this motion for summary judgment, pursuant to Fed.R.Civ.P. 56 on all claims asserted in Plaintiff's Complaint and contend that the record establishes that there is no genuine dispute as to any material fact as Plaintiff failed to establish that these Defendants are liable to the Plaintiff for the relief sought. In addition, Mayor Bouziga, Chief Lafont and Officer Gaspard are entitled to the protections of qualified immunity. Therefore, for these reasons and the additional reasons set forth herein in support of this motion and the attached exhibits, all of Plaintiff's claims against the Defendants pursuant to federal and/or Louisiana state law must be dismissed with prejudice as a matter of law and at Plaintiff's cost.

Wherefore, for these reasons and the additional reasons set forth in the memorandum filed in support of this motion and the attached exhibits, the Defendants respectfully move for and pray

1 All claims asserted by Plaintiff against Mayor Bouziga and Officer Gaspard were dismissed without prejudice on September 21, 2026 (Doc. 37). They are included in this motion in an effort to seek dismissal of all claims against them with prejudice.

that this Honorable Court, after all due proceedings are had, grant this motion for summary judgment and issue an order in their favor that all of Plaintiff's claims against Golden Meadow, Mayor Bouziga, Chief Lafont and Officer Gaspard be dismissed with prejudice and at the Plaintiff's costs.

Dated: October 29, 2026

Respectfully submitted,

NIELSEN & TREAS, L.L.C.

*/s/ Keith M. Detweiler*
Keith M. Detweiler, La. S.B. #20784
3838 N. Causeway Boulevard, Suite 2850
Metairie, Louisiana 70002
P: (504) 837-2500
F: (504) 603-0730
Email: kdetweiler@nt-lawfirm.com
*Counsel for Defendants, Town of Golden Meadow, Mayor Joey Bouziga, Police Chief Michelle Lafont and Officer Tristan Gaspard*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 29th day of October, 2026, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a Notice of Electronic Filing to all counsel of record.

*/s/ Keith M. Detweiler*
Keith M. Detweiler