EXHIBIT
5

7/8/25, 6:23 PM IMG_3378.PNG

5:17 23

Dawn's post



Like Comment Send Share

EXHIBIT
G

exhibitsticker.com

https://mail.google.com/mail/u/0/#inbox/GTvVlcSBpDwPZCKBzcKcwvPccNLKMzJhZfTszbhmKZhVvShVLpgPNncFmFpRgvgMFHkWCXWCtsRJB?pro... 1/1