5:17 23

EXHIBIT
6

Dawn's post




Like Comment Send Share