5:17 23

EXHIBIT
8

Dawn's post



Like Comment Send Share