EXHIBIT
9

**Warrant No: G-00493-25GM**

STATE OF LOUISIANA
Parish of Lafourche
17th Judicial Judicial District Court
ITEM # G-00493-25GM

# AFFIDAVIT FOR ARREST WARRANT

STATE OF LOUISIANA
VERSUS

Dawn Marie Pierce/ White / Female
Height: 5.2 Weight: 128 Eye Color: Unknown
Unknown
200 West 40th St. Larose, LA 70373

DOB: 1973-08-17, SSN:

I, Chief Michelle Lafont, with the Town of Golden Meadow, certify under oath based on the information outlined below, that there is probable cause to believe Dawn Marie Pierce on or about 07/08/2025 at 1243 did commit:

Count(s) 1 of 14:283.2A2 Nonconsensual Disclosure of a Private Image (Felony)

within this State and Parish at:
200 West 40th Street Larose, LA 70373
and the jurisdiction of the 17th Judicial Judicial District Court, contrary to the form of the statutes of the State of Louisiana in such case made and provided, and against the peace and dignity of the same, in that the following did occur:
On July 8,2025, at 1243 hours, I, Chief Michelle Lafont received a complaint from Amber Silbey about some pictures that were posted on Facebook. Amber explained that she and her fiancee made an Only Fans page and she posted pictures of herself in see through negligees. She stated that a guy went to her page and took screenshots of the pictures and shared them with her fiancee's Nanny (Dawn Marie Pierce). Dawn is mad at Amber and Dylan so she took the pictures and posted them on her Facebook page. The pictures posted on Facebook are revealing private images of Amber in see through underwear.

Amber Sibley, White, Female
1703 North Bayou Dr. Golden Meadow, LA 70357
DOB: 2003-06-18
Phone #: 985-291-0503

I hereby certify under oath the information contained herein to be true and correct, to the best of my knowledge, under penalties of perjury, so help me God.

Chief Michelle Lafont

Chief Michelle Lafont
Affiant

THUS DONE AND PASSED on this day July 08, 2025 07:06 PM.

Rebecca Robichaux
State of Louisiana

Tuesday, July 08, 2025 7:06:14 PM

**Warrant No: G-00493-25GM**

STATE OF LOUISIANA
Parish of Lafourche
17th Judicial Judicial District Court
ITEM # G-00493-25GM

# ARREST WARRANT

STATE OF LOUISIANA
VERSUS

Dawn Marie Pierce/ White / Female
Height: 5.2 Weight: 128 Eye Color: Unknown
Unknown
200 West 40th St. Larose, LA 70373

DOB: 1973-08-17, SSN:

TO ANY COMMISSIONED PEACE OFFICER:

WHEREAS, complaint has been made to me, upon the affidavit of Chief Michelle Lafont, with the Town of Golden Meadow, charging one Dawn Marie Pierce with:

Count(s) 1 of 14:283.2A2 Nonconsensual Disclosure of a Private Image (Felony)

Committed on or about 07/08/2025 at 1243.
Now, therefore, you are hereby commanded, in the name of the State, to apprehend and arrest and book the said accused to answer the said complaint. You are further commanded to keep the said accused in safe custody until released according to law, and this shall be your warrant.

Given under my official signature, this day July 08, 2025 07:06 PM.

Rebecca Robichaux
State of Louisiana

Tuesday, July 08, 2025 7:06:14 PM

17th Judicial Judicial Court

**STATE OF LOUISIANA**

**VERSUS**

Dawn Marie Pierce

**BAIL ORDER**

IT IS ORDERED that the bail on the defendant named above is hereby fixed as set forth herein below.

IT IS ORDERED that the Sheriff of the Parish of Lafourche and his duly authorized deputies are authorized to accept the bail.

IT IS ORDERED that the defendant named above, in posting the bond shall have the right to select any of the types of bail specified in Article 339 of the Louisiana Criminal Code. However, they may only select an unsecured personal surety bail or bail without surety if authorized by further orders of the Court.

| Count(s) | Charges | Amount | Description | Statute Type |
|---|---|---|---|---|
| 1 | 14:283.2A2 Nonconsensual Disclosure of a Private Image | $10,000.00 | | Felony |
| Total | | $10,000.00 | | |

Bond Conditions (if any):

SIGNED on this day July 08, 2025 07:06 PM.

Rebecca Robichaux
Judge, 17th Judicial Judicial Court

State of Louisiana

Tuesday, July 08, 2025 7:06:14 PM