5:17 23

EXHIBIT
11

Dawn's post




Like Comment Send Share