EXHIBIT
12



PENGAD 800-631-6989
EXHIBIT
N