**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **DAWN PIERCE,** | * * * | **CIVIL ACTION NO. 2:25-cv-02178** |
| **VERSUS** | * * * | **SECTION: L** |
| **TOWN OF GOLDEN MEADOW, MAYOR JOEY BOUZIGA, POLICE CHIEF MICHELLE LAFONT, and OFFICER TRISTIN GASPARD,** | * * * * * | **MAGISTRATE: 2** |

************************************

**NOTICE OF MANUAL ATTACHMENTS**

**Exhibits 14 & 15 for Motion for Summary Judgment**

Exhibit 14 is a body cam video by Tristan Gaspard of the July 8, 2019 arrest of Dawn Pierce.

Exhibit 15 is a dash cam video of the July 8, 2019 arrest of Dawn Pierce.