**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **DAWN PIERCE,** | * * * | **CIVIL ACTION NO. 2:25-cv-02178** |
| **VERSUS** | * * * | **SECTION: C** |
| **TOWN OF GOLDEN MEADOW, MAYOR JOEY BOUZIGA, POLICE CHIEF MICHELLE LAFONT, and OFFICER TRISTIN GASPARD,** | * * * * * | **MAGISTRATE: 2** |

**************************************

**ORDER**

Considering the Motion for Summary Judgment filed by Defendants, The Town of Golden Meadow, Mayor Joey Bouziga, Police Chief Michelle Lafont and Officer Tristan Gaspard,

IT IS ORDERED that Defendant's Motion for Summary Judgment is hereby granted and that Plaintiff's claims against Golden Meadow, Mayor Bouziga, Chief Lafont and Officer Gaspard be dismissed with prejudice and at the Plaintiff's costs.

NEW ORLEANS, LOUISIANA, this ________ day of ________________, 2026.

____________________________________
**UNITED STATES DISTRICT COURT JUDGE**