**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **DAWN PIERCE,** | * * * | **CIVIL ACTION NO. 2:25-cv-02178** |
| **VERSUS** | * * * | **SECTION: C** |
| **TOWN OF GOLDEN MEADOW, MAYOR JOEY BOUZIGA, POLICE CHIEF MICHELLE LAFONT, and OFFICER TRISTIN GASPARD,** | * * * * * | **MAGISTRATE: 2** |

***********************************

**NOTICE OF SUBMISSION**

This is to advise that the Motion for Summary Judgment filed by the Defendants, Town of Golden Meadow, Mayor Joey Bouziga, Police Chief Michelle Lafont and Officer Tristan Gaspard, will be submitted for consideration to the Honorable William J. Crain on the 9th day of December, 2026.

Dated: October 29, 2026

Respectfully submitted,

NIELSEN & TREAS, L.L.C.

*/s/ Keith M. Detweiler*
Keith M. Detweiler, La. S.B. #20784
3838 N. Causeway Boulevard, Suite 2850
Metairie, Louisiana 70002
P: (504) 837-2500
F: (504) 603-0730
Email: kdetweiler@nt-lawfirm.com
*Counsel for Defendants, Town of Golden Meadow, Mayor Joey Bouziga, Police Chief Michelle Lafont and Officer Tristan Gaspard*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 29th day of October, 2026, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a Notice of Electronic Filing to all counsel of record**.**

*/s/ Keith M. Detweiler*
Keith M. Detweiler