**SCREENING ACTION**
**DISTRICT ATTORNEY'S OFFICE**

**DEFENDANT**

**DAWN M. PIERCE**

**W/F DOB** [redacted]

**CHARGE:** 14:283.2 NONCONSENSUAL DISCLOSURE OF A PRIVATE IMAGE

**CO-DEFENDANTS:**

NOTE: 14:283.2 C(4) Intimate Parts – these pictures do not show "fully unclothed, partially unclothed or transparently clothed genitals, pubic areas or anal areas". Also the nipples are not partially or fully exposed or can be seen thru transparent clothing

☐ **ACCEPT** ☒ **REFUSE** ☐ **DIVERSION** ☐ **TRANSFER**

**SPECIAL INSTRUCTIONS**

MJC
**ASSISTANT DISTRICT ATTORNEY**

7/29/25
**DATE SCREENED**