**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| DAWN PIERCE, Plaintiff | ) | |
| v. | ) | Case No. 25-cv-02178-WJC-DPC |
| TOWN OF GOLDEN MEADOW, et al. Defendants. | ) | |

**Consent Motion for Standard Protective Order**

This motion asks the Court to enter a standard protective order to govern future discovery in this case.

In recently propounded discovery requests, Defendants asked Plaintiff for medical and tax records. Accordingly, Plaintiff asks for the Court to enter its standard protective order with a minor revision. That revision is to clarify that a party can designate documents as confidential even if that party did not produce them. For example, if Defendants subpoena Plaintiff's records from a medical provider, Plaintiff should be able to designate the records as confidential – even though it was the doctor's office that produced them. The proposed redlines are provided as Exhibit A.

Defendants consent to the entry of such an order.

Wherefore, this motion should be granted.

Respectfully submitted,

*/s/ William Most*

HOPE PHELPS (La. Bar No. 37259)
WILLIAM MOST (La. Bar No. 36914)
Most & Associates
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, LA 70170
Tel: (504) 500-7974
Email: hopeaphelps@outlook.com
*Counsel for Plaintiff, Dawn Pierce*